IN THE CIRCUIT COURT OF BULLOCK COUNTY

STATE OF ALABAMA

RECEIVED

2006 AUG -8 P 3:55

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| MAY'S DISTRIBUTING CO. INC., | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | CIVIL ACTION NO. ~~CV-03-002~~ |
| TOTAL CONTAINMENT, INC., ET AL., | ) ) ) | 2:06 CV 702- |
| Defendants | ) | |

### NOTICE OF FILING NOTICE OF REMOVAL

COMES NOW Defendant, Dayco Products, LLC, and Mark IV Industries, Ltd., through its counsel, to provide notice that on the 8th day of August, 2006, it filed in the office of the Clerk of the United States District Court for the Middle District of Alabama, Northern Division, its Notice of Removal of the above captioned action. A copy of the Notice of Removal is attached hereto.

A copy of the Notice of Removal has been served on all counsel of record.

Respectfully submitted,

_____
BRIAN MOSHOLDER (MOS-018)

OF COUNSEL:
Carpenter, Ingram & Mosholder, LLP
4121 Carmichael Road, Suite 303
Montgomery, AL 36106
Telephone: (334) 213-5600

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Removal has been served upon all counsel of record and the Circuit Court of Bullock County, Alabama by placing same in the United States mail, postage prepaid and properly addressed, this 8th day of August 2006.

**ATTORNEYS FOR PLAINTIFF:**

Lynn Jinks
Christy Crow
JINKS, DANIEL & CROW, LLC
P.O. Box 350
Union Springs, AL 36089

Russell Jackson Drake
Nicola Thompson Drake
WHATLEY DRAKE & KALLAS, LLC
P.O. Box 10647
Birmingham, AL 35202-0647

Wesley L. Laird
LAIRD, BAKER & BLACKSTOCK
501 North Main Street
Opp, AL 36467

L. Cooper Rutland, Jr.
RUTLAND AND BRASWELL, LLC
208 North Prairie Street
Union Springs, AL 36089

**ATTORNEYS FOR TICONA POLYMERS, INC.**

Alan T. Rogers
Balch & Bingham, LLP
P.O. Box 306
Birmingham, AL 35201-0306

Paul A. Clark
Balch & Bingham, LLP
P.O. Box 78
Montgomery, AL 36101

Paul M. O'Conner, III
Seth A. Moskowitz
Jon Avins
KASOWITZ, BENSON, TORRES & FRIEDMAN
1633 Broadway
New York, NY 10019-6799

Walter B. Calton
P.O. Box 696
Eufaula, AL 36072-0696

**ATTORNEYS FOR CLEVELAND TUBING, INC.**

James H. McLemore
Capell & Howard
P.O. Box 2069
Montgomery, AL 36102

T. Harold Pinkley
MILLER & MARTIN, LLP
1200 First Union Tower
150 Fourth Avenue North
Nashville, TN 37219

Lynda M. Hill
James Williams
MILLER & MARTIN, PLLC
Suite 1000, Volunteer Bldg.
832 Chattanooga, TN 37402

| **ATTORNEYS FOR DAYCO PRODUCTS, INC. AND MARK IV INDUSTRIES, LTD.** | **ATTORNEYS FOR UNDERWRITERS LABORATORIES, INC.** |
|---|---|
| Kimberly W. Sayoc<br>LIPPES, SILVERSTEIN, MATHIAS & WEXLER<br>700 Guaranty Building<br>28 Church Street<br>Buffalo, NY 14202-3950<br><br>L. Shane Seaborn<br>Myron C. Penn<br>PENN & SEABORN, LLC<br>P.O. Box 688<br>Clayton, AL 36106 | Walter E. McGowen<br>GRAY, LANGFORD, SAPP, MCGOWAN, GRAY & NATHANSON<br>P.O. Box 830239<br>Tuskegee, AL 36083-0239<br><br>Charles Donald Marshall, III<br>John Olinde<br>Brent Arnold Talbot<br>Robert S. Rooth<br>CHAFFE, McCALL, PHILLIPS, TOLER & SARPY<br>2300 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163 |

_____
ATTORNEY FOR DEFENDANTS