UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAY'S DISTRIBUTING COMPANY, INC., individually and as class representative of all those gasoline station owners similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TOTAL CONTAINMENT, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) CASE NO. 06-CV-00702 (DRB) ) ) ) ) ) |

**STIPULATION EXTENDING TIME TO RESPOND
TO PLAINTIFF'S FOURTH AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties that Defendant Ticona Polymers, Inc.'s time to answer, move or otherwise respond to Plaintiff's Fourth Amended Complaint in the above-captioned action shall be extended up to and including September 21, 2006.

Dated: August 15, 2006

By: /s/ L. Cooper Rutland, Jr.
    One of the attorneys for Plaintiff

By: /s/ Paul A. Clark
    One of the attorneys for Defendant
    Ticona Polymers, Inc.

L. Cooper Rutland, Jr. (RUT   )
RUTLAND & BRASWELL
208 North Prairie Street
P. O. Box 551
Union Springs, AL  36089-0551
Telephone:  (334) 738-4770
Fax:  (334) 738-4774 fax

Paul A. Clark (CLA076)
BALCH & BINGHAM LLP
P.O. Box 78
Montgomery, AL 36101-0078
Telephone:  (334) 834-6500
Fax:  (334) 269-3115

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid, on this the 15th day of August, 2006:

| | |
|---|---|
| L. Cooper Rutland, Jr.<br>RUTLAND & BRASWELL<br>P. O. Box 551<br>Union Springs, AL  36089-0551<br><br>Wesley L. Laird<br>LAIRD BAKER & BLACKSTOCK<br>501 North Main Street<br>Opp, AL  36467<br><br>Lynn W. Jinks, III<br>JINKS DANIEL & CROW<br>P. O. Box 350<br>Union Springs, AL  36089<br><br>Nicola Drake<br>WHATLEY DRAKE & KALLAS LLC<br>P. O. Box 10647<br>Birmingham, AL  35203-2605<br><br>Joseph T. Carpenter<br>Brian Mosholder<br>CARPENTER, PRATER, INGRAM<br>  & MOSHOLDER LLP<br>303 Sterling Centre<br>4121 Carmichael Road<br>Montgomery, AL  36106<br><br>Kimberly W. Sayoc<br>LIPPES SILVERSTEIN MATHIAS<br>  & WEXLER<br>700 Guaranty Building<br>28 Church Street<br>Buffalo, NY  14202-3950 | James E. Blazek<br>ADAMS & REESE LLP<br>One Shell Square<br>701 Poydras Street<br>Suite 4500<br>New Orleans, LA  70139<br><br>James H. McLemore<br>CAPELL & HOWARD, PC<br>P. O. Box 2069<br>Montgomery, AL  36102-2069<br><br>James Williams<br>MILLER & MARTIN LLP<br>832 Georgia Avenue<br>Suite 1000, Volunteer Bldg.<br>Chattanooga, TN  37402<br><br>Walter F. McGowan<br>GRAY, LANDFORD, SAPP, McGOWN,<br>GRAY & NATHANSON<br>P.O. Box 830239<br>Tuskegee, AL  36083<br><br>John F. Olinde<br>CHAFFEE, McCALL, PHILLIPS,<br>TOLER & SARPY, L.L.P.<br>1100 Poydras Street<br>Suite 2300<br>New Orleans, LA  70163<br><br>L Shane Seaborn<br>PENN & SEABORN, LLC<br>Post Office Box 688<br>Clayton, AL  36016 |

         /s/ Paul A. Clark  
         OF COUNSEL