IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MAY'S DISTRIBUTING CO. INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 2:06-CV-00702-DRB |
| | ) | |
| TOTAL CONTAINMENT, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the *Stipulation Extending Time to Respond to Plaintiff's Fourth Amended Complaint* (Doc. 6, August 15, 2006), construed and docketed properly as a *Joint Motion for Extension of Time*, it is

**ORDERED** that the motion is hereby GRANTED to the extent that Defendant Ticona Polymers, Inc.'s time to answer Plaintiff's Fourth Amended Complaint is extended up to and including September 21, 2006.

Done this 16th day of August, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE