UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAY'S DISTRIBUTING COMPANY, INC., individually and as class representative of all those gasoline station owners similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL CONTAINMENT, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 06-CV-00702 (DRB)<br>)<br>)<br>)<br>)<br>)<br>) |

## **MOTION TO WITHDRAW**

COMES NOW Robin G. Laurie, Balch & Bingham LLP, and respectfully requests this Court to grant him withdrawal as counsel for Defendant, Ticona Polymers, Inc. ("Ticona"), in the above-styled case. In support of this motion, counsel states as follows:

1. Robin G. Laurie was entered in error as counsel for Ticona during the electronic filing of the Stipulation Extending Time to Respond to Plaintiff's Fourth Amended Complaint (Doc. 6) filed with this Court on August 15, 2006. Paul A. Clark of this firm is the attorney of record for Defendant Ticona Polymers, Inc.

Respectfully submitted this 16th day of August, 2006.

/s/ Robin G. Laurie
Robin G. Laurie (LAU006)
One of the Attorneys for Defendant Ticona
Polymers, Inc.
Balch & Bingham LLP
P. O. Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Fax: (334) 269-3115

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid, on this the 16th day of August, 2006:

| | |
|---|---|
| L. Cooper Rutland, Jr.<br>RUTLAND & BRASWELL<br>P. O. Box 551<br>Union Springs, AL  36089-0551<br><br>Wesley L. Laird<br>LAIRD BAKER & BLACKSTOCK<br>501 North Main Street<br>Opp, AL  36467<br><br>Lynn W. Jinks, III<br>JINKS DANIEL & CROW<br>P. O. Box 350<br>Union Springs, AL  36089<br><br>Nicola Drake<br>WHATLEY DRAKE & KALLAS LLC<br>P. O. Box 10647<br>Birmingham, AL  35203-2605<br><br>Joseph T. Carpenter<br>Brian Mosholder<br>CARPENTER, PRATER, INGRAM<br>  & MOSHOLDER LLP<br>303 Sterling Centre<br>4121 Carmichael Road<br>Montgomery, AL  36106<br><br>Kimberly W. Sayoc<br>LIPPES SILVERSTEIN MATHIAS<br>  & WEXLER<br>700 Guaranty Building<br>28 Church Street<br>Buffalo, NY  14202-3950 | James E. Blazek<br>ADAMS & REESE LLP<br>One Shell Square<br>701 Poydras Street<br>Suite 4500<br>New Orleans, LA  70139<br><br>James H. McLemore<br>CAPELL & HOWARD, PC<br>P. O. Box 2069<br>Montgomery, AL  36102-2069<br><br>James Williams<br>MILLER & MARTIN LLP<br>832 Georgia Avenue<br>Suite 1000, Volunteer Bldg.<br>Chattanooga, TN  37402<br><br>Walter F. McGowan<br>GRAY, LANDFORD, SAPP, McGOWN,<br>GRAY & NATHANSON<br>P.O. Box 830239<br>Tuskegee, AL  36083<br><br>John F. Olinde<br>CHAFFEE, McCALL, PHILLIPS,<br>TOLER & SARPY, L.L.P.<br>1100 Poydras Street<br>Suite 2300<br>New Orleans, LA  70163<br><br>L Shane Seaborn<br>PENN & SEABORN, LLC<br>Post Office Box 688<br>Clayton, AL  36016 |

                    /s/ Robin G. Laurie
                    OF COUNSEL