**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF REASSIGNMENT

Re:   May's Distributing Company, Inc. v. Total Containment, Inc., et al.
      Civil Action No. 2:06-cv-702-DRB

The above-styled case has been reassigned to District Judge Mark E. Fuller.

Please note that the case number is now 2:06-cv-702-MEF. This new case number should be used on all future correspondence and pleadings in this action.