UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| MAY'S DISTRIBUTING COMPANY, INC., ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| vs. | ) ) ) | 2:06cv702-~~DRB~~ MEF |
| TOTAL CONTAINMENT, INC., ET AL., | ) ) ) | |
| Defendants. | ) | |

### SUMMONS

(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws)

TO DEFENDANT:  Total Containment Inc.
c/o George L. Miller, Trustee
Miller, Coffey, Tate, LLP
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA  19103

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff's Attorney, Russell Jackson Drake, Whatley, Drake & Kallas, LLC, 2323 2nd Avenue North, Birmingham, Alabama 35203, an answer to the complaint which is herewith served upon you, within *20* days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. You MUST also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                              8-17-06
_____              _____
Clerk                                                                    Date

*Charlene Campbell*
_____
By:  Deputy Clerk

# RETURN OF SERVICE

Date

Service of the Summons and Complaint was made by me [1]

Name of Server (PRINT)                    Title

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with who the summons and complaint were left:

☐ Returned unexecuted:

■ Other (specify):
**Certified Mail**

## STATEMENT OF SERVICE FEES

TRAVEL              SERVICES                    TOTAL

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date                         Signature of Server

                                         _____
                                         Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.