IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

AUG 2 2 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| MAY'S DISTRIBUTING CO., INC., et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:06-cv-00702-~~BBB~~ M E F |
| | ) |
| TOTAL CONTAINMENT, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned attorney, Paul A. Clark, hereby respectfully moves the Court, pursuant to Local Rule 83.1(b), to admit *pro hac vice,* Paul M. O'Connor, to practice before this Court in connection with the above-titled case. In support of this Motion, Mr. Clark asserts the following:

1.  Petitioner resides at 155 East 76th Street, Apartment 7H, New York, New York 10021.

2.  Petitioner is an attorney and member of the law firm Kasowitz, Benson, Torres & Friedman, LLP with offices at 1633 Broadway, New York, New York, 10019, (212) 506-1700.

3.  Petitioner has been retained personally, or as a member of the above-named law firm, by Ticona Polymers, Inc. to provide legal representation in connection with the above-styled matter now pending in this Court.

4.  Since May 31, 1988, Petitioner has been, and presently is a member of the Bar of the United States District Court for the Southern District of New York, where Petitioner regularly practices law. A Certificate of Good Standing from the Southern District of New York is attached hereto.

5.  Petitioner has also been admitted to practice before the following courts: all of the courts of the State of New York since 1998; all of the courts of the State of Connecticut since 1987; the United States District Court for the Eastern District of New York since 1988; the United States Court of Appeals for the Fifth Circuit since 2000; the United States Court of Appeals for the Seventh Circuit since 2004; and the Supreme Court of the United States since 2001. Petitioner is presently a member in good standing of the Bars of each of the courts listed above.

6.  Petitioner presently is not subject to any disbarment proceedings.

7.  Petitioner presently is not subject to any suspension proceedings.

8.  Petitioner never has been subject to any disbarment proceedings.

9.  Petitioner never has been subject to any suspension proceedings.

10. Petitioner never has had any certificate or privilege to appear and practice before any regulatory administrative body suspended or revoked.

11. The undersigned attorney, Paul A. Clark, is one of the local counsel of record for Ticona Polymers, Inc. and is a member in good standing of the bar of this Court. Mr. Clark is a member of the firm of Balch & Bingham, LLP, 105 Tallapoosa Street, Montgomery, Alabama, 36104, (334) 834-6500.

12. The following accurately represents the names and addresses of each party in this matter, WHETHER OR NOT REPRESENTED BY THIS COUNSEL, and the names and addresses of each counsel of record who appeared for said parties:

**Attorneys for Plaintiff:**

L. Cooper Rutland, Jr.
RUTLAND & BRASWELL
P. O. Box 551
Union Springs, AL 36089-0551

Wesley L. Laird
LAIRD BAKER & BLACKSTOCK
501 North Main Street
Opp, AL 36467

Lynn W. Jinks, III
JINKS DANIEL & CROW
P. O. Box 350
Union Springs, AL 36089

Nicola Drake
WHATLEY DRAKE & KALLAS LLC
P. O. Box 10647
Birmingham, AL 35203-2605


**Attorneys for Defendants Dayco Products, Inc. and Mark IV Industries, Ltd.:**

Joseph T. Carpenter
Brian Mosholder
CARPENTER, PRATER, INGRAM
 & MOSHOLDER LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, AL 36106

James E. Blazek
ADAMS & REESE LLP
One Shell Square
701 Poydras Street
Suite 4500
New Orleans, LA 70139

L. Shane Seaborn
PENN & SEABORN, LLC
Post Office Box 688
Clayton, AL 36016

**Attorneys for Cleveland Tubing, Inc.**

James H. McLemore
CAPELL & HOWARD, PC
P. O. Box 2069
Montgomery, AL 36102-2069

James Williams
MILLER & MARTIN LLP
832 Georgia Avenue
Suite 1000, Volunteer Bldg.
Chattanooga, TN 37402

**Attorneys for Underwriters Laboratories, Inc.**

Walter F. McGowan
GRAY, LANDFORD, SAPP, McGOWN,
GRAY & NATHANSON
P.O. Box 830239
Tuskegee, AL 36083

John F. Olinde
CHAFFEE, McCALL, PHILLIPS,
TOLER & SARPY, L.L.P.
1100 Poydras Street
Suite 2300
New Orleans, LA 70163

13.   Petitioner agrees to comply with the Standards for Professional Conduct, and petitioner consents to the jurisdiction of the courts and the disciplinary boards of the State of Alabama

14.   Petitioner respectfully requests to be admitted to practice in this Court for <u>this</u> cause only.

4

Wherefore, premises considered, Mr. Clark respectfully moves this Court to admit Paul M. O'Connor *pro hac vice* in the above-styled matter pursuant to Local Rule 83.1(b) of the United States District Court for the Middle District of Alabama.

Respectfully submitted this 22nd day of August, 2006.

One of the Attorneys for Defendant
Ticona Polymers, Inc.

OF COUNSEL:

Alan T. Rogers (ROG008)
BALCH & BINGHAM LLP
P.O. Box 306
Birmingham, Alabama 35201-0306
(205) 251-8100
(205) 226-8798 fax

Paul A. Clark  (CLA076)
BALCH & BINGHAM LLP
P.O. Box 78
Montgomery, Alabama 36101-0078
(334) 834-6500
(334) 269-3115 fax

Paul M. O'Connor III
Seth A. Moskowitz
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700
(212) 506-1800 fax

Walter B. Calton (CAL036)
P.O. Box 696
Eufaula, Alabama  36072-0696
(334) 687-2407
(334) 687-2466 (fax)

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid, on this the 22nd day of August, 2006:

L. Cooper Rutland, Jr.
RUTLAND & BRASWELL
P. O. Box 551
Union Springs, AL  36089-0551

Wesley L. Laird
LAIRD BAKER & BLACKSTOCK
501 North Main Street
Opp, AL  36467

Lynn W. Jinks, III
JINKS DANIEL & CROW
P. O. Box 350
Union Springs, AL  36089

Nicola Drake
WHATLEY DRAKE & KALLAS LLC
P. O. Box 10647
Birmingham, AL  35203-2605

Joseph T. Carpenter
Brian Mosholder
CARPENTER, PRATER, INGRAM
  & MOSHOLDER LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, AL  36106

James E. Blazek
ADAMS & REESE LLP
One Shell Square
701 Poydras Street
Suite 4500
New Orleans, LA  70139

James H. McLemore
CAPELL & HOWARD, PC
P. O. Box 2069
Montgomery, AL  36102-2069

James Williams
MILLER & MARTIN LLP
1200 One Nashville Place
150 Fourth Avenue North
Nashville, TN  37219

Walter F. McGowan
GRAY, LANDFORD, SAPP, McGOWN,
GRAY & NATHANSON
P.O. Box 830239
Tuskegee, AL  36083

John F. Olinde
CHAFFEE, McCALL, PHILLIPS,
TOLER & SARPY, L.L.P.
1100 Poydras Street
Suite 2300
New Orleans, LA  70163

L Shane Seaborn
PENN & SEABORN, LLC
Post Office Box 688
Clayton, AL  36016

_____
Of Counsel

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, _____J. Michael McMahon_____ , Clerk of this Court, certify that

__PAUL  MICHAEL  O'CONNOR, III__ , Bar # _____PO7127_____

was duly admitted to practice in this Court on

__MAY 31st, 1988_____ , and is in good standing

as a member of the Bar of this Court.

Dated at    500 Pearl Street
            New York, New York            on    AUGUST 16th,  2006

J. MICHAEL McMAHON                         by: _____
       Clerk                                         Deputy Clerk