RECEIVED

AUG 2 3 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MAY'S DISTRIBUTING COMPANY, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:06-cv-702-MEF |
| TOTAL CONTAINMENT, INC. et al. | ) ) ) | |
| Defendants. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned attorney, James H. McLemore, hereby respectfully moves the Court, pursuant to Local Rule 83.1(b), to admit *pro hac vice*, James T. Williams, to practice before this Court in connection with the above-titled case. In support of this Motion, Mr. McLemore asserts the following:

1. Petitioner resides at 9 Bartram Road, Lookout Mountain, Tennessee 37350, Social Security No. XXX-XX-1403.

2. Petitioner is an attorney and member of the law firm Miller & Martin, PLLC with offices at 832 Georgia Avenue, Suite 1000, Volunteer Building, Chattanooga, TN 37402, (423) 785-8244.

3. Petitioner has been retained personally, or as a member of the above-named law firm, by Cleveland Tubing, Inc. to provide legal representation in connection with the above-entitled matter now pending in the above-referenced court.

4. Since April 12, 1994, petitioner has been, and presently is a member of good standing of the Bar of the United States District Court for the Eastern District of

Tennessee, where petitioner regularly practices law. (Certificate of Good Standing Attached)

5. Petitioner has been admitted to practice before the following courts:

| **Court:** | **Date Admitted:** |
| --- | --- |
| Supreme Court of Tennessee | October 23, 1993 |
| U.S. District Court, E.D. Tennessee | April 12, 1994 |
| U.S. Court of Appeals, 6th Circuit | June 21, 1995 |

Petitioner is presently a member in good standing of the Bars of those courts listed above.

6. Petitioner presently is not subject to any disbarment proceedings.

7. Petitioner presently is not subject to any suspension proceedings.

8. Petitioner never has been subject to any disbarment proceedings.

9. Petitioner never has been subject to any suspension proceedings.

10. Petitioner never has had any certificate or privilege to appear and practice before any regulatory administrative body suspended or revoked.

11. Local Counsel of Record for petitioner in this matter is James H. McLemore, Capell & Howard, P.C., 150 South Perry Street, Montgomery, Alabama 36104, (334) 241-8058.

12. The following accurately represents the names and addresses of each party in this matter, WHETHER OR NOT REPRESENTED BY THIS COUNSEL, and the names and addresses of each counsel of record who appeared for said parties:

| **Name of Party** | **Mailing Address** |
| --- | --- |
| May's Distributing Co., Inc. | Wesley L. Laird<br>LAIRD, BAKER & BLACKSTOCK, LLC<br>501 North Main Street<br>Opp, Alabama 36467 |

|  |  |
|---|---|
|  | L. Cooper Rutland, Jr.<br>RUTLAND AND BRASWELL, LLC<br>208 North Prairie Street<br>Union Springs, AL 36089 |
|  | Russell Jackson Drake<br>Nicola Thompson Drake<br>WHATLEY DRAKE, LLC<br>2323 Second Avenue N<br>P.O. Box 10647<br>Birmingham, AL 35202 |
|  | Lynn W. Jinks, III<br>Christina Diane Crow<br>JINKS, DANIEL & CROW<br>208 North Prairie St.<br>P. O. Box 350<br>Union Springs, AL 36089 |
| Total Containment, Inc. | Pro Se<br>Total Containment, Inc.<br>422 Business Center<br>A130 North Drive<br>Oaks, PA 19456 |
| Ticona Polymers, Inc | Seth Moskowitz<br>Paul O'Connor III<br>Jon Avins<br>KASOWITZ, BENSON, TORRES &<br>FRIEDMAN, LLP<br>1633 Broadway<br>New York, NY 10019<br><br>Alan T. Rogers<br>BALCH & BINGHAM, LLP<br>P. O. Box 306<br>Birmingham, AL 35201-0306<br><br>Paul A. Clark<br>Robin Garrett Laurie<br>BALCH & BINGHAM, LLP<br>P. O. Box 78<br>Montgomery, AL 36101-0078<br><br>Walton B. Calton<br>Calton & Rutland, LLC<br>312 East Broad Street<br>P. O. Box 696<br>Eufaula, AL 36072 |

| | |
|---|---|
| Dayco Products, Inc., Mark IV Industries, Ltd. | Kimberly Sayoc<br>LIPPES, SILVERSTEIN, MATHIAS,<br>WEXLER LLP<br>700 Guarantee Building<br>28 Church Street<br>Buffalo, NY 14202-3950<br><br>Joseph T. Carpenter<br>Nathan C. Prater<br>Brian Taggart Mosholder<br>CARPENTER, PRATER, INGRAM &<br>MOSHOLDER, LLP<br>303 Sterling Centre<br>4121 Carmichael Road<br>Montgomery, AL 36106<br><br>Myron C. Penn<br>Larry Shane Seaborn<br>Penn & Seaborn, LLC<br>P. O. Box 688<br>Clanton, AL 36016 |
| Underwriters Laboratories, Inc. | John Olinde<br>Robert Rooth<br>Brent A. Talbot<br>Charles Donald Marshall III<br>CHAFFEE, MCCALL, PHILLIPS, TOLER<br>& SARPY<br>1100 Poydras Street, Suite 2300<br>New Orleans, LA 70163-2300<br><br>Walter E. McGowan<br>Gray, Langford, Sapp, McGowan, Gray<br>& Nathanson<br>P. O. Box 830239<br>Tuskegee, AL 36083-0239 |

13.   Petitioner agrees to comply with the Standards for Professional Conduct, and petitioner consents to the jurisdiction of the courts and the disciplinary boards of the State of Alabama.

14.   Petitioner respectfully requests to be admitted to practice in the above-entitled court for this cause only.

WHEREFORE, PREMISES CONSIDERED, Mr. McLemore respectfully moves the Court to admit James T. Williams *pro hac vice* in the above-titled matter pursuant to Local Rule 83.1(b) of the United States District Court for the Middle District of Alabama.

Respectfully submitted this 23 day of August, 2006.

James H. McLemore (MCL014)

OF COUNSEL:
Capell & Howard, P.C.
P. O. Box 2069
Montgomery, AL 36102-2069
334-241-8058
334-323-8888 fax

**CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the above and foregoing has been served upon the following counsel by placing a copy of same in the U.S. Mail on this the 23rd day of August, 2006:

<u>Attorneys for Ticona Polymers, Inc.</u>

Alan T. Rogers, Esq.
BALCH & BINGHAM, LLP
Post Office Box 306
Birmingham, AL 35201-0306
arogers@balch.com

Paul A. Clark. Esq.
Robn Garrett Laurie, Esq.
BALCH & BINGHAM, LLP
P.O. Box 78
Montgomery, AL 36101
pclark@balch.com

Paul M. O'Conner, III, Esq.
Seth A. Moskowitz, Esq.
Jon Avins, Esq.
KASOWITZ, BENSON, TORRES
& FRIEDMAN
1633 Broadway
New York, NY 10019-6799
poconnor@kasowitz.com
smoskowitz@kasowitz.com

Walter B. Calton, Esq.
Post Office Box 969
Eufaula, AL 36072-0696
wcalton@bellsouth.net

<u>Attorneys for Dayco Products, Inc. and Mark IV Industries, Inc.</u>

Joseph T. Carpenter, Esq. (CAR038)
Nathan C. Prater, Esq.
Brian Mosholder, Esq.
John DeShazo, Esq.
CARPENTER, PRATER, INGRAM
& MOSHOLDER, LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, AL 36106
jccarpenter@carpenterfirm.com
nprater@carpenterfirm.com
bmosholder@carpenterfirm.com
jdeshazo@carpenterfirm.com

Kimberly W. Sayoc, Esq.
LIPPES SILVERSTEIN MATHIAS
& WEXLER
700 Guaranty Building
28 Church Street
Buffalo, NY 14202-3950

L. Shane Seaborn, Esq.
Myron C. Penn, Esq.
PENN & SEABORN, LLC
Post Office Box 688
Clayton, AL 36106

<u>Attorneys for May's Distributing Co., Inc.</u>
Wesley L. Laird, Esq.
LAIRD, BAKER
& BLACKSTOCK, LLC
501 North Main Street
Opp, Alabama 36467

L. Cooper Rutland, Jr., Esq.
RUTLAND & BRASWELL, L.L.C
Post Office Box 551
208 North Prairie Street
Union Springs, AL 36089

<u>Attorneys for Underwriters Laboratories, Inc.</u>
Walter E. McGowen, Esq.
GRAY, LANGFORD, SAPP,
MCGOWEN, GRAY & NATHANSON
P.O. Box 830239
Tuskegee, AL 36083-0239
wem@glsmgn.com

Lynn W. Jinks, III, Esq.
Christina Diane Crow, Esq.
JINKS, DANIEL & CROW
P.O. Box 350
Union Springs, AL 36089

Russell Jackson Drake, Esq.
Nicola Thompson Drake, Esq.
WHATLEY DRAKE, LLC
P.O. Box 10647
Birmingham, AL 35202

Charles Donald, Marshall, III, Esq.
John Olinde, Esq.
Brent Arnold Talbot, Esq.
Robert S. Rooth, Esq.
CHAFFE. McCALL, PHILLIPS, TOLER
& SARPY
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
talbot@chaffe.com
olinde@chaffe.com
marshall@chaffe.com
rooth@chaffe.com

<u>PRO SE</u>
Total Containment, Inc.
422 Business Center
A130 North Drive
Oaks, PA 19456

/s/ signature
OF COUNSEL

(Rev. 3/01) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
## Eastern District of Tennessee

**CERTIFICATE OF
GOOD STANDING**

I, Patricia L. McNutt, Clerk of the Eastern District of Tennessee, certify that

## James Williams IV

was duly admitted to practice in this Court on *April 12, 1994*, and is in good standing as a member of the Bar of this Court.

Dated at *Chattanooga, Tennessee* on *August 14, 2006*.

Patricia L. McNutt, Clerk

*[signature]*
Deputy Clerk