IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| MAY'S DISTRIBUTING COMPANY, ) <br> INC., individually and as class ) <br> representative of all those gasoline ) <br> station owners similarly situated, ) <br> ) <br>   Plaintiff, ) <br> v. ) <br> ) <br> TOTAL CONTAINMENT, INC., *et al.*, ) <br> ) <br>   Defendants. ) | CASE NO. 2:06-cv-702-MEF |

## **O R D E R**

Upon consideration of the Motions for Seith A. Moskowitz, Paul Michael O'Connor, Lynda M. Hill, James T. Williams and T. Harold Pinkley, Jr. to Appeal Pro Hac Vice (Doc. #13, #14, #15, #16 & #17) filed on August 22, 2006 and August 23, 2006, it is hereby

ORDERED that the motions are GRANTED.

DONE this the 25th day of August, 2006.

              /s/ Mark E. Fuller
              CHIEF UNITED STATES DISTRICT JUDGE