UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAY'S DISTRIBUTING CO. INC., ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | 2:06-cv-702-MEF |
| TOTAL CONTAINMENT, INC., ET AL. ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**MOTION TO STAY ALL DEADLINES AND TO RELIEVE THE PARTIES OF THE RULE 26(f) MEETING AND THE NECESSITY OF FILING A REPORT**

1.  Plaintiffs have filed a Motion to Remand, which should be granted on its face. This case has been remanded once previously by this Court. See the Court's February 16, 2005, Memorandum Opinion and Order (Doc. 16) attached as Exhibit "A" to the Notice of Filing.

2.  In this litigation, the parties have engaged in extensive discovery. Therefore, developing a discovery plan would be inappropriate. The parties have engaged in extensive paper and document discovery and have taken 10 depositions in the state court proceeding. The parties have hired and designated expert witnesses. Plaintiffs have produced reports from each expert.

3.  This Court has set a September 15, 2006, deadline for Plaintiffs to show cause why Defendant's Motion for Summary Judgment should not be granted. The Motion for Summary Judgment was filed in the Circuit Court of Bullock County. Before

considering the summary judgment, this Court should first determine if it has jurisdiction over this matter. Plaintiff believes that this Court does not have jurisdiction.

WHEREFORE, Plaintiffs request that this Court stay all deadlines in this case and relieve the parties of the requirement of the 26(f) meeting and filing a report based upon that meeting. The Court should also not require Plaintiffs to respond to the summary judgment motion and should delay consideration of the motion.

Respectfully submitted,

/s/ Russell Jackson Drake
Attorney for Plaintiffs

**OF COUNSEL:**
Russell Jackson Drake, Esq.
Nicola T. Drake, Esq.
WHATLEY, DRAKE & KALLAS, LLC
2323 2nd Avenue North
Post Office Box 10647
Birmingham, AL  36202-0647
jdrake@whatleydrake.com
ndrake@whatleydrake.com

L. Cooper Rutland, Jr., Esq.
RUTLAND & BRASWELL, LLC
208 North Prairie Street
Union Springs, AL  36089
randb@ustconline.net
randb3@ustconline.net

Wesley L. Laird, Esq.
LAIRD, BAKER & BLACKSTOCK, LLC
501 North Main Street
Opp, AL 36467
wes@laird-baker-blackstock.com

Lynn W. Jinks, III, Esq.
Jinks, Daniel & Crow
P. O. Box 350
Union Springs, AL  36089
lwj@jinkslaw.com

2

## **CERTIFICATE OF SERVICE**

       I hereby certify that on August 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Attorneys for Ticona Polymers, Inc.
Alan T. Rogers, Esq.
BALCH & BINGHAM, LLP
Post Office Box 306
Birmingham, AL 35201-0306
arogers@balch.com
rlaurie@balch.com

Paul A. Clark, Esq.
BALCH & BINGHAM, LLP
Post Office Box 78
Montgomery, AL 36101
pclark@balch.com

Paul M. O'Connor III, Esq.
Seth A. Moskowitz, Esq.
Jon Avins, Esq.
KASOWITZ, BENSON, TORRES & FRIEDMAN
1633 Broadway
New York, NY 10019-6799
poconnor@kasowitz.com
smoskowitz@kasowitz.com

Walter B. Calton, Esq.
Post Office Box 696
Eufaula, AL 36072-0696
wcalton@bellsouth.net

Attorneys for Cleveland Tubing, Inc.
James H. McLemore, Esq.
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama 36102-2069
jhm@chlaw.com

T. Harold Pinkley, Esq.
MILLER & MARTIN, LLP
1200 First Union Tower
150 Fourth Avenue North
Nashville, TN 37219
hpinkley@millermartin.com

Lynda M. Hill, Esq.
James Williams, Esq.
MILLER & MARTIN, PLLC
Suite 1000, Volunteer Bldg.
832 Georgia Avenue
Chattanooga, TN  37402
lhill@millermartin.com
jwilliams@millermartin.com

Attorneys for Dayco Products, Inc. and Mark IV Industries, Ltd.
Joseph T. Carpenter Esq. (CAR038)
Nathan C. Prater, Esq.
Brian Mosholder, Esq.
John DeShazo, Esq.
CARPENTER, PRATER, INGRAM & MOSHOLDER LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, AL  36106
jccarpenter@carpenterfirm.com
nprater@carpenterfirm.com
bmosholder@carpeterfirm.com
jdeshazo@carpenterfirm.com

Kimberly W. Sayoc, Esq.
LIPPES SILVERSTEIN MATHIAS & WEXLER 700 Guaranty Building
28 Church Street
Buffalo, NY  14202-3950
ksayoc@lippes.com

L. Shane Seaborn, Esq.
Myron C. Penn, Esq.
PENN & SEABORN, LLC
Post Office Box 688
Clayton, AL  36106

<u>Attorneys for Underwriters
Laboratories, Inc.</u>
Walter E. McGowan, Esq.
GRAY, LANGFORD, SAPP,
MCGOWAN, GRAY &
NATHANSON
P.O. Box 830239
Tuskegee, AL  36083-0239
<u>wem@glsmgn.com</u>

Charles Donald, Marshall, III, Esq.
John Olinde, Esq.
Brent Arnold Talbot, Esq..
Robert S. Rooth, Esq.
CHAFFE McCALL, PHILLIPS,
TOLER & SARPY
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163
(504) 585-7000
<u>talbot@chaffe.com</u>
<u>olinde@chaffe.com</u>
<u>marshall@chaffe.com</u>
<u>rooth@chaffe.com</u>

James E. Blazek
Adams & Reese, LLP
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA  70139


<u>/s/ Russell Jackson Drake</u>
OF COUNSEL

4