United States of America

State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

**JAMES E. BLAZEK, ESQ., #3154**

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 26th Day of August, 1964 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 23rd Day of June, 2006, A.D.

_____
Clerk of Court
Supreme Court of Louisiana

United States of America

State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

DONNA M. BORRELLO, ESQ., #16817

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 11th Day of October, 1985 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 22nd Day of August, 2006, A.D.

Clerk of Court
Supreme Court of Louisiana

United States of America

State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

RICHARD BOULIGNY EASON, II ESQ., #5248

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 24th Day of April, 1981 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 23rd Day of June, 2006, A.D.

Clerk of Court
Supreme Court of Louisiana

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAY'S DISTRIBUTING CO. INC., ET AL., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No: 2:06-CV-702 ) |
| TOTAL CONTAINMENT, INC., et al | ) ) ) |
| Defendants. | ) |

**DEFENDANT'S MOTION
FOR PRO HAC VICE ADMISSION OF COUNSEL**

Defendants Dayco Products, LLC, and Mark IV Industries, Ltd. (collectively "Dayco"), pursuant to Local Rule 83.1(b), hereby request the Court admit James E. Blazek, Richard B. Eason, II and Donna M. Borrello pro hac vice in this action, and state as follows:

1.

James E. Blazek is licensed to practice law in the state of Louisiana and is a member in good standing of the Louisiana Bar. In addition, Mr. Blazek is admitted to practice before the United States District Court for the Western District of Louisiana, the United States District Court for the Eastern District of Louisiana , the United States District Court for the Middle District of Louisiana, and the United States District Court for the Southern District of Florida . Mr. Blazek has been practicing law for more than 30 years and has represented numerous clients in state and federal court.

2.

Richard B. Eason, II is licensed to practice law in the state of Louisiana and is a member in good standing of the Louisiana Bar. He is admitted to practice before the United States

District Court for the Western District of Louisiana, the United States District Court for the Eastern District of Louisiana, and the United States District Court for the Middle District of Louisiana. Mr. Eason has been practicing law for more than 25 years and has represented clients in cases before state and federal courts.

3.

Donna M. Borrello is licensed to practice law in the state of Louisiana and is a member in good standing of the Louisiana Bar. She is admitted to practice before the United States District Court for the Eastern District of Louisiana, the United States District Court for the Middle District of Louisiana, the United States District Court for the Western District of Louisiana, and the United States District Court for the Southern District of Mississippi. Ms. Borrello has been practicing law for more than 20 years and has represented clients in cases before state and federal courts.

4.

Mr. Blazek, Mr. Eason, and Ms. Borrello are affiliated with the firm of Adams and Reese, 4500 One Shell Square, New Orleans, LA 70139. Telephone: (504) 581-3234; Facsimile: (504) 566-0210.

5.

Mr. Blazek, Mr. Eason and Ms. Borrello are familiar with the Federal Rules of Civil Procedure, the Local Rules for the Middle District of Alabama, the ethical limitations and requirements governing the behavior of members of the Alabama State Bar, and the American Bar Association Model Rules of Professional Conduct.

6.

Mr. Blazek, Mr. Eason and Ms. Borrello are co-counsel in this matter with Brian Mosholder, a member in good standing of the Alabama Bar, No. MOS-018, and the United States

District Court for the Middle District of Alabama. Mr. Mosholder's office address is: 303 Sterling Centre, 4121 Carmichael Road, Montgomery, Alabama 36106, (334) 213-5600.

7.

Certificates of Good Standing for James E. Blazek, Richard Eason and Donna M. Borrello are attached as Exhibits 1, 2 and 3, respectively.

WHEREFORE, Dayco Products, LLC, and Mark IV Industries, Ltd. respectfully requests the Court rule upon this motion without a hearing or further responses, and enter an Order (i) granting this Motion, and (ii) admitting James E. Blazek, Richard B. Eason, II and Donna M. Borrello pro hac vice.

Respectfully submitted this 28th day of August, 2006.

BRIAN MOSHOLDER (MOS-018)
Carpenter, Ingram & Mosholder, LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, Alabama 36106
(334) 213-5600

By: /s/ Brian Mosholder

ADAMS AND REESE, LLP
4500 One Shell Square
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 585-0480

James E. Blazek
Louisiana Bar No. 3154

Richard B. Eason, II
Louisiana Bar No. 5248

Donna Borrello
Louisiana Bar No. 16817

Attorneys for Defendants
Dayco Products, LLC, and Mark IV Industries, Ltd.

# C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing Motion for Pro Hac Vice Admission of Counsel has been served upon all counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 28th day of August 2006.

**ATTORNEYS FOR PLAINTIFF:**

Lynn Jinks
Christy Crow
JINKS, DANIEL & CROW, LLC
P.O. Box 350
Union Springs, AL 36089

Russell Jackson Drake
Nicola Thompson Drake
WHATLEY DRAKE & KALLAS, LLC
P.O. Box 10647
Birmingham, AL 35202-0647

Wesley L. Laird
LAIRD, BAKER & BLACKSTOCK
501 North Main Street
Opp, AL 36467

L. Cooper Rutland, Jr.
RUTLAND AND BRASWELL, LLC
208 North Prairie Street
Union Springs, AL 36089

Walter B. Calton
P.O. Box 696
Eufaula, AL 36072-0696

**ATTORNEYS FOR TICONA POLYMERS, INC.**

Alan T. Rogers
Balch & Bingham, LLP
P.O. Box 306
Birmingham, AL 35201-0306

Paul A. Clark
Balch & Bingham, LLP
P.O. Box 78
Montgomery, AL 36101

Paul M. O'Conner, III
Seth A. Moskowitz
Jon Avins
KASOWITZ, BENSON, TORRES & FRIEDMAN
1633 Broadway
New York, NY 10019-6799

**ATTORNEYS FOR CLEVELAND TUBING, INC.**

James H. McLemore
Capell & Howard
P.O. Box 2069
Montgomery, AL 36102

T. Harold Pinkley
MILLER & MARTIN, LLP
1200 First Union Tower
150 Fourth Avenue North
Nashville, TN 37219

Lynda M. Hill
James Williams
MILLER & MARTIN, PLLC
Suite 1000, Volunteer Bldg.
832 Chattanooga, TN 37402

**ATTORNEYS FOR UNDERWRITERS LABORATORIES, INC.**

Walter E. McGowen
GRAY, LANGFORD, SAPP,
MCGOWAN, GRAY & NATHANSON
P.O. Box 830239
Tuskegee, AL 36083-0239

Charles Donald Marshall, III
John Olinde
Brent Arnold Talbot
Robert S. Rooth
CHAFFE, McCALL, PHILLIPS, TOLER
& SARPY
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163


/s/ Brian Mosholder