UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

MAY'S DISTRIBUTING COMPANY, INC.,
ET AL

        Plaintiff

VERSUS

TOTAL CONTAINMENT, INC. ET AL

        Defendants

CIVIL ACTION

NO. 2:06cv702

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned attorney, Walter E. McGowan, hereby respectfully moves the Court, pursuant to Local rule 83.1(b), to admit *pro hac vice*, John F. Olinde, to practice before this Court in connection with the above-titled case. In support of this Motion, Mr. McGowan asserts the following:

1. Applicant resides at #17 Stilt Street, New Orleans, Louisiana, 70124. Applicant's telephone number is 504-585-7241; and, his Social Security Number is 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.

2. Applicant is an attorney and a member of the law firm of Chaffe McCall, LLP, with offices at 1100 Poydras Street, Suite 2300, New Orleans, Louisiana, 70163, (504) 585-7000.

3. Applicant has been retained personally or as a member of the above named law firm by Underwriters Laboratories, Inc., to provide legal representation in connection

Case 2:06-cv-00702-MEF-TFM    Document 27    Filed 08/28/2006    Page 2 of 9

Case 2:06-cv-00702-MEF-TFM    Document 27    Filed 08/28/2006    Page 2 of 9

with the above-styled matter now pending before the above-named court or administrative agency of the State of Alabama.

4. Since September 7 of 1983, applicant has been, and presently is, a member in good standing of the Bar of the United States District Court for the Eastern District of Louisiana, where applicant regularly practices law. (*See* Certificate of Good Standing attached hereto).

5. Applicant has been admitted to practice before the following courts:

| COURT | DATE ADMITTED |
|---|---|
| All Louisiana state courts | October 8, 1982 |
| USDC, Eastern District of Louisiana | September 7, 1983 |
| USDC, Western District of Louisiana | June 7, 1990 |
| USDC, Middle District of Louisiana | August 29, 1984 |
| United States Fifth Circuit Court of Appeals | October 11, 1988 |

Applicant is presently a member in good standing of the Bars of all those courts listed above.

6. Applicant presently is not subject to any disbarment proceedings.

7. Applicant presently is not subject to any suspension proceedings.

8. Applicant never has been subject to any disbarment proceedings.

9. Applicant never has been subject to any suspension proceedings.

10. Applicant never has had any certificate or privilege to appear and practice before any administrative body suspended or revoked.

11. Applicant, either by resignation, withdrawal, or otherwise, never has terminated or attempted to terminate applicant's office as an attorney in order to avoid administrative, disciplinary disbarment, or suspension proceedings.

12. Local counsel of record associated with applicant in this matter is Walter McGowan, who has offices at P.O. Box 830239, Tuskegee, Alabama, 36083-0239. Local counsel's telephone number is 334-727-4830.

13. The following lists accurately state the name and address of each party in this matter, WHETHER OR NOT REPRESENTED BY COUNSEL, and the name and address of each counsel of record who has appeared for each party:

| **Name of Party** | **Mailing Address** |
|---|---|
| May's Distributing Co., Inc. | Wesley L. Laird<br>LAIRD, BAKER & BLACKSTOCK,LLC<br>501 North Main Street<br>Opp, Alabama 36467<br><br>L. Cooper Rutland, Jr.<br>RUTLAND AND BRASWELL, LLC<br>208 North Prairie St.<br>Union Springs, AL 36089<br><br>Russell Jackson Drake<br>Nicola Thompson Drake<br>WHATLEY DRAKE, LLC<br>2323 Second Avenue N.<br>P.O. Box 10647<br>Birmingham, AL. 35202<br><br>Lynn W. Jinks, III<br>Christina Diane Crow<br>JINKS, DANIEL & CROW<br>208 North Prairie St.<br>P.O. Box 350<br>Union springs, AL. 36089 |
| Total Containment, Inc. | Pro Se |

|  |  |
|---|---|
|  | Total Containment, Inc.<br>422 Business Center<br>A130 North Drive<br>Oaks, PA 19456 |
| Ticona Polymers, Inc. | Seth Moscowitz<br>Paul O'Conner III<br>Jon Avins<br>KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP<br>1633 Broadway<br>New York, NY. 10019<br><br>Alan T. Rogers<br>BALCH & BINGHAM, LLP<br>P.O. Box 306<br>Birmingham, AL. 35201-0306<br><br>Paul A. Clark<br>Robin Garret Laurie<br>BALCH & BINGHAM, LLP<br>Montgomery, AL. 36101-0078 |
| Dayco Products, Inc., Mark IV Industries, Ltd. | Kimberly Sayoc<br>LIPPES, SILVERSTEIN, MATHAIS, WEXLER LLP<br>700 Guarantee Building<br>28 Church Street<br>Buffalo, NY 14202-3950<br><br>Joseph T. Carpenter<br>Nathan C. Prater<br>Brian Taggart Mosholder<br>CARPENTER, PRATER, INGRAM & MOSHOLDER, LLP<br>303 Sterling Centre<br>4121 Carmichael Road<br>Montgomery, AL. 36106<br>Myron C. Penn<br>Larry Shane Seaborn<br>PENN & SEABORN, LLC<br>P.O. Box 688<br>Clanton, AL. 36016 |
| Cleveland Tubing, Inc. | James H. McLemore, Esq.<br>CAPELL & HOWARD, P.C. |

        Post Office Box 2069
        Montgomery, Alabama 36102-2069

        Lynda M. Hill
        MILLER & MARTIN, PLLC
        Suite 1000, Volunteer Building
        832 Georgia Avenue
        Chattanooga, TN 37402-2289

        Harold Pinkley
        MILLER & MARTIN, PLLC
        150 Fourth Avenue North
        Suite 1200
        Nashville, TN 37219-2433

14.    Applicant agrees to comply with the Standards for Professional Conduct, and applicant consents to the jurisdiction of the courts and the disciplinary boards of the State of Alabama.

15.    Applicant respectfully requests to be admitted to practice in the above-entitled court for this cause only.

WHEREFORE, PREMISES CONSIDERED, Mr. McGowan respectfully moves the Court to admit John F. Olinde *Pro hac vice* in the above-titled matter pursuant to Local rule 83.1(b) of the United States District Court for the Middle District of Alabama.

Respectfully submitted this 28th day of August, 2006.

                            /s/ Walter E. McGowan
                            Walter E. McGowan

OF COUNSEL:
Gray, Langfor, Sapp,
McGowan, Gray & Nathanson
P.O. Box 830239
Tuskegee, AL 36083-0239

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by depositing same in United States Mail, postage prepaid, this 28th day of August, 2006.

**Counsel for Plaintiff May's Distributing Company, Inc.**

Wesley L. Laird, Esq.
LAIRD, BAKER & BLACKSTOCK, LLC
501 North Main Street
OPP, Alabama 36467

L. Cooper Rutland, Jr., Esq.
RUTLAND & BRASSWELL, LLC
208 North Prairie Street
Union Springs, Alabama 36089

Russell Jackson Drake, Esq.
Vivian Vines Campbell, Esq.
WHATLEY DRAKE, LLC
2323 Second Avenue N.
Post Office Box 10647
Birmingham, Alabama 35203

Nicola Thompson Drake, Esq.
1827 1st Avenue North, Suite 210
Birmingham, Alabama 35203

Lynn W. Jinks, III, Esq.
Christina D. Crow, Esq.
JINKS, DANIEL & CROW
Post Office Box 350
Union Springs, Alabama 36089

**Counsel for Defendant Ticona Polymers, Inc.**

Seth Moskowitz, Esq.
Paul O'Connor, Esq.
KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
1633 Broadway

New York, New York 10019

Allan T. Rogers, Esq.
BALCH & BINGHAM, LLP
Post Office Box 306
Birmingham, Alabama 35201-0306

Paul A. Clark, Esq.
BALCH & BINGHAM, LLP
Post Office Box 78
Montgomery, Alabama 36101-0078

**Counsel for Defendants Dayco Products, Inc., Mark IV Industries, Ltd.**

Kimberly Sayoc, Esq.
LIPPES, SILVERSTEIN, MATHIAS, WEXLER LLP
700 Guarantee Building
28 Church Street
Buffalo, New York 14302-3950

John T. Carpenter, Esq.
Nathan C. Prater, Esq.
CARPENTER, PRATER, INGRAM & MOSHHOLDER, LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, Alabama 36106

**Counsel for Cleveland Tubing, Inc.**

Harold Pinkley, Esq.
MILLER & MARTIN, LPPC
1500 Fourth Avenue North
Suite 1200 Nashville, Tennessee 37219-2433

Lynda Hill, Esq.
MILLER & MARTIN, PLLC
Suite 1000
Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402-2289
Counsel for Cleveland Tubing, Inc.

James H. McLemore, Esq.
CAPELL & HOWARD, P.C.
Post Office Box 2069

Montgomery, Alabama 36102-2069

**PRO SE**

Total Containment, Inc.
422 Business Center
A130 North Drive
Oaks, PA 19456

_____
OF COUNSEL

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Eastern    DISTRICT OF    Louisiana

**CERTIFICATE OF
GOOD STANDING**

I, _____Loretta G. Whyte_____, *Clerk of this Court,*

certify that ____John Francis Olinde____, *Bar #* ____1515____,

was duly admitted to practice in this Court on

____9/7/1983____, *and is in good standing*
DATE

as a member of the Bar of this Court.

Dated at ____New Orleans____ on ____8/14/2006____.
LOCATION                        DATE

*Loretta G. Whyte*
CLERK

*Kristina Haley*
DEPUTY CLERK