IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| MAY'S DISTRIBUTING COMPANY, INC., individually and as class representative of all those gasoline station owners similarly situated, ) ) ) ) ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-702-MEF |
| ) | |
| TOTAL CONTAINMENT, INC., *et al.*, ) ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the Motions for Charles D. Marshall, III, John F. Olinde and Robert S. Rooth to Appear Pro Hac Vice (Doc. #26, #27 & #28) filed on August 28, 2006, it is hereby

ORDERED that the motions are GRANTED.

DONE this the 30th day of August, 2006.

                                                /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE