IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| MAY'S DISTRIBUTING COMPANY, ) <br> INC., individually and as class ) <br> representative of all those gasoline ) <br> station owners similarly situated, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> TOTAL CONTAINMENT, INC., *et al.*, ) <br> ) <br> Defendants. ) | CASE NO. 2:06-cv-702-MEF |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Stay All Deadlines (Doc. #24) filed on August 29, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 30th day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE