IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| MAY'S DISTRIBUTING COMPANY, INC., individually and as class representative of all those gasoline station owners similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-702-MEF |
| TOTAL CONTAINMENT, INC., *et al.*, | )<br>)<br>) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the plaintiff's Motion to Remand (Doc. #21) filed on August 29, 2006, it is hereby ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before September 14, 2006. The plaintiff may file a reply brief on or before September 21, 2006.

DONE this the 30th day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE