**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| MAY'S DISTRICTION CO., INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO: |
| v. ) | |
| ) | 2:06-cv-702-MEF-DRB |
| TOTAL CONTAINMENT, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW

Comes now Nathan Prater, attorney of record for Defendants Dayco Products, Inc., and Mark IV Industries and moves the Court to allow him to withdraw as counsel for Defendant in the above-captioned case, and in support thereof, states as follows:

1.  The undersigned has moving to North Carolina, and no longer practices with the firm of Carpenter, Ingram & Mosholder, LLP.

2.  Brian Mosholder will remain as counsel for Defendants and will continue to defend and protect the Defendants' interests in this matter.

Wherefore, Nathan Prater respectfully requests that he be allowed to withdraw as counsel in this matter.

Respectfully submitted this 6th day of September, 2006.


          /s/Nathan Prater
NATHAN C. PRATER (PRA-011)
Attorney for Defendant

OF COUNSEL:
Carpenter, Ingram & Mosholder, LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, AL 36106
Telephone: (334) 213-5600

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the above and foregoing was served upon the below listed counsel of record by placing a copy of same in the U.S. mail, postage prepaid and properly addressed this 6th day of September, 2006.

Wesley L. Laird, Esq.
Laird, Baker & Blackstock, LLC
501 North Main Street
Opp, AL 36467

L. Cooper Rutland, Jr., Esq.
Rutland and Braswell, LLC
208 North Prarie Street
Union Springs, AL 36089

Nicola Thompson Drake, Esq.
Russell Jackson Drake, Esq.
Whatley Drake, LLC
2323 2nd Avenue No.
P. O. B. 10647
Birmingham, AL 35202

Walter Calton, Esq.
P. O. Box 696
Eufaula, AL 36103

Paul A. Clark, Esq.
Balch & Bingham
P. O. Box 78
Montgomery, AL 36101

Alan T. Rogers, Esq.
Balch & Bingham
1710 6th Avenue North
P. O. Box 306
Birmingham, AL 35201-0306

James H. McLemore, Esq.
Capell & Howard
150 South Perry Street
P. O. Box 2069
Montgomery, AL 36102-2069

Paul M. O'Connor, III, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broad Way
New York, NY 10019

Lynda M. Hill, Esq.
T. Harold Pinkley, Esq.
Miller & Martin
1200 1 Nashville Place
150 4th Avenue North
Nashville, TN 37219-2433

James Williams, Esq.
Miller & Martin
832 Georgia Ave., Ste. 100
Chattanooga, TN 37402

Lynn W. Jinks, III, Esq.
Jinks, Daniel & Crow
P. O. Box 350
Union Springs, AL 36089

Walter E. McGowan, Esq.
Gary, Langford, Sapp,
McGowan, Gray & Nathanson
P. O. Box 830239
Tuskegee, AL 36083

Charles Donald Marshall, III, Esq.
John Olinde, E
Brent Arnold Talbort, Esq.
Robert S. Rooth, Esq.
Chaffe, McCall, Phillips
Toler & Sarpy
2300 Enger Centre
1100 Poydras Str.
New Orleans, LA 70163

Myron Penn, Esq.
Shane Seaborn, Esq.
Penn & Seaborn, LLC
P. O. Box 688
Clayton, AL 36016

  /s/Nathan Prater
NATHAN C. PRATER (PRA-011)
Attorney for Defendant

Case 2:06-cv-00702-MEF-TFM     Document 34     Filed 09/06/2006     Page 4 of 4