IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| MAY'S DISTRIBUTING COMPANY, INC., individually and as class representative of all those gasoline station owners similarly situated, | ) ) ) ) ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-702-MEF |
| TOTAL CONTAINMENT, INC., *et al.*, | ) ) ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion for James E. Blazek, Richard Eason, II and Donna Borrello to Appear Pro Hac Vice (Doc. #33) filed on August 31, 2006, and the Motion for Nathan Prater to Withdraw (Doc. #34) filed on September 6, 2006, it is hereby

ORDERED that the motions are GRANTED.

DONE this the 11th day of September, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE