UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

*****************************************

MAY'S DISTRIBUTING CO. INC.,              Civ. Act No. 2:06cv 702-MEF-DRB

    Plaintiff,

TOTAL CONTAINMENT, INC., ET AL.,          Judge: 1

    Defendants

*****************************************

TO: THE HONORABLE CHIEF MARK E. FULLER AND
HONORABLE DELORES R. BOYD OF THE UNITED STATES
DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned attorneys William K. Pelosi and Lindsey M. Glah (collectively, the "Petitioners"), hereby respectfully move the Court, pursuant to Local Rule 83.1(b), for admission *pro hac vice* to practice before this Court in connection with the above-captioned matter. In support of this Motion, the Petitioners assert the following:

1. Mr. Pelosi resides at 884 Henry Drive, Yardley, PA 19067.

2. Ms. Glah resides at 605 Spring Mill Road, Conshohocken, PA 19428.

3. Petitioner Pelosi is a partners at the law firm of Obermayer Rebmann Maxwell & Hippel LLP, One Penn Center, 19th Floor, 1617 John F. Kennedy Boulevard, Philadelphia, PA 19103.

4. Petitioner Glah is an associate at the law firm of Obermayer Rebmann Maxwell & Hippel LLP, One Penn Center, 19th Floor, 1617 John F. Kennedy Boulevard,

4080717

Philadelphia, PA 19103.

5.   Petitioners have been retained by George L. Miller, the Chapter 11 Trustee for defendant Total Containment, Inc. in the above-captioned matter.

4.   Since 1995, Petitioner Pelosi has been, and presently is a member of the Bar of the United States District Court for the Eastern District of Pennsylvania, where Petitioner regularly practices law. A Certificate of Good Standing from the Eastern District of Pennsylvania is attached hereto.

5.   Since 2006, Petitioner Glah has been, and presently is a member of the Bar of the United States District Court for the Eastern District of Pennsylvania, where Petitioner regularly practices law. A Certificate of Good Standing from the Eastern District of Pennsylvania is attached hereto.

6.   Petitioner Pelosi has also been admitted to practice before the following courts: the Supreme Court of the Commonwealth of Pennsylvania since 1994; all of the courts of the State of New Jersey since 1994; the United States District Court for the District of New Jersey since 1994; the United States Court of Appeals for the Third Circuit since 1995 and the United States Court of Federal Claims since 1998. Petitioner is presently a member in good standing of the Bars of each of the courts listed above.

7.   Petitioner Glah has also been admitted to practice before the following courts: the Supreme Court of the Commonwealth of Pennsylvania; all of the state courts of the State of New Jersey since 2005. Petitioner is presently a member in good standing of the Bars of each of the courts listed above.

8.   None of the Petitioners are presently subject to any disbarment proceedings.

9.   None of the Petitioners are presently subject to any suspension proceedings.

4080717

10. None of the Petitioners have been subject to any disbarment proceedings.

11. None of Petitioners have been subject to any suspension proceedings.

12. None of the Petitioners has had any certificate or privilege to appear and practice before any regulatory administrative body suspended or revoked.

12. The following accurately represents the names and addresses of each party in this matter, WHETHER OR NOT REPRESENTED BY THIS COUNSEL, and the names and addresses of each counsel of record who appeared for said parties:

**Attorneys for Plaintiff:**

L. Cooper Rutland, Jr.
RUTLAND & BRASWELL P.
O. Box 551
Union Springs, AL 36089-0551

Wesley L. Laird
LAIRD BAKER & BLACKSTOCK
501 North Main Street
Opp, AL 36467

Lynn W. Jinks, III
JINKS DANIEL & CROW P.
O. Box 350
Union Springs, AL 36089

Russell J. Drake
Nicola Drake
WHATLEY DRAKE & KALLAS LLC
P. O. Box 10647
Birmingham, AL 35203-2605

**Attorneys for Defendants Dayco Products, Inc. and Mark IV Industries, Ltd.:**

Joseph T. Carpenter
Brian Mosholder
CARPENTER, PRATER, INGRAM
& MOSHOLDER LLP
303 Sterling Centre
4121 Carmichael Road

3

4080717

Montgomery, AL 36106

James E. Blazek
ADAMS & REESE LLP
One Shell Square
701 Poydras Street
Suite 4500
New Orleans, LA 70139

L. Shane Seaborn
PENN & SEABORN, LLC
Post Office Box 688
Clayton, AL 36016

**Attorneys for Cleveland Tubing, Inc.:**

James H. McLemore
CAPELL & HOWARD, PC
P. O. Box 2069
Montgomery, AL 36102-2069

James T. Williams, IV
MILLER & MARTIN LLP
832 Georgia Avenue
Suite 1000, Volunteer Bldg.
Chattanooga, TN 37402

Lynda Motes Hill
Miller & Martin
832 Georgia Avenue
Volunteer Building, Suite 1000
Chattanooga, TN 37402-289

Thomas Harold Pinkley, Jr.
Miller & Martin LLP
1200 First Union Tower
150 Fourth Avenue North
Nashville, TN 37219-2433

**Attorneys for Underwriters Laboratories, Inc.:**

Walter F. McGowan
GRAY, LANDFORD, SAPP, McGOWN,
GRAY & NATHANSON
P.O. Box 830239
Tuskegee, AL 36083

4

4080717

John F. Olinde
CHAFFEE, McCALL, PHILLIPS,
TOLER & SARPY, L.L.P.
1100 Poydras Street
Suite 2300
New Orleans, LA 70163

Brent Arnold Talbot
Chaffee McCall Phillips Toler & Sarpy
1100 Poydras Street
Suite 2300
New Orleans, LA 70163-2300

Charles Donald Marshall, III
Chaffee McCall Phillips Toler & Sarpy
1100 Poydras Street
Suite 2300
New Orleans, LA 70163-2300

**Attorney for Ticona Polymers:**

Jon Avins
Kasowitz, Benson, Torres & Frieman LLP
1633 Broadway
New York, NY 10019

Paul Anthony Clark
Balch & Bingham
PO Box 78
2 Dexter Avenue
Montgomery, AL 36101-0078

Paul Michael O'Connor, III
Kasowitz Benson Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Robin Garrett Laurie
Balch & Bingham
PO Box 78
2 Dexter Avenue
Montgomery, AL 36101-0078

5

4080717

Seth Alan Moskowitz
Kasowitz Benson Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Walter B. Calton
Calton & Rutland LLC
PO Box 696
Eufaula, AL 36027-0696

13.     Petitioners agree to comply with the Standards for Professional Conduct and Petitioners consent to the jurisdiction of the courts and the disciplinary boards of the State of Alabama.

14.     Petitioners respectfully request to be admitted to practice in this Court for this case only.

Wherefore, Petitioners respectfully move this Court to admit William K. Pelosi and Lindsey M. Glah *pro hac vice* in the above-captioned matter pursuant to Local Rule 83.1(b) of the United States District Court for the Middle District of Alabama.

Respectfully submitted this 8th day of September, 2006.

William K. Pelosi, Esquire (PA. ID. 72882)
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Blvd.
Philadelphia, PA 19103-1895
(215) 665-3000
FAX: (215) 665-3165

4080717

*Lindsey Glah* (signature)
Lindsey M. Glah, Esquire (PA. ID. 200633)
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Blvd.
Philadelphia, PA 19103-1895
(215) 665-3000
FAX: (215) 665-3165

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

*****************************************
**MAY'S DISTRIBUTING CO. INC.,**          Civ. Act No. 2:06cv 702-MEF-DRB

**Plaintiff,**
**TOTAL CONTAINMENT, INC., ET AL.,**

**Defendants**
*****************************************

## CERTIFICATE OF SERVICE

I Lindsey M. Glah, hereby certify that on September 8, 2006, I caused the foregoing Motion for Admission Pro Hac Vice via First Class Mail, properly addressed and postage prepaid on the persons on the attached list.

*[signature]*
Lindsey M. Glah, Esquire (PA. ID. 200633)
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Blvd.
Philadelphia, PA 19103-1895
(215) 665-3000
FAX: (215) 665-3165

4080705

SERVICE LIST

Christina Diane Crow
Jinks Daniel & Crow LLC
PO Box 350
Union Springs, AL 36089-0350

L. Cooper Rutland, Jr.
Rutland & Braswell
P. O. Box 551
Union Springs, AL 36089-0551

Lynn W. Jinks, III
Jinks Daniel & Crow LLC
PO Box 350
Union Springs, AL 36089-0350

Nicola Thompson Drake
Whatley Drake & Kallas, LLC
PO Box 10647
Birmingham, AL 35202-0647

Russell J. Drake
Whatley Drake & Kallas, LLC
PO Box 10647
Birmingham, AL 35202-0647

Wesley L. Laird
Laird Baker & Blackstock PC
501 North Main Street
Opp, AL 36467

Brian Taggart Mosholder
Carpenter Prater Ingram &
Mosholder LLP
4121 Carmichael Road
303 Sterling Centre
Montgomery, AL 36106

Alan Taylor Rogers
Balch & Bingham
PO Box 306

4080705

Birmingham, AL 35201-0306

Jon Avins
Kasowitz, Benson, Torres &
Frieman LLP
1633 Broadway
New York, NY 10019

Paul Anthony Clark
Balch & Bingham
PO Box 78
2 Dexter Avenue
Montgomery, AL 36101-0078

Paul Michael O'Connor, III
Kasowitz Benson Torres &
Friedman LLP
1633 Broadway
New York, NY 10019

Robin Garrett Laurie
Balch & Bingham
PO Box 78
2 Dexter Avenue
Montgomery, AL 36101-0078

Seth Alan Moskowitz
Kasowitz Benson Torres &
Friedman LLP
1633 Broadway
New York, NY 10019

Walter B. Calton
Calton & Rutland LLC
PO Box 696
Eufaula, AL 36027-0696

James H. McLemore
Capell Howard PC
PO Box 2069
Montgomery, AL 36102-2069

4080705

James T. Williams, IV
Miller & Martin
832 Georgia Avenue
Volunteer Building, Suite 1000
Chattanooga, TN 37402-2289


Lynda Motes Hill
Miller & Martin
832 Georgia Avenue
Volunteer Building, Suite 1000
Chattanooga, TN 37402-2289


Thomas Harold Pinkley, Jr.
Miller & Martin LLP
1200 First Union Tower
150 Fourth Avenue North
Nashville, TN 37219-2433


Brent Arnold Talbot
Chaffee McCall Phillips Toler & Sarpy
1100 Poydras Street
Suite 2300
New Orleans, LA 70163-2300


Charles Donald Marshall, III
Chaffee McCall Phillips Toler & Sarpy
1100 Poydras Street
Suite 2300
New Orleans, LA 70163-2300


John Olinde
Chaffee McCall Phillips Toler & Sarpy
1100 Poydras Street
Suite 2300
New Orleans, LA 70163-2300


Robert Stephen Rooth
Chaffee McCall Phillips Toler & Sarpy
1100 Poydras Street
Suite 2300

4080705

New Orleans, LA 70163-2300


Walter Edgar McGowan
Gray Langford Sapp McGowan
Gray & Nathanson
PO Box 830239
Tuskegee, AL 36083-0239

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

DO HEREBY CERTIFY That Lindsey M. Glah , Bar # 200633, was duly admitted to practice in said Court on January 5, 2006, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania

on September 8, 2006.

MICHAEL E. KUNZ
    Clerk of Court

BY 
Aida Ayala,     Deputy Clerk

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA  }

I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

DO HEREBY CERTIFY That William K. Pelosi, Bar # 72882, was duly admitted to practice in said Court on January 25, 1995, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania         MICHAEL E. KUNZ
                                            Clerk of Court

on September 8, 2006.                  BY _____
                                       Aida Ayala,   Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 SEP 11  A 11: 40

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MAY'S DISTRIBUTING CO. INC.,        Civ. Act. No. 2:06cv 702-MEF-DRB

**Plaintiff,**

TOTAL CONTAINMENT, INC., ET AL.,

**Defendants**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

AND NOW, upon consideration of the Motion for Admission Pro Hac Vice of William K. Pelosi, Esquire and Lindsey M. Glah, Esquire (the "Motion") filed on September 11, 2006, it is hereby

ORDERED that the Motion is GRANTED and William K. Pelosi, Esquire and Lindsey M. Glah, Esquire are admitted *pro hac vice*.

DONE this 11th day of September, 2006

_____
J.

4080973