# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

*************************************

**MAY'S DISTRIBUTING CO. INC.,**                    Civ. Action No. 2:06cv 702-MEF-DRB

      **Plaintiff,**                    Judge 1

**TOTAL CONTAINMENT, INC., ET AL.,**

      **Defendants**
*************************************

## TO:  THE HONORABLE CHIEF MARK E. FULLER AND HONORABLE DELORES R. BOYD OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO FOURTH AMENDED COMPLAINT

Total Containment, Inc., ("Defendant") by the Chapter 11 Trustee for Total Containment, Inc., respectfully files this Motion for an Extension of Time to File a Response to May's Distributing Company's ("Plaintiff") Complaint until October 6, 2006 to enable its insurers to join the above-captioned litigation.  In support thereof, the Defendant states as follows:

1.      Defendant is the Debtor in a Chapter 11 Bankruptcy Proceeding under a plan of liquidation in the United States Bankruptcy Court (the "Bankruptcy Court") for the Eastern District of Pennsylvania (In re Total Containment Inc., Bankruptcy No. 04-13144).

2.      Pursuant to an order entered on or around December 13, 2004 by the Bankruptcy Court in the Defendant's bankruptcy case, the automatic stay was lifted "with respect to Mays *(sic)* right to proceed with the prosecution of its damage claims in Alabama State Court civil litigation

limiting any recovery to insurance proceeds, if any exist." A copy of the Order is attached hereto as Exhibit "A."

3.    Plaintiff removed the Alabama State Court civil litigation to this Court and on August 21, 2006, Defendant received a copy of the Fourth Amended Complaint in the above-captioned case.

4.    The docket states that a response is due on September 11, 2006.

5.    Defendant has notified its insurance carriers of the litigation, but does not anticipate their assuming the defense of this matter until after the response due date. (A copy of the letters tendering this case to Defendant's insurance carriers is attached as Exhibit "B.")

6.    As a company in Chapter 11 liquidation, the Defendant does not have the resources to defend itself in this litigation absent the provision of a defense by it insurance carriers.

7.    Defendant requested from Plaintiff an extension until October 6, 2006 to respond to the Complaint.

8.    Plaintiff agreed to this request for an extension and indicated that Defendant should file a motion seeking same and informing the Court that they are in agreement with Defendant's request for an extension. (A copy of the e-mail granting the extension is attached as Exhibit "C".)

9.    Defendant has received no previous extensions of time and does not anticipate seeking any additional time.

WHEREFORE, Defendant respectfully requests that this Court enter an order granting

Defendant's Motion for an Extension of Time to File a Response to Plaintiff's Complaint from 20 days after service of the Complaint to and including October 6, 2006.

Dated: September 8, 2006

*Lindsey M Glah*

Lawrence J. Tabas, Esquire (PA. ID.27815)
William K. Pelosi, Esquire (PA. ID. 72882)
Lindsey M. Glah, Esquire (PA. ID. 200633)
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Blvd.
Philadelphia, PA 19103-1895
(215) 665-3000
FAX: (215) 665-3165

4080200

3

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MAY'S DISTRIBUTING CO. INC.,**     Civ. Act No. 2:06cv 702-MEF-DRB

**Plaintiff,**
**TOTAL CONTAINMENT, INC., ET AL.,**

**Defendants**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I Lindsey M. Glah, hereby certify that on September 8, 2006, I caused the

foregoing  Motion For Extension Of Time To File Response To Fourth Amended

Complaint Plaintiff via First Class Mail, properly addressed and postage prepaid on the

persons on the attached list.

Lindsey M. Glah, Esquire (PA. ID. 200633)
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Blvd.
Philadelphia, PA 19103-1895
(215) 665-3000
FAX: (215) 665-3165

4080705

SERVICE LIST

Christina Diane Crow
Jinks Daniel & Crow LLC
PO Box 350
Union Springs, AL 36089-0350

L. Cooper Rutland, Jr.
Rutland & Braswell
P. O. Box 551
Union Springs, AL 36089-0551

Lynn W. Jinks, III
Jinks Daniel & Crow LLC
PO Box 350
Union Springs, AL 36089-0350

Nicola Thompson Drake
Whatley Drake & Kallas, LLC
PO Box 10647
Birmingham, AL 35202-0647

Russell J. Drake
Whatley Drake & Kallas, LLC
PO Box 10647
Birmingham, AL 35202-0647

Wesley L. Laird
Laird Baker & Blackstock PC
501 North Main Street
Opp, AL 36467

Brian Taggart Mosholder
Carpenter Prater Ingram &
Mosholder LLP
4121 Carmichael Road
303 Sterling Centre
Montgomery, AL 36106

Alan Taylor Rogers
Balch & Bingham
PO Box 306

Birmingham, AL 35201-0306

Jon Avins
Kasowitz, Benson, Torres &
Frieman LLP
1633 Broadway
New York, NY 10019

Paul Anthony Clark
Balch & Bingham
PO Box 78
2 Dexter Avenue
Montgomery, AL 36101-0078

Paul Michael O'Connor, III
Kasowitz Benson Torres &
Friedman LLP
1633 Broadway
New York, NY 10019

Robin Garrett Laurie
Balch & Bingham
PO Box 78
2 Dexter Avenue
Montgomery, AL 36101-0078

Seth Alan Moskowitz
Kasowitz Benson Torres &
Friedman LLP
1633 Broadway
New York, NY 10019

Walter B. Calton
Calton & Rutland LLC
PO Box 696
Eufaula, AL 36027-0696

James H. McLemore
Capell Howard PC
PO Box 2069
Montgomery, AL 36102-2069

4080705

James T. Williams, IV
Miller & Martin
832 Georgia Avenue
Volunteer Building, Suite 1000
Chattanooga, TN 37402-2289


Lynda Motes Hill
Miller & Martin
832 Georgia Avenue
Volunteer Building, Suite 1000
Chattanooga, TN 37402-2289


Thomas Harold Pinkley, Jr.
Miller & Martin LLP
1200 First Union Tower
150 Fourth Avenue North
Nashville, TN 37219-2433


Brent Arnold Talbot
Chaffee McCall Phillips Toler &
Sarpy
1100 Poydras Street
Suite 2300
New Orleans, LA 70163-2300


Charles Donald Marshall, III
Chaffee McCall Phillips Toler &
Sarpy
1100 Poydras Street
Suite 2300
New Orleans, LA 70163-2300


John Olinde
Chaffee McCall Phillips Toler &
Sarpy
1100 Poydras Street
Suite 2300
New Orleans, LA 70163-2300


Robert Stephen Rooth
Chaffee McCall Phillips Toler &
Sarpy
1100 Poydras Street
Suite 2300

New Orleans, LA 70163-2300

Walter Edgar McGowan
Gray Langford Sapp McGowan
Gray & Nathanson
PO Box 830239
Tuskegee, AL 36083-0239

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :

TOTAL CONTAINMENT, INC                    :      CHAPTER 11

      DEBTOR                             :      BANKR. NO. 04:13144(BIF)

                              :

                              :      **Hearing Date: December 13, 2004**

                              :      **Time: 9:30 a.m.**

                              :      **Courtroom #2**

                              :      **United States Courthouse**

                              :      **900 Market St.**

                              :      **Philadelphia, PA 19107**

## <u>O R D E R</u>

AND NOW, this      day of        , 2004, upon consideration of the Motion of May's

Distributing Company, Inc. ("Mays") by and through its local counsel, DiDonato and

Winterhalter, P.C., it is hereby:

ORDERED, that the relief from the automatic stay sought in this Motion be granted with

respect to Mays right to proceed with the prosecution of its damage claims in the Alabama State

Court civil litigation limiting any recovery to insurance proceeds, if any exist.

*Order entered by default*

BY THE COURT:

_____

BRUCE I. FOX
U.S. BANKRUPTCY JUDGE

<u>Interested Parties on the following page</u>

Paul J. Winterhalter, Esquire
DiDonato & Winterhalter, P.C.
1818 Market Street, Suite 3520
Philadelphia, PA 19103

Kevin P. Callahan, Esquire
United States Trustee
The Curtis Center
601 Walnut Street
Suite 950-W
Philadelphia, PA 19106

George L. Miller, CPA
Miller Coffey Tate, LLP
8 Penn Center, Suite 950
1628 J.F.K. Boulevard
Philadelphia, PA 19103

# EXHIBIT B

# OBERMAYER

## REBMANN MAXWELL & HIPPEL LLP

*Attorneys At Law*

*William K. Pelosi, Esquire*
*Direct Dial: (215) 665-3222*

September 6, 2006

**VIA FEDERAL EXPRESS**

Aon Risk Services
One Liberty Place
1650 Market Street
Suite 1000
Philadelphia, PA 19103

      Re:    May's Distributing Co., Inc., et al. v. Total Containment Inc., et al.

Dear Sir or Madam:

We represent George L. Miller as Chapter 11 Trustee for the estate of Total Containment Inc. ("TCI"). TCI is insured under the following policies for which we believe you were the broker.

| | |
|---|---|
| Commerce & Industry Insurance Company of Canada | 546-85-09 |
| St. Paul Travelers Co., Inc. (Gulf Insurance Policy) | CGL 0283361<br>CGL 5315027 |
| Philadelphia Indemnity Insurance Co. | HULT100258<br>PHPG400594<br>PHPK000385<br>PHUM400273<br>PHUM104136<br>PHPG118661 |
| Federal Insurance Company (Chubb) | 7908-16-49 |
| Steadfast Insurance Co. | SCC2252219-00 |
| Evanston Insurance Co. | EX700062<br>XCAA1024MEU |

We hereby tender and/or retender for defense and indemnity, under the above policies and any other applicable policies for which you were the broker, the above referenced matter. The complaint in that matter and a recent copy of the docket accompanies this letter. **Please note that it appears from the docket that the answer in this matter is due on Monday, September 11, 2006.** Plaintiffs' counsel has agreed to a 30 day extension to answer (Plaintiffs' counsel, Jack Drake, can be reached at (205) 328-9576); however, the insured does not have counsel admitted to practice in the Federal District Court for the Middle District of Alabama and so has been unable to file a motion for an extension with the Court. Please contact the appropriate insurance companies, including but not limited to those listed above, and immediately retain counsel to take all steps necessary to preserve TCI's rights in the attached litigation.

## Over a Century of Solutions

| Philadelphia | Harrisburg | Pittsburgh | Cherry Hill | Wilmington |
|---|---|---|---|---|
| Pennsylvania | Pennsylvania | Pennsylvania | New Jersey | Delaware |

4080273

Please do not hesitate to call me if you have questions regarding the above.

Very truly yours,

*William K Pelosi*

William K. Pelosi
For: OBERMAYER REBMANN MAXWELL & HIPPEL, LLP

WKP/sjm

# OR&MH OBERMAYER
## REBMANN MAXWELL & HIPPEL LLP
*Attorneys At Law*

*William K. Pelosi, Esquire*
*Direct Dial: (215) 665-3222*

September 6, 2006

**VIA FEDERAL EXPRESS**
MC Risk Management, Inc.
704 North Sutton Road
Sutton, Quebec JOE 2KO

Re:    May's Distributing Co., Inc., et al. v. Total Containment Inc., et al.

Dear Sir or Madam:

We represent George L. Miller as Chapter 11 Trustee for the estate of Total Containment Inc. ("TCI"). TCI is insured under the following policies for which we believe you were the broker.

| | |
|---|---|
| Commerce & Industry Insurance Company of Canada | 546-85-09 |
| St. Paul Travelers Co., Inc. (Gulf Insurance Policy) | CGL 0283361<br>CGL 5315027 |
| Philadelphia Indemnity Insurance Co. | HULT100258<br>PHPG400594<br>PHPK000385<br>PHUM400273<br>PHUM104136<br>PHPG118661 |
| Federal Insurance Company (Chubb) | 7908-16-49 |
| Steadfast Insurance Co. | SCC2252219-00 |
| Evanston Insurance Co. | EX700062<br>XCAA1024MEU |

We hereby tender and/or retender for defense and indemnity, under the above policies and any other applicable policies for which you were the broker, the above referenced matter. The complaint in that matter and a recent copy of the docket accompanies this letter. **Please note that it appears from the docket that the answer in this matter is due on Monday, September 11, 2006.** Plaintiffs' counsel has agreed to a 30 day extension to answer (Plaintiffs' counsel, Jack Drake, can be reached at (205) 328-9576); however, the insured does not have counsel admitted to practice in the Federal District Court for the Middle District of Alabama and so has been unable to file a motion for an extension with the Court. Please contact the appropriate insurance companies, including but not limited to those listed above, and immediately retain counsel to take all steps necessary to preserve TCI's rights in the attached litigation.

## Over a Century of Solutions

| Philadelphia<br>Pennsylvania | Harrisburg<br>Pennsylvania | Pittsburgh<br>Pennsylvania | Cherry Hill<br>New Jersey | Wilmington<br>Delaware |
|---|---|---|---|---|

4080275

Please do not hesitate to call me if you have questions regarding the above.

Very truly yours,

*William K Pelosi*

William K. Pelosi
For: OBERMAYER REBMANN MAXWELL & HIPPEL, LLP

WKP/sjm

# OBERMAYER
## REBMANN MAXWELL & HIPPEL LLP
*Attorneys At Law*

*William K. Pelosi, Esquire*
*Direct Dial: (215) 665-3222*

September 6, 2006

**VIA FEDERAL EXPRESS**
The Addis Group
2300 Renaissance Boulevard
King of Prussia, PA 19406-2772

      Re:   May's Distributing Co., Inc., et al. v. Total Containment Inc., et al.

Dear Sir or Madam:

      We represent George L. Miller as Chapter 11 Trustee for the estate of Total Containment Inc. ("TCI"). TCI is insured under the following policies for which we believe you were the broker.

| | |
|---|---|
| Commerce & Industry Insurance Company of Canada | 546-85-09 |
| St. Paul Travelers Co., Inc. (Gulf Insurance Policy) | CGL 0283361<br>CGL 5315027 |
| Philadelphia Indemnity Insurance Co. | HULT100258<br>PHPG400594<br>PHPK000385<br>PHUM400273<br>PHUM104136<br>PHPG118661 |
| Federal Insurance Company (Chubb) | 7908-16-49 |
| Steadfast Insurance Co. | SCC2252219-00 |
| Evanston Insurance Co. | EX700062<br>XCAA1024MEU |

      We hereby tender and/or retender for defense and indemnity, under the above policies and any other applicable policies for which you were the broker, the above referenced matter. The complaint in that matter and a recent copy of the docket accompanies this letter. **Please note that it appears from the docket that the answer in this matter is due on Monday, September 11, 2006.** Plaintiffs' counsel has agreed to a 30 day extension to answer (Plaintiffs' counsel, Jack Drake, can be reached at (205) 328-9576); however, the insured does not have counsel admitted to practice in the Federal District Court for the Middle District of Alabama and so has been unable to file a motion for an extension with the Court. Please contact the appropriate insurance companies, including but not limited to those listed above, and immediately retain counsel to take all steps necessary to preserve TCI's rights in the attached litigation.

## Over a Century of Solutions

| Philadelphia | Harrisburg | Pittsburgh | Cherry Hill | Wilmington |
|---|---|---|---|---|
| Pennsylvania | Pennsylvania | Pennsylvania | New Jersey | Delaware |

4080274

Please do not hesitate to call me if you have questions regarding the above.

Very truly yours,

*William K Pelosi*

William K. Pelosi
For: OBERMAYER REBMANN MAXWELL & HIPPEL, LLP

WKP/sjm

# O R & M H  **OBERMAYER**
## REBMANN MAXWELL & HIPPEL LLP
*Attorneys At Law*

*William K. Pelosi, Esquire*
*Direct Dial: (215) 665-3222*

September 6, 2006

**VIA FEDERAL EXPRESS**
Jeffrey Mancill
Philadelphia Indemnity Insurance Company
One Bala Plaza
Suite 100
Bala Cynwyd, PA 19004

Re:    May's Distributing Co., Inc., et al. v. Total Containment Inc., et al.

Dear Mr. Mancill:

We represent George L. Miller as Chapter 11 Trustee for the estate of Total Containment Inc. ("TCI"). Philadelphia Indemnity Insurance Co. has insured TCI under the following policies.

| Philadelphia Indemnity Insurance Co. | HULT100258 |
| | PHPG400594 |
| | PHPK000385 |
| | PHUM400273 |
| | PHUM104136 |
| | PHPG118661 |

We hereby tender and/or retender for defense and indemnity, under the above policies and any other applicable policies for which you are the insurer, the above referenced matter. The complaint in that matter and a recent copy of the docket accompanies this letter. **Please note that it appears from the docket that the answer in this matter is due on Monday, September 11, 2006.** Plaintiffs' counsel has agreed to a 30 day extension to answer (Plaintiffs' counsel, Jack Drake, can be reached at (205) 328-9576); however, the insured does not have counsel admitted to practice in the Federal District Court for the Middle District of Alabama and so has been unable to file a motion for an extension with the Court. Please immediately retain counsel to take all steps necessary to preserve TCI's rights in the attached litigation.

## Over a Century of Solutions

| Philadelphia | Harrisburg | Pittsburgh | Cherry Hill | Wilmington |
| Pennsylvania | Pennsylvania | Pennsylvania | New Jersey | Delaware |

4080267

Please do not hesitate to call me if you have questions regarding the above.

Very truly yours,

*William K Pelosi*

William K. Pelosi
For: OBERMAYER REBMANN MAXWELL & HIPPEL, LLP

WKP/sjm

# O&R M&H OBERMAYER
## REBMANN MAXWELL & HIPPEL LLP
*Attorneys At Law*

*William K. Pelosi, Esquire*
*Direct Dial: (215) 665-3222*

September 6, 2006

**VIA FEDERAL EXPRESS**
Elaine Woodams
St. Paul Travelers Co., Inc.
Special Liability Group
One Tower Square - 5MS
Hartford, CT 06183

Re:    May's Distributing Co., Inc., et al. v. Total Containment Inc., et al.

Dear Ms. Woodams:

We represent George L. Miller as Chapter 11 Trustee for the estate of Total Containment Inc. ("TCI"). St. Pauls Travelers Co., Inc. has insured TCI under the following policies.

| St. Paul Travelers Co., Inc. (Gulf Insurance Policy) | CGL 0283361 |
|---|---|
| | CGL 5315027 |

We hereby tender and/or retender for defense and indemnity, under the above policies and any other applicable policies for which you are the insurer, the above referenced matter.  The complaint in that matter and a recent copy of the docket accompanies this letter.  **Please note that it appears from the docket that the answer in this matter is due on Monday, September 11, 2006.**  Plaintiffs' counsel has agreed to a 30 day extension to answer (Plaintiffs' counsel, Jack Drake, can be reached at (205) 328-9576); however, the insured does not have counsel admitted to practice in the Federal District Court for the Middle District of Alabama and so has been unable to file a motion for an extension with the Court.  Please immediately retain counsel to take all steps necessary to preserve TCI's rights in the attached litigation.

Please do not hesitate to call me if you have questions regarding the above.

Very truly yours,

*William K Pelosi*

William K. Pelosi
For:  OBERMAYER REBMANN MAXWELL & HIPPEL, LLP

WKP/sjm

## Over a Century of Solutions

| Philadelphia | Harrisburg | Pittsburgh | Cherry Hill | Wilmington |
|---|---|---|---|---|
| Pennsylvania | Pennsylvania | Pennsylvania | New Jersey | Delaware |

4080265

# OBERMAYER
## REBMANN MAXWELL & HIPPEL LLP
*Attorneys At Law*

*William K. Pelosi, Esquire*
*Direct Dial: (215) 665-3222*

September 6, 2006

**VIA FEDERAL EXPRESS**
Joseph Hobbs
Chubb Group of Insurance Companies
15 Mountain View Road
Warren, NJ 07059

      Re:   May's Distributing Co., Inc., et al. v. Total Containment Inc., et al.

Dear Mr. Hobbs:

      We represent George L. Miller as Chapter 11 Trustee for the estate of Total Containment Inc. ("TCI"). Federal Insurance Company (Chubb) has insured TCI under the following policy.

| Federal Insurance Company (Chubb) | 7908-16-49 |
| --- | --- |

      We hereby tender and/or retender for defense and indemnity, under the above policies and any other applicable policies for which you are the insurer, the above referenced matter. The complaint in that matter and a recent copy of the docket accompanies this letter. **Please note that it appears from the docket that the answer in this matter is due on Monday, September 11, 2006.** Plaintiffs' counsel has agreed to a 30 day extension to answer (Plaintiffs' counsel, Jack Drake, can be reached at (205) 328-9576); however, the insured does not have counsel admitted to practice in the Federal District Court for the Middle District of Alabama and so has been unable to file a motion for an extension with the Court. Please immediately retain counsel to take all steps necessary to preserve TCI's rights in the attached litigation.

      Please do not hesitate to call me if you have questions regarding the above.

            Very truly yours,

            *William K Pelosi*

            William K. Pelosi
        For: OBERMAYER REBMANN MAXWELL & HIPPEL, LLP

WKP/sjm

## Over a Century of Solutions

| Philadelphia | Harrisburg | Pittsburgh | Cherry Hill | Wilmington |
| --- | --- | --- | --- | --- |
| Pennsylvania | Pennsylvania | Pennsylvania | New Jersey | Delaware |

4080269

**OBERMAYER**

REBMANN MAXWELL & HIPPEL LLP

*Attorneys At Law*

*William K. Pelosi, Esquire*
*Direct Dial: (215) 665-3222*

September 6, 2006

**VIA FEDERAL EXPRESS**
Paul Smolinsky
Jackson & Campbell
1120 Twentieth Street, N.W.
South Tower
Washington, D.C. 20036-3437

      Re:    May's Distributing Co., Inc., et al. v. Total Containment Inc., et al.

Dear Mr. Smolinsky:

      We represent George L. Miller as Chapter 11 Trustee for the estate of Total Containment Inc. ("TCI"). Commerce & Industry Company of Canada has insured TCI under the following policy.

| | |
|---|---|
| Commerce & Industry Insurance Company of Canada | 546-85-09 |

      We hereby tender and/or retender for defense and indemnity, under the above policies and any other applicable policies for which you are the insurer, the above referenced matter. The complaint in that matter and a recent copy of the docket accompanies this letter. **Please note that it appears from the docket that the answer in this matter is due on Monday, September 11, 2006.** Plaintiffs' counsel has agreed to a 30 day extension to answer (Plaintiffs' counsel, Jack Drake, can be reached at (205) 328-9576); however, the insured does not have counsel admitted to practice in the Federal District Court for the Middle District of Alabama and so has been unable to file a motion for an extension with the Court. Commerce & Industry Company of Canada should immediately retain counsel to take all steps necessary to preserve TCI's rights in the attached litigation.

      Please do not hesitate to call me if you have questions regarding the above.

                  Very truly yours,

                  *William K Pelosi*

                  William K. Pelosi
        For:  OBERMAYER REBMANN MAXWELL & HIPPEL, LLP

WKP/sjm

**Over a Century of Solutions**

| Philadelphia | Harrisburg | Pittsburgh | Cherry Hill | Wilmington |
|---|---|---|---|---|
| Pennsylvania | Pennsylvania | Pennsylvania | New Jersey | Delaware |

4080266

# O&R B MH OBERMAYER
### REBMANN MAXWELL & HIPPEL LLP
*Attorneys At Law*

*William K. Pelosi, Esquire*
*Direct Dial:  (215) 665-3222*

September 6, 2006

**VIA FEDERAL EXPRESS**
Audrey Hanrahan
Steadfast Insurance Co.
1400 American Lane
Tower 1, 14th Floor
Schaumburg, IL 60196

  Re: <u>May's Distributing Co., Inc., et al. v. Total Containment Inc., et al.</u>

Dear Ms. Hanrahan:

  We represent George L. Miller as Chapter 11 Trustee for the estate of Total Containment Inc. ("TCI").  Steadfast Insurance Co. has insured TCI under the following policy.

| Steadfast Insurance Co. | SCC2252219-00 |
| --- | --- |

  We hereby tender and/or retender for defense and indemnity, under the above policies and any other applicable policies for which you are the insurer, the above referenced matter.  The complaint in that matter and a recent copy of the docket accompanies this letter.  **Please note that it appears from the docket that the answer in this matter is due on Monday, September 11, 2006.**  Plaintiffs' counsel has agreed to a 30 day extension to answer (Plaintiffs' counsel, Jack Drake, can be reached at (205) 328-9576); however, the insured does not have counsel admitted to practice in the Federal District Court for the Middle District of Alabama and so has been unable to file a motion for an extension with the Court.  Please immediately retain counsel to take all steps necessary to preserve TCI's rights in the attached litigation.

  Please do not hesitate to call me if you have questions regarding the above.

    Very truly yours,

    *William K Pelosi*

    William K. Pelosi
  For:  OBERMAYER REBMANN MAXWELL & HIPPEL, LLP

WKP/sjm

## Over a Century of Solutions

| Philadelphia | Harrisburg | Pittsburgh | Cherry Hill | Wilmington |
| --- | --- | --- | --- | --- |
| Pennsylvania | Pennsylvania | Pennsylvania | New Jersey | Delaware |

4080270

# OBERMAYER
## REBMANN MAXWELL & HIPPEL LLP
*Attorneys At Law*

*William K. Pelosi, Esquire*
*Direct Dial: (215) 665-3222*

September 6, 2006

**VIA FEDERAL EXPRESS**
Doreen Holland
Evanston Insurance Co.
310 Highway 35 South
Red Bank, NJ 07701

Re:    <u>May's Distributing Co., Inc., et al. v. Total Containment Inc., et al.</u>

Dear Ms. Holland:

We represent George L. Miller as Chapter 11 Trustee for the estate of Total Containment Inc. ("TCI"). Evanston Insurance Co. has insured TCI under the following policies.

| Evanston Insurance Co. | EX700062 XCAA1024MEU |
| --- | --- |

We hereby tender and/or retender for defense and indemnity, under the above policies and any other applicable policies for which you are the insurer, the above referenced matter. The complaint in that matter and a recent copy of the docket accompanies this letter. **Please note that it appears from the docket that the answer in this matter is due on Monday, September 11, 2006.** Plaintiffs' counsel has agreed to a 30 day extension to answer (Plaintiffs' counsel, Jack Drake, can be reached at (205) 328-9576); however, the insured does not have counsel admitted to practice in the Federal District Court for the Middle District of Alabama and so has been unable to file a motion for an extension with the Court. Please immediately retain counsel to take all steps necessary to preserve TCI's rights in the attached litigation.

Please do not hesitate to call me if you have questions regarding the above.

Very truly yours,

*William K Pelosi*

William K. Pelosi
For: OBERMAYER REBMANN MAXWELL & HIPPEL, LLP

WKP/sjm

## Over a Century of Solutions

| Philadelphia Pennsylvania | Harrisburg Pennsylvania | Pittsburgh Pennsylvania | Cherry Hill New Jersey | Wilmington Delaware |
| --- | --- | --- | --- | --- |

4080271

# EXHIBIT C

## Richards, Deirdre

| | |
|---|---|
| **From:** | Jack Drake [JDRAKE@whatleydrake.com] |
| **Sent:** | Wednesday, August 30, 2006 11:44 AM |
| **To:** | Richards, Deirdre |
| **Cc:** | wes@laird-baker-blackstock.com; lcrj@ustconline.net |
| **Subject:** | RE: May's Dsitributing v. TCI et al. |

agreed.

---

**From:** Richards, Deirdre [mailto:deirdre.richards@obermayer.com]
**Sent:** Wednesday, August 30, 2006 10:39 AM
**To:** Jack Drake
**Subject:** May's Dsitributing v. TCI et al.

Dear Jack:  This is to confirm that you have gratiously agreed to provide the Chapter 11 Trustee of TCI with an extension of time to respond to the fourth amended  complaint in the above-referenced case. The extension would be for 30 days from the current response date of September 6, 2006.
As you suggested, I will endeavor to have  a motion for extension filed and indicate therein that it is unopposed

Thank you.

Deirdre
Deirdre M. Richards, Esquire
Obermayer, Rebmann, Maxwell & Hippel, LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103-1895
Direct Dial:  215-665-3090
Fax:  215-665-3165
E-mail:  deirdre.richards@obermayer.com

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MAY'S DISTRIBUTING CO. INC.,**                     Civ. Action No. 2:06cv 702-MEF-DRB

    **Plaintiff,**

**TOTAL CONTAINMENT, INC., ET AL.,**

    **Defendants**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### <u>ORDER</u>

AND NOW, this _____ day of September, 2006, upon consideration of Total

Containment, Inc.'s ("Defendant"), Motion for an Extension of Time to File a Response to

May's Distributing Company's ("Plaintiff") Complaint, it is hereby

ORDERED that Defendant is granted an extension until October 6, 2006 in which to file

a response to Plaintiff's Complaint.


                                        _____
                                    J.

4080213