## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| MAY'S DISTRIBUTING COMPANY, INC., ET AL., | ) ) ) | |
| Plaintiffs, | ) | |
| vs. | ) ) | CIVIL ACTION NO. |
| TOTAL CONTAINMENT, INC., ET AL., | ) ) ) | 2:06cv702-MEF |
| Defendants. | ) | |

---

### NOTICE OF APPEARANCE

---

E. Britton Monroe, Jenna M. Bedsole, and Rachel E. VanNortwick of the law firm of Lloyd, Gray & Whitehead, P.C., 2501 20th Place South, Suite 300, Birmingham, AL 35223 requests this Honorable Court enter their names as counsel for Defendant Total Containment, Inc.

Dated: September 15, 2006.

Respectfully submitted,

By:    *s/E. Britton Monroe*
E. Britton Monroe (MON032)
Jenna M. Bedsole (MCC107)
Rachel E. VanNortwick (VAN040)
Attorneys for Defendant, Total
Containment, Inc.

OF COUNSEL:

LLOYD, GRAY & WHITEHEAD, P.C.
2501 20th Place South, Suite 300
Birmingham, AL  35223
(205) 967-8822
(205) 967-2380 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 15th day of September 2006, served a copy of the foregoing via electronic mail upon the following:

Lynn Jinks
Christy Crow
JINKS, DANIEL & CROW, LLC
Post Office Box 350
Union Springs, AL  36089

Russell Jackson Drake
Nicola Thompson Drake
WHATLEY DRAKE & KALLAS, L.L.C.
2323 Second Avenue North
P.O. Box 1067
Birmingham, AL  35202-0647
(205) 328-9576
(205) 328-9669 Facsimile

Welsey L. Laird
LAIRD, BAKER & BLACKSTOCK, LLC
501 North Main Street
Opp, AL  36467

L. Cooper Rutland, Jr.
RUTLAND AND BRASWELL, LLC
208 North Prairie Street
Union Springs, AL  36089

Attorneys for Ticona Polymers, Inc.
Alan T. Rogers, Esq.
BALCH & BINGHAM, LLP
Post Office Box 306
Birmingham, AL  35201-0306
arogers@balch.com

Paul A. Clark, Esq.
BALCH & BINGHAM, LLP
Post Office Box 78
Montgomery, AL  36101
pclark@balch.com

Paul M. O'Connor III, Esq.
Seth A. Moskowitz, Esq.
Jon Avins, Esq.
KASOWITZ, BENSON, TORRES &  FRIEDMAN
1633 Broadway
New York, NY  10019-6799
poconnor@kasowitz.com
smoskowitz@kasowitz.com

Walter B. Calton, Esq.
Post Office Box 696
Eufaula, AL  36072-09696
wcalton@bellsouth.net

Attorneys for Cleveland Tubing, Inc.
James H. McLemore, Esq.
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL  36102-2069

T. Harold Pinkley, Esq.
MILLER & MARTIN, LLP
1200 First Union Tower
150 Fourth Avenue North
Nashville, TN  37219

Lynda M. Hill, Esq.
James Williams, Esq.
MILLER & MARTIN, PLCC
Suite 1000, Volunteer Bldg.
832 Georgia Avenue
Chattanooga, TN  37402
jhill@millermartin.com
jwilliams@millermartin.com

Attorneys for Dayco Products, Inc.
And Mark IV Industries, Ltd.
Joseph T. Carpenter, Esq.
Nathan C. Prater, Esq.
Brian Mosholder, Esq.
John Deshazo, Esq.
CARPENTER, PRATER,
INGRAM
 & MOSHOLDER LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, AL  36106
jccarpenter@carpenterfirm.com
nprater@carpenterfirm.com
bmosholder@carpenterfirm.com
jdeshazo@carpenterfirm.com

Kimberly W. Sayoc, Esq.
LIPPES SILVVERSTEIN
MATHIAS & WEXLER
700 Guaranty Building
28 Church Street
Buffalo, NY  14202-3950
ksayoc@tippes.com

L. Shane Seaborn, Esq.
Myron C. Penn, Esq.
PENN & SEABORN, LLC
Post Office Box 688
Clayton, AL  36106

Attorneys for Underwriters
Laboratories, Inc.
Walter E. McGowan, Esq.
GRAY, LANGFORD, SAPP,
MCGOWAN,
 GRAY & NATHANSON
P.O. Box 830239
Tuskegee, AL  36083-0239
wem@glamgn.com

Charles Donald Marshall, III, Esq.
John Olinde, Esq.
Brent Arnold Talbot, Esq.
Robert S. Booth, Esq.
CHAFFE MCCALL, PHILLIPS,
1100 Poydras Street
New Orleans, LA  70163
(504) 585-7000
Talbot@chaffe.com
olinde@chaffe.com
marshall@chaffe.com
rooth@chaffe.com

_    E. Britton Monroe_
OF COUNSEL