UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAY'S DISTRIBUTING COMPANY, INC., individually and as class representative of all those gasoline station owners similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL CONTAINMENT, INC., et al.,<br><br>Defendants. | CASE NO. 06-CV-00702 (DRB) |

**JOINT MOTION FOR EXTENDING TIME TO RESPOND
TO PLAINTIFF'S FOURTH AMENDED COMPLAINT**

Plaintiff May's Distributing Co., Inc. and Defendant Ticona Polymers, Inc. hereby move the Court to extend Defendant Ticona Polymers, Inc.'s time to answer, move or otherwise respond to Plaintiff's Fourth Amended Complaint in the above-captioned action shall be extended up to and including October 15, 2006.

Dated: September 21, 2006

By: /s/ L. Cooper Rutland, Jr.
    One of the attorneys for Plaintiff

By: /s/ Paul A. Clark
    One of the attorneys for Defendant
    Ticona Polymers, Inc.

L. Cooper Rutland, Jr. (RUT  )
RUTLAND & BRASWELL
208 North Prairie Street
P. O. Box 551
Union Springs, AL  36089-0551
Telephone: (334) 738-4770
Fax: (334) 738-4774 fax

Paul A. Clark (CLA076)
BALCH & BINGHAM LLP
P.O. Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Fax: (334) 269-3115

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

L. Cooper Rutland, Jr.
RUTLAND & BRASWELL
P. O. Box 551
Union Springs, AL  36089-0551

Wesley L. Laird
LAIRD BAKER & BLACKSTOCK
501 North Main Street
Opp, AL  36467

Lynn W. Jinks, III
JINKS DANIEL & CROW
P. O. Box 350
Union Springs, AL  36089

Nicola Drake
WHATLEY DRAKE & KALLAS LLC
P. O. Box 10647
Birmingham, AL  35203-2605

Joseph T. Carpenter
Brian Mosholder
CARPENTER, PRATER, INGRAM
   & MOSHOLDER LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, AL  36106

Kimberly W. Sayoc
LIPPES SILVERSTEIN MATHIAS
   & WEXLER
700 Guaranty Building
28 Church Street
Buffalo, NY  14202-3950

L. Shane Seaborn
PENN & SEABORN, LLC
Post Office Box 688
Clayton, AL  36016

James H. McLemore
CAPELL & HOWARD, PC
P. O. Box 2069
Montgomery, AL  36102-2069

James Williams
MILLER & MARTIN LLP
832 Georgia Avenue
Suite 1000, Volunteer Bldg.
Chattanooga, TN  37402

T. Harold Pinkley
MILLER & MARTIN LLP
1200 First Union Tower
150 Fourth Avenue North
Nashville, TN  37219

Walter F. McGowan
GRAY, LANDFORD, SAPP, McGOWN,
GRAY & NATHANSON
P.O. Box 830239
Tuskegee, AL  36083

John F. Olinde
CHAFFEE, McCALL, PHILLIPS,
TOLER & SARPY, L.L.P.
1100 Poydras Street
Suite 2300
New Orleans, LA  70163

E. Britton Monroe
Jenna M. Bedsole
Rachel E. VanNortwick
LLOYD, GRAY & WHITEHEAD, P.C.
2501 20th Place South
Suite 300
Birmingham, AL  35223

and I hereby certify that I have mailed by United States Mail the document to the following non-CM/ECF participants:

James E. Blazek
Richard B. Eason, II
ADAMS & REESE LLP
One Shell Square
701 Poydras Street
Suite 4500
New Orleans, LA 70139

Lindsey M. Glah
William K. Pelosi
OBERMEYER REBMANN MAXWELL
 & HIPPEL LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103-1895

Total Containment, Inc.
c/o George Miller, Trustee
MILLER, COFFEY & TATE, LLP
1628 John F. Kennedy Boulevard
Suite 950
Philadelphia, PA 19103

/s/ Paul A. Clark
OF COUNSEL