UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| * * * * * * * * * * * * * | | |
| MAY'S DISTRIBUTING CO. INC., | * | |
| | * | Civ. Action No. 2:06-CV-702 |
| Plaintiff, | * | |
| | * | Judge Fuller |
| vs. | * | |
| | * | |
| TOTAL CONTAINMENT, INC., ET AL | * | |
| | * | |
| Defendants | * | JURY TRIAL REQUESTED |
| * * * * * * * * * * * * * | | |

**MOTION FOR LEAVE TO FILE DEFENDANTS' SUR-REPLY
MEMORANDUM IN RESPONSE TO PLAINTIFF'S
REPLY BRIEF ON THE ISSUE OF REMAND**

**NOW INTO COURT**, through undersigned counsel, come Defendants, Dayco Products, LLC and Mark IV Industries, Ltd. (hereinafter "Dayco"), who respectfully request that this Honorable Court grant Dayco leave to file a Sur-Reply Memorandum in response to Plaintiff's Reply Brief on the issue of remand. Defendants believe that this two-page memorandum will clarify the issues before the Court in the remand motion. Defendants' Sur-Reply Memorandum is being filed contemporaneously with this motion.

Respectfully submitted,

/s/ James E. Blazek
JAMES E. BLAZEK (LA 3154)
RICHARD B. EASON (LA 5248)
DONNA M. BORRELLO (LA 16817)
Adams and Reese LLP
4500 One Shell Square
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
jim.blazek@arlaw.com
***Attorneys for Defendants, Dayco Products, LLC, and Mark IV Industries, Ltd.***

OF COUNSEL:
BRIAN MOSHOLDER (MOS-018)
Carpenter, Ingram & Mosholder, LLPO
4121 Carmichael Road, Suite 303
Montgomery, AL 36106
Telephone: (334) 213-5600
bmosholder@carpenterfirm.com

MYRON PENN
Penn & Seaborn, LLC
P. O. Box 688
Clayton, AL 36106
Telephone: (3334) 738-4486
myronpenn28@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the parties and counsel who are filing users, and that service was accomplished on any counsel who is not a filing user by United States Mail on September 22, 2006.

__/s/ James E. Blazek_____
James E. Blazek

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| * * * * * * * * * * * * * | |
| **MAY'S DISTRIBUTING CO. INC.,** * | |
| * | **Civ. Action No. 2:06-CV-702** |
| **Plaintiff,** * | |
| * | **Judge Fuller** |
| **vs.** * | |
| * | |
| **TOTAL CONTAINMENT, INC., ET AL** * | |
| * | |
| **Defendants** * | **JURY TRIAL REQUESTED** |
| * * * * * * * * * * * * * | |

# O R D E R

Considering the foregoing Motion for Leave filed by Defendants, Dayco Products, LLC and Mark IV Industries, Ltd.:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendants, Dayco Products, LLC and Mark IV Industries, Ltd. are hereby granted leave to file a Sur-Reply Memorandum in response to Plaintiff's Reply Brief on the issue of remand.

_____
**UNITED STATES DISTRICT JUDGE**

3