IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| MAY'S DISTRIBUTING COMPANY, ) | |
| INC., individually and as class ) | |
| representative of all those gasoline ) | |
| station owners similarly situated, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-702-MEF |
| ) | |
| TOTAL CONTAINMENT, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Joint Motion for Extension of Time to File Response/Reply to Plaintiff's Fourth Amended Complaint (Doc. #45) filed on September 21, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 25th day of September, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE