**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 25, 2006

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   May's Distributing Company, Inc. v. Total Containment, Inc. et al

Case Number:   2:06cv00702-MEF

Referenced Pleading:   Reply Brief

Docket Entry Number:   47

The referenced pleading was filed on ***September 22, 2006*** in this case and is hereby STRICKEN as a duplicate and erroneous docket entry. This pleading was E-filed by counsel.

Parties are instructed to disregard #47 docketing entry and refer to docket entry # 46 for correct entry.