IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAY'S DISTRIBUTING COMPANY, INC., individually and as class representative of all those gasoline station owners similarly situated,  )<br>)<br>)<br>)<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>TOTAL CONTAINMENT, INC., *et al.*,  )<br>)<br>Defendants.  ) | CASE NO. 2:06-cv-702-MEF |

## **O R D E R**

Upon consideration of Defendants' Motion for Pro Hac Vice Admission of James E. Blazek, Richard B. Eason, and Donna M. Borrello (Doc. # 25), it is hereby

ORDERED that the motion is DENIED as moot.

DONE this the 28th day of September, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE