IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| MAY'S DISTRIBUTING COMPANY, INC., individually and as class representative of all those gasoline station owners similarly situated, | ) ) ) ) ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-702-MEF |
| | ) |
| TOTAL CONTAINMENT, INC., *et al.*, | ) ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the defendants' Motion for Leave to File Defendants' Sur-Reply Memorandum in Response to Plaintiff's Reply Brief on the Issue of Remand (Doc. #46) filed on September 22, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 28th day of September, 2006.

                                                              /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE