IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAY'S DISTRIBUTING COMPANY, INC., individually and as class representative of all those gasoline station owners similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TOTAL CONTAINMENT, INC., *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 2:06-cv-702-MEF<br>)<br>)<br>)<br>) |

## **O R D E R**

Upon consideration of Defendants' Motion for Admission Pro Hac Vice of William K. Pelosi and Lindsey M. Glah (Doc. # 36), it is hereby

ORDERED that the motion is GRANTED.

DONE this the 28th day of September, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE