UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MAY'S DISTRIBUTING CO. INC., ET AL., | ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No: 2:06-CV-702 |
| | ) | |
| TOTAL CONTAINMENT, INC., et al | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S MOTION
FOR PRO HAC VICE ADMISSION OF COUNSEL**

Defendants Dayco Products, LLC, and Mark IV Industries, Ltd. (collectively "Dayco"), pursuant to Local Rule 83.1(b), hereby request the Court admit Ann Koppel pro hac vice in this action, and state as follows:

1.

Ann Koppel is licensed to practice law in the state of Louisiana and is a member in good standing of the Louisiana Bar.  In addition, Ms. Koppel is admitted to practice before the United States District Court for the Eastern District of Louisiana , the United States District Court for the Middle District of Louisiana, the United States District Court for the Western District of Louisiana, and the Supreme Court of the State of Louisiana.  Ms. Koppel  has been practicing law for more than 9 years and has represented numerous clients in state and federal court.

2.

Ms. Koppel is affiliated with the firm of Adams and Reese, 4500 One Shell Square, New Orleans, LA 70139. Telephone:  (504) 581-3234; Facsimile: (504) 566-0210.

3.

Ms. Koppel is familiar with the Federal Rules of Civil Procedure, the Local Rules for the Middle District of Alabama, the ethical limitations and requirements governing the behavior of members of the Alabama State Bar, and the American Bar Association Model Rules of Professional Conduct.

4.

Ms. Koppel is co-counsel in this matter with Brian Mosholder , a member in good standing of the Alabama Bar, No. MOS-018 , and the United States District Court for the Middle District of Alabama.  Mr. Mosholder's office address is:  303 Sterling Centre, 4121 Carmichael Road, Montgomery, Alabama  36106, (334) 213-5600.

5.

A Certificate of Good Standing for Ann Koppel is attached as Exhibit 1, respectively.

WHEREFORE, Dayco Products, LLC, and Mark IV Industries, Ltd. respectfully requests the Court rule upon this motion without a hearing or further responses, and enter an Order (i) granting this Motion, and (ii) admitting Ann Koppel pro hac vice.

Respectfully submitted this 3rd day of October, 2006.


BRIAN MOSHOLDER (MOS-018)
Carpenter, Ingram & Mosholder, LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, Alabama  36106
(334) 213-5600

By: /s/ Brian Mosholder_____

ADAMS AND REESE, LLP
4500 One Shell Square
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 585-0480

Ann Koppel
Louisiana Bar No. 27252

Attorneys for Defendants
Dayco Products, LLC, and Mark IV Industries, Ltd.

## C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing Motion for Pro Hac Vice Admission of Counsel has been served upon all counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 3rd day of October, 2006.

**ATTORNEYS FOR PLAINTIFF:**

Lynn Jinks
Christy Crow
JINKS, DANIEL & CROW, LLC
P.O. Box 350
Union Springs, AL 36089

Russell Jackson Drake
Nicola Thompson Drake
WHATLEY DRAKE & KALLAS, LLC
P.O. Box 10647
Birmingham, AL 35202-0647

Wesley L. Laird
LAIRD, BAKER & BLACKSTOCK
501 North Main Street
Opp, AL 36467

L. Cooper Rutland, Jr.
RUTLAND AND BRASWELL, LLC
208 North Prairie Street
Union Springs, AL 36089

**ATTORNEYS FOR TICONA POLYMERS, INC.**

Walter B. Calton
P.O. Box 696
Eufaula, AL 36072-0696

Alan T. Rogers
Balch & Bingham, LLP
P.O. Box 306
Birmingham, AL 35201-0306

Paul A. Clark
Balch & Bingham, LLP
P.O. Box 78
Montgomery, AL 36101

Paul M. O'Conner, III
Seth A. Moskowitz
Jon Avins
KASOWITZ, BENSON, TORRES & FRIEDMAN
1633 Broadway
New York, NY 10019-6799

**ATTORNEYS FOR CLEVELAND
TUBING, INC.**

James H. McLemore
Capell & Howard
P.O. Box 2069
Montgomery, AL 36102

T. Harold Pinkley
MILLER & MARTIN, LLP
1200 First Union Tower
150 Fourth Avenue North
Nashville, TN 37219

Lynda M. Hill
James Williams
MILLER & MARTIN, PLLC
Suite 1000, Volunteer Bldg.
832 Chattanooga, TN 37402

**ATTORNEYS FOR
UNDERWRITERS LABORATORIES,
INC.**

Walter E. McGowen
GRAY, LANGFORD, SAPP,
MCGOWAN, GRAY & NATHANSON
P.O. Box 830239
Tuskegee, AL 36083-0239

Charles Donald Marshall, III
John Olinde
Brent Arnold Talbot
Robert S. Rooth
CHAFFE, McCALL, PHILLIPS, TOLER
& SARPY
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

/s/ Brian Mosholder

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Eastern      **DISTRICT OF**      Louisiana

**CERTIFICATE OF
GOOD STANDING**

*I,* _____ Loretta G. Whyte _____ , *Clerk of this Court,*

*certify that* _____ Ann Koppel _____ , *Bar #* _____ 27252 _____ ,

*was duly admitted to practice in this Court on*

_____ 11/21/2001 _____ , *and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* _____ New Orleans, Louisiana _____ *on* _____ 9/20/2006 _____ .
LOCATION                  DATE

_____
*CLERK*

_____
*DEPUTY CLERK*