IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| MAY'S DISTRIBUTING COMPANY, INC., individually and as class representative of all those gasoline station owners similarly situated, ) ) ) ) ) | |
| Plaintiff, ) | |
| v.   ) | CASE NO. 2:06-cv-702-MEF |
| ) | |
| TOTAL CONTAINMENT, INC., *et al.*, ) ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the Joint Motion for Extending Time to Respond to Plaintiff's Fourth Amended Complaint (Doc. #55) filed on October 4, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 16th day of October, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE