UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MAY'S DISTRIBUTION CO., INC., ET AL, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | |
| TOTAL CONTAINMENT, INC., ET AL, | * * | CASE NO.: 2:06-CV-702 |
| Defendants. | * * | |

## NOTICE OF APPEARANCE

Comes now John David Whetstone and appears in this action on behalf of Defendants Dayco Products, LLC and Mark IV Industries, Ltd., in the above-referenced matter

                              s/John David Whetstone
                              John David Whetstone (WHETJ9482)
                              Attorney for Defendants, Dayco
                              Products, LLC., and Mark IV
                              Industries, Ltd.
                              ADAMS AND REESE LLP
                              P. O. Box 1348
                              Mobile, Alabama 36633
                              (251) 433-3234 (phone)
                              (251) 438-7733 (fax)
                              david.whetstone@arlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the parties and counsel on this 2nd day of November, 2006.

James E. Blazek
Adams and Reese LLP
4500 One Shell Square
New Orleans, LA 70139

Wesley L. Laird, Esq.
Laird, Baker & Blackstock, LLC
501 North Main Street
Opp, AL 36467

L. Cooper Rutland, Jr., Esq.
Rutland and Braswell, LLC
208 North Prarie Street
Union Springs, AL 36089

Russell Jackson Drake, Esq.
Whatley Drake, LLC
2323 2nd Avenue No.
P. O. B. 10647
Birmingham, AL 35202

Alan T. Rogers, Esq.
Balch & Bingham
1710 6th Avenue North
P. O. Box 306
Birmingham, AL 35201-0306

James H. McLemore
Capell & Howard
150 South Perry Street
P. O. Box 2069
Montgomery, AL 36102-2069

Paul M. O'Connor, III
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broad Way
New York, NY 10019

T. Harold Pinkley
Miller & Martin
1200 1 Nashville Place
150 4th Avenue North
Nashville, TN 37219-2433

Walter B. Calton
Post Office Box 696
Eufaula, AL 36072-0696

Lynn Jinks
Christy Crow
Jinks, Daniel & Crow, LLC
P. O. Box 350
Union Springs, AL 36089

Lynda M. Hill
James Williams
Miller & Martin, PLLC
Suite 100, Volunteer Bldg.
Chattanooga, TN 37402

Walter E. McGowan
Gray, Langford, Sapp, McGowan, Gray & Nathanson
P. O. Box 830239
Tuskegee, AL 36083-0239

Charles Donald Marshall, III
John Olinde
Brent Arnold Talbot
Robert S. Rooth
Chaffe, McCall, Phillips, Toler & Sarpy
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163


                              s/John David Whetstone