**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                TELEPHONE (334) 954-3600

December 29, 2006

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   May's Distributing Company, Inc. v. Total Containment, Inc. et al

Case Number:   2:06-cv-00702-MEF

**Referenced Pleading:    Intervenor COMPLAINT**
**Docket Entry Number:   62**

**The referenced pleading was filed on \*\*\*December 28, 2006\*\*\* in this case and is hereby STRICKEN from the docket, as the court has not granted leave to file this pleading.**

**This is an erroneous docket entry.   Parties are instructed to disregard #62 docketing entry, which has been stricken from the record as a docketing error.**