# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 29, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   May's Distributing Company, Inc. v. Total Containment, Inc. et al**

**Case Number:   2:06-cv-00702-MEF**

**This Notice of Correction was filed in the referenced case this date to properly attach the proposed intervenor complaint and exhibits to the motion for leave to intervene.**

**Reference is made to document # 60   filed on   December 28, 2006.**