**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| MAY'S DISTRIBUTION CO., INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO: |
| v. ) | |
| ) | 2:06-cv-702-MEF-DRB |
| TOTAL CONTAINMENT, INC., et al. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

Comes now John C. DeShazo and informs the Court of his appearance in this action as counsel for Defendants Dayco Products, Inc., and Mark IV Industries and requests that the Clerk of the Court and all counsel of record serve copies of all future pleadings and documents on him.

Respectfully submitted this 3rd day of January, 2007.


/s/ John C. DeShazo
JOHN C. DESHAZO (DES-007)
jdeshazo@carpenterfirm.com
Attorney for Defendants Dayco Products, Inc.
and Mark IV Industries


OF COUNSEL:
Carpenter, Ingram & Mosholder, LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, AL 36106
Telephone: (334) 213-5600

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above and foregoing was served upon the below listed counsel of record by placing a copy of same in the U.S. mail, postage prepaid and properly addressed this 3rd day of January, 2007.

**ATTORNEYS FOR PLAINTIFF:**

Lynn Jinks
Christy Crow
JINKS, DANIEL & CROW, LLC
P.O. Box 350
Union Springs, AL 36089

Russell Jackson Drake
Nicola Thompson Drake
WHATLEY DRAKE & KALLAS, LLC
P.O. Box 10647
Birmingham, AL 35202-0647

Wesley L. Laird
LAIRD, BAKER & BLACKSTOCK
501 North Main Street
Opp, AL 36467

L. Cooper Rutland, Jr.
RUTLAND AND BRASWELL, LLC
208 North Prairie Street
Union Springs, AL 36089

Walter B. Calton
P.O. Box 696
Eufaula, AL 36072-0696

**ATTORNEYS FOR TICONA POLYMERS, INC.**

Alan T. Rogers
Balch & Bingham, LLP
P.O. Box 306
Birmingham, AL 35201-0306

Paul A. Clark
Balch & Bingham, LLP
P.O. Box 78
Montgomery, AL 36101

Paul M. O'Conner, III
Seth A. Moskowitz
Jon Avins
KASOWITZ, BENSON, TORRES & FRIEDMAN
1633 Broadway
New York, NY 10019-6799

**ATTORNEYS FOR CLEVELAND TUBING, INC.**

James H. McLemore
Capell & Howard
P.O. Box 2069
Montgomery, AL 36102

T. Harold Pinkley
MILLER & MARTIN, LLP
1200 First Union Tower
150 Fourth Avenue North
Nashville, TN 37219

Lynda M. Hill
James Williams
MILLER & MARTIN, PLLC
Suite 1000, Volunteer Bldg.
832 Chattanooga, TN 37402

| | |
|---|---|
| **ATTORNEYS FOR UNDERWRITERS LABORATORIES, INC.**<br><br>Walter E. McGowen<br>GRAY, LANGFORD, SAPP, MCGOWAN, GRAY & NATHANSON<br>P.O. Box 830239<br>Tuskegee, AL 36083-0239 | Charles Donald Marshall, III<br>John Olinde<br>Brent Arnold Talbot<br>Robert S. Rooth<br>CHAFFE, McCALL, PHILLIPS, TOLER & SARPY<br>2300 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163 |

/s/ John C. DeShazo