IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MAY'S DISTRIBUTING COMPANY, INC., individually and as class representative of all those gasoline station owners similarly situated, | ) ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | CASE NO. 2:06-cv-702-MEF |
| TOTAL CONTAINMENT, INC., *et al.*, | ) ) | |
| Defendants. | ) | |

## **O R D E R**

This cause is before the Court on the Motion for Leave to Intervene by Commerce & Industry Insurance Company of Canada (C&I), filed on December 28, 2006. C&I seeks to intervene as a defendant and cross-plaintiff pursuant to Rules 24(a) or 24(b) of the Federal Rules of Civil Procedure. The Court is not satisfied that in its motion C&I has presented sufficient legal or factual grounds for the requested intervention. Accordingly, it is ORDERED as follows:

(1) On or before **January 16, 2007**, C&I shall submit to this Court a brief in support of its motion to intervene citing specific facts and legal authority it believes justify intervention in this case based on the requirements for intervention in Rule 24 and binding case law.

(2) Any party that wishes to respond to the motion to intervene shall do so no later than **January 29, 2007**.

(3) C&I may file a reply brief no later than **February 5, 2007**.

DONE this the 4th day of January, 2007.

                                              /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE