IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**MAY'S DISTRIBUTING COMPANY, INC.,**

    **Plaintiff,**                              No. 06-702 MEF

v.

**TOTAL CONTAINMENT, INC., et al.,**

    **Defendants.**

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned attorney, John W. Dodson, hereby respectfully moves the Court, pursuant to Local Rule 83.1(b), to admit *pro hac vice*, **Paul D. Smolinsky**, to practice before this Court in connection with the above-titled case. In support of this Motion, Mr. Dodson and Mr. Smolinsky assert the following:

    1.    Mr. Smolinsky resides at 416 Ethan Allen Avenue, Takoma Park, MD 20912.

    2.    Mr. Smolinsky is an attorney associated with the law firm Jackson & Campbell, P.C. with offices at 1120 20th Street N.W., Washington, D.C. 20036, (202) 457-4265.

    3.    Mr. Smolinsky has been retained personally, or as an associate with the above-named law firm, by Commerce & Industry Insurance Company of Canada (C & I) to provide legal representation in connection with the above-styled matter now pending in this Court.

    4.    Since 2004, Mr. Smolinsky has been, and presently is a member of the Bars of the United States District Courts for Maryland, the District of Columbia and the

326303v.1

Eastern District of Virginia, where Mr. Smolinsky resides and regularly practices law. A Certificate of Good Standing from United States District Court for the District of Columbia is attached hereto.

5. Mr. Smolinsky has also been admitted to practice before the following courts of the following states/district: State of Maryland since 1996; District of Columbia since 1998, and State of Virginia since 1998. Mr. Smolinsky is presently a member in good standing of the bars of each of the courts listed above.

6. Mr. Smolinsky presently is not subject to any disbarment proceedings.

7. Mr. Smolinsky presently is not subject to any suspension proceedings.

8. Mr. Smolinsky never has been subject to any disbarment proceedings.

9. Mr. Smolinsky never has been subject to any suspension proceedings.

10. Mr. Smolinsky never has had any certificate or privilege to appear and practice before any regulatory administrative body suspended or revoked.

11. The undersigned attorney, John W. Dodson, is one of the local counsel of record for C & I and is a member in good standing of the bar of this Court. Mr. Dodson is a member of the firm of Ferguson, Frost & Dodson, LLP, 2500 Acton Road, Suite 200, Birmingham, AL 35243, (205) 879-8722.

12. Mr. Smolinsky agrees to comply with the Standards for Professional Conduct and consents to the jurisdiction of the courts and the disciplinary boards of the State of Alabama and the United States District Courts within Alabama.

13. Mr. Smolinsky respectfully requests to be admitted to practice in this Court for <u>this</u> cause only.

**WHEREFORE, PREMISES CONSIDERED**, Mr. Dodson respectfully moves

this Court to admit Mr. Smolinsky *pro hac vice* in the above-styled matter pursuant to Local Rule 83.1(b) of the United States District Court for the Middle District of Alabama.

Respectfully submitted this 12th day of January 2007.

Respectfully submitted,

/s/ John W. Dodson
John W. Dodson, Esq.     DOD012
S. Lisa Frost, Esq.         MOR065
Ferguson, Frost & Dodson, LLP
Post Office Box 430189
Birmingham, Alabama 35243
Telephone: (205) 879-8722
Facsimile: (205) 879-8831
Counsel for Commerce & Industry
Insurance Company of Canada

Richard W. Bryan, Esq.
Paul D. Smolinsky, Esq.
Jackson & Campbell, P.C.
1120 Twentieth Street, N.W.
Suite 300
Washington, DC 20036
Additional Counsel for Commerce & Industry
Insurance Company of Canada

3

326303v.1

**CERTIFICATE OF SERVICE**

      This is to certify that on this the 12th day of January 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR TICONA POLYMERS, INC.** |
|---|---|
| Lynn W. Jinks, III<br>Christy Crow<br>JINKS, DANIEL & CROW, LLC<br>Post Office Box 350<br>Union Springs, AL 36089<br>334-738-4225  Phone<br>334-738-4229  Fax | Walter B. Calton<br>Post Office Box 696<br>Eufaula, AL 36072-0696<br>334-687-2407  Phone<br>334-687-2466  Fax |
| Russell Jackson Drake<br>Nicola Thompson Drake<br>WHATLEY DRAKE & KALLAS, LLC<br>Post Office Box 10647<br>Birmingham, AL 35202-0647<br>205-328-9576  Phone<br>205-328-9669  Fax | Alan T. Rogers<br>BALCH & BINGHAM, LLP<br>Post Office Box 306<br>Birmingham, AL 35201-0306<br>205-251-8100  Phone<br>205-266-8798  Fax |
| Wesley L. Laird<br>LAIRD, BAKER & BLACKSTOCK<br>501 North Main Street<br>Opp, AL 36467<br>334-493-9716 Phone<br>334-493-9715 Fax | Paul A. Clark<br>BALCH & BINGHAM, LLP<br>Post Office Box 78<br>Montgomery, AL 36101<br>334-834-6500  Phone<br>334-269-3155  Fax |
| L. Cooper Rutland, Jr.<br>RUTLAND AND BRASWELL, LLC<br>208 North Prairie Street<br>Union Springs, AL 36089<br>334-738-4770 Phone<br>334-738-4774 Fax | Paul M. O'Conner, III<br>Seth A. Moskowitz<br>Jon Avins<br>KASOWITZ, BENSON, TORRES<br>& FRIEDMAN<br>1633 Broadway<br>New York, NY 10019-6799<br>212-506-1917  Phone<br>212-506-1800  Fax |

| | |
|---|---|
| **ATTORNEYS FOR CLEVELAND TUBING, INC.**<br>James H. McLemore<br>CAPELL & HOWARD<br>Post Office Box 2069<br>Montgomery, AL 36102<br>334-241-8058  Phone<br>334-323-8888  Fax<br><br>T. Harold Pinkley<br>MILLER & MARTIN, LLP<br>1200 First Union Tower<br>150 Fourth Avenue North<br>Nashville, TN 37219<br>615-744-8548  Phone<br>615-744-8643  Fax<br><br>Lynda M. Hill<br>James T. Williams, IV<br>MILLER & MARTIN, PLLC<br>Volunter Bldg., Suite 1000<br>832 Georgia Avenue<br>Chattanooga, TN 37402-2289<br>423-785-6600  Phone<br>423-785-8480  Fax<br><br>**ATTORNEYS FOR TOTAL CONTAINMENT, INC.**<br>Elliott Britton  Monroe<br>Jennifer McCammon Bedsole<br>Rachel Ellen VanNortwick<br>LLOYD, GRAY & WHITEHEAD, P.C.<br>2501 Twentieth Place South<br>Suite 300<br>Birmingham, AL 35233<br>205-967-8822  Phone<br>205-967-2380  Fax<br><br>Lindsey M. Glah<br>William Pelosi<br>OBERMEYER REBMANN MAXWELL & HIPPEL LLP<br>One Penn Center, 19th Floor<br>1617 John F. Kennedy Blvd | **ATTORNEYS FOR UNDERWRITERS LABORATORIES, INC.**<br>Walter E. McGowen<br>GRAY, LANGFORD, SAPP, MCGOWAN, GRAY & NATHANSON<br>Post Office Box 830239<br>Tuskegee, AL 36083-0239<br>334-727-4830  Phone<br>334-727-5877  Fax<br><br>Charles Donald Marshall, III<br>John Olinde<br>Brent Arnold Talbot<br>Robert S. Rooth<br>CHAFFE, McCALL, PHILLIPS, TOLER & SARPY<br>2300 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163<br>504-585-7226  Phone<br>504-544-6088  Fax<br><br><br><br>**ATTORNEYS FOR DAYCO PRODUCTS, INC. and MARK IV INDUSTRIES, LTD.**<br>Ann R. Koppel<br>Donna M. Borrello<br>James E. Blazek<br>Richard B. Eason, II<br>ADAMS and REESE LLP<br>4500 One Shell Square<br>New Orleans, LA 70139<br>504-581-3234  Phone<br>504-566-0210  Fax<br><br>John David Whetstone<br>ADAMS and REESE LLP<br>Post Office Box 1348<br>Mobile, AL 36633<br>251-433-3234  Phone<br>251-438-7733  Fax |

5

326303v.1

<div style="column-count:2">

Philadelphia, PA 19103-1895
215-665-3000  Phone
215-665-3165  Fax

Brian Taggart Mosholder
Joseph Terrace Carpenter
Nathan Craig Prater
CARPENTER PRATER INGRAM &
MOSHOLDER LLP
4121 Carmichael Road
303 Sterling Centre
Montgomery, AL 36106
334-213-5600  Phone
334-213-5650  Fax

Kimberly Wallace Sayoc
LIPPES SILVERSTEIN MATHIAS
WEXLER LLP
700 Guarantee Building
28 Church Street
Buffalo, NY 14202-3950
716-853-5100  Phone
716-853-5199  Fax

Larry Shane Seaborn
Myron C. Penn
PENN & SEABORN LLC
Post Office Box 688
Clayton, AL 36016
334-775-9778 Phone
334-775-9779 Fax

</div>

/s/ John W. Dodson
OF COUNSEL

141792

# UNITED STATES DISTRICT COURT
## for the District of Columbia
### CLERK'S OFFICE
333 Constitution Avenue, NW
Washington, DC 20001

---

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that

**PAUL   D.   SMOLINSKY**

was, on the 2nd   day of February  A.D.  2004  admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 8th    day of  January  A.D. 2007



**NANCY M. MAYER-WHITTINGTON, CLERK**

By: /s/ Da Janau Scott
**Deputy Clerk**