IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**MAY'S DISTRIBUTING COMPANY, INC.,**

    **Plaintiff,**                                          No. 06-702 MEF

v.

**TOTAL CONTAINMENT, INC., et al.,**

    **Defendants.**

### MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned attorney, John W. Dodson, hereby respectfully moves the Court, pursuant to Local Rule 83.1(b), to admit *pro hac vice*, **Richard W. Bryan**, to practice before this Court in connection with the above-titled case. In support of this Motion, Mr. Dodson and Mr. Bryan assert the following:

    1.    Mr. Bryan resides at 10056 Maclura Court, Fairfax, VA 22032.

    2.    Mr. Bryan is an attorney and a director and President of law firm Jackson & Campbell, P.C. with offices at 1120 20th Street N.W., Washington, D.C. 20036, (202) 457-4265.

    3.    Mr. Bryan has been retained personally, or as a member of the above-named law firm, by Commerce & Industry Insurance Company of Canada (C & I) to provide legal representation in connection with the above-styled matter now pending in this Court.

    4.    Mr. Bryan has been, and presently is a member of the Bars of the United States District Court for Maryland (1985), the District of Columbia (1981), the Eastern District of Virginia (1981), and the Southern District of Illinois where Mr. Bryan resides

or regularly practices law. A Certificate of Good Standing from United States District Court for the District of Columbia is attached hereto.

5. Mr. Bryan has also been admitted to practice before the following courts: the District of Columbia Court of Appeals (1980), Court of Appeals of Maryland (1987), the Supreme Court of Virginia (1981), the United States Court of Appeals for the District of Columbia (1981), Fourth Circuit (1981), Eleventh Circuit (1993) and Fifth Circuit (2003), and the United States Supreme Court (1986). Mr. Bryan is presently a member in good standing of the bars of each of the courts listed above.

6. Mr. Bryan presently is not subject to any disbarment proceedings.

7. Mr. Bryan presently is not subject to any suspension proceedings.

8. Mr. Bryan never has been subject to any disbarment proceedings.

9. Mr. Bryan never has been subject to any suspension proceedings.

10. Mr. Bryan never has had any certificate or privilege to appear and practice before any regulatory administrative body suspended or revoked.

11. The undersigned attorney, John W. Dodson, is one of the local counsel of record for C & I and is a member in good standing of the bar of this Court. Mr. Dodson is a member of the firm of Ferguson, Frost & Dodson, LLP, 2500 Acton Road, Suite 200, Birmingham, AL 35243, (205) 879-8722.

12. Mr. Bryan agrees to comply with the Standards for Professional Conduct and consents to the jurisdiction of the courts and the disciplinary boards of the State of Alabama and the United States District Courts within Alabama.

13. Mr. Bryan respectfully requests to be admitted to practice in this Court for <u>this</u> cause only.

326300v.1

**WHEREFORE, PREMISES CONSIDERED**, Mr. Dodson respectfully moves this Court to admit Mr. Bryan *pro hac vice* in the above-styled matter pursuant to Local Rule 83.1(b) of the United States District Court for the Middle District of Alabama.

Respectfully submitted this 12th day of January 2007.

        Respectfully submitted,

/s/ John W. Dodson
John W. Dodson, Esq.    DOD012
S. Lisa Frost, Esq.    MOR065
Ferguson, Frost & Dodson, LLP
Post Office Box 430189
Birmingham, Alabama  35243
Telephone: (205) 879-8722
Facsimile: (205) 879-8831
Counsel for Commerce & Industry
Insurance Company of Canada

Richard W. Bryan, Esq.
Paul D. Smolinsky, Esq.
Jackson & Campbell, P.C.
1120 Twentieth Street, N.W.
Suite 300
Washington, DC 20036
Additional Counsel for Commerce & Industry
Insurance Company of Canada

## **CERTIFICATE OF SERVICE**

      This is to certify that on this the 12th day of January 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**ATTORNEYS FOR PLAINTIFF**

Lynn W. Jinks, III
Christy Crow
JINKS, DANIEL & CROW, LLC
Post Office Box 350
Union Springs, AL 36089
334-738-4225  Phone
334-738-4229  Fax

Russell Jackson Drake
Nicola Thompson Drake
WHATLEY DRAKE & KALLAS, LLC
Post Office Box 10647
Birmingham, AL 35202-0647
205-328-9576  Phone
205-328-9669  Fax

Wesley L. Laird
LAIRD, BAKER & BLACKSTOCK
501 North Main Street
Opp, AL 36467
334-493-9716 Phone
334-493-9715 Fax

L. Cooper Rutland, Jr.
RUTLAND AND BRASWELL, LLC
208 North Prairie Street
Union Springs, AL 36089
334-738-4770 Phone
334-738-4774 Fax

**ATTORNEYS FOR TICONA POLYMERS, INC.**

Walter B. Calton
Post Office Box 696
Eufaula, AL 36072-0696
334-687-2407  Phone
334-687-2466  Fax

Alan T. Rogers
BALCH & BINGHAM, LLP
Post Office Box 306
Birmingham, AL 35201-0306
205-251-8100  Phone
205-266-8798 Fax

Paul A. Clark
BALCH & BINGHAM, LLP
Post Office Box 78
Montgomery, AL 36101
334-834-6500  Phone
334-269-3155  Fax

Paul M. O'Conner, III
Seth A. Moskowitz
Jon Avins
KASOWITZ, BENSON, TORRES & FRIEDMAN
1633 Broadway
New York, NY 10019-6799
212-506-1917  Phone
212-506-1800  Fax

4

326300v.1

| ATTORNEYS FOR CLEVELAND TUBING, INC. | ATTORNEYS FOR UNDERWRITERS LABORATORIES, INC. |
|---|---|
| James H. McLemore<br>CAPELL & HOWARD<br>Post Office Box 2069<br>Montgomery, AL 36102<br>334-241-8058  Phone<br>334-323-8888  Fax | Walter E. McGowen<br>GRAY, LANGFORD, SAPP,<br>MCGOWAN, GRAY & NATHANSON<br>Post Office Box 830239<br>Tuskegee, AL 36083-0239<br>334-727-4830  Phone<br>334-727-5877  Fax |
| T. Harold Pinkley<br>MILLER & MARTIN, LLP<br>1200 First Union Tower<br>150 Fourth Avenue North<br>Nashville, TN 37219<br>615-744-8548  Phone<br>615-744-8643  Fax | Charles Donald Marshall, III<br>John Olinde<br>Brent Arnold Talbot<br>Robert S. Rooth<br>CHAFFE, McCALL, PHILLIPS, TOLER & SARPY<br>2300 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163<br>504-585-7226  Phone<br>504-544-6088  Fax |
| Lynda M. Hill<br>James T. Williams, IV<br>MILLER & MARTIN, PLLC<br>Volunter Bldg., Suite 1000<br>832 Georgia Avenue<br>Chattanooga, TN 37402-2289<br>423-785-6600  Phone<br>423-785-8480  Fax | |
| **ATTORNEYS FOR TOTAL CONTAINMENT, INC.** | **ATTORNEYS FOR DAYCO PRODUCTS, INC. and MARK IV INDUSTRIES, LTD.** |
| Elliott Britton  Monroe<br>Jennifer McCammon Bedsole<br>Rachel Ellen VanNortwick<br>LLOYD, GRAY & WHITEHEAD, P.C.<br>2501 Twentieth Place South<br>Suite 300<br>Birmingham, AL 35233<br>205-967-8822  Phone<br>205-967-2380  Fax | Ann R. Koppel<br>Donna M. Borrello<br>James E. Blazek<br>Richard B. Eason, II<br>ADAMS and REESE LLP<br>4500 One Shell Square<br>New Orleans, LA 70139<br>504-581-3234  Phone<br>504-566-0210  Fax |
| Lindsey M. Glah<br>William Pelosi<br>OBERMEYER REBMANN MAXWELL & HIPPEL LLP<br>One Penn Center, 19th Floor<br>1617 John F. Kennedy Blvd | John David Whetstone<br>ADAMS and REESE LLP<br>Post Office Box 1348<br>Mobile, AL 36633<br>251-433-3234  Phone<br>251-438-7733  Fax |

326300v.1

Philadelphia, PA 19103-1895  
215-665-3000  Phone  
215-665-3165  Fax  

Brian Taggart Mosholder  
Joseph Terrace Carpenter  
Nathan Craig Prater  
CARPENTER PRATER INGRAM &  
MOSHOLDER LLP  
4121 Carmichael Road  
303 Sterling Centre  
Montgomery, AL 36106  
334-213-5600  Phone  
334-213-5650  Fax  

Kimberly Wallace Sayoc  
LIPPES SILVERSTEIN MATHIAS  
WEXLER LLP  
700 Guarantee Building  
28 Church Street  
Buffalo, NY 14202-3950  
716-853-5100  Phone  
716-853-5199  Fax  

Larry Shane Seaborn  
Myron C. Penn  
PENN & SEABORN LLC  
Post Office Box 688  
Clayton, AL 36016  
334-775-9778 Phone  
334-775-9779 Fax  

/s/ John W. Dodson  
OF COUNSEL  

141793

# UNITED STATES DISTRICT COURT
## for the District of Columbia
### CLERK'S OFFICE
333 Constitution Avenue, NW
Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that

**RICHARD   W.   BRYAN**

was, on the 2nd   day of February  A.D.   1981  admitted to practice as an

Attorney at Law at the Bar of this Court, and is, according to the records of this Court,

a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court

in the City of Washington this 8th    day of  January  A.D. 2007



**NANCY M. MAYER-WHITTINGTON**, CLERK

By: *[signature]*
**Deputy Clerk**