IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| MAY'S DISTRIBUTING COMPANY, INC., individually and as class representative of all those gasoline station owners similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-702-MEF |
| | ) |
| TOTAL CONTAINMENT, INC., *et al.*, | )<br>) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Motions for Paul D. Smolinsky and Richard W. Bryan to Appear *Pro Hac Vice* (Doc. #68 & #69) filed on January 12, 2007, it is hereby

ORDERED that the motions are GRANTED.

DONE this the 18th day of January, 2007.

                                         /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE