IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

**MAY'S DISTRIBUTING COMPANY, INC.,**

    **Plaintiff,**       No. CV-06-702 MEF

**v.**

**TOTAL CONTAINMENT, INC., et al.,**

    **Defendants.**

---

**COMMERCE & INDUSTRY INSURANCE
COMPANY OF CANADA,**

    **Intervenor-Plaintiff,**

**v.**

**MAY'S DISTRIBUTING COMPANY, INC.,**

    **Cross-Defendant.**

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Commerce and Industry Insurance Company of Canada (C&I), through counsel, certifies the following information with regard to its corporate parents, subsidiaries, or affiliates.

C&I states that American International Group, Inc. is its indirect parent corporation. American International Group, Inc. has shares of stock that are traded on a public exchange.

    Respectfully submitted,

    s/ S. Lisa Frost_____
    John W. Dodson, Esq.    DOD012
    S. Lisa Frost, Esq.    MOR065
    Ferguson, Frost & Dodson, LLP
    Post Office Box 430189

Birmingham, Alabama  35243-0189
Telephone: (205) 879-8722
Facsimile: (205) 879-8831

Richard W. Bryan, Esquire
Paul D. Smolinsky, Esquire
Jackson & Campbell, P.C.
1120 Twentieth Street, N.W.
Suite 300
Washington, DC 20036

Counsel for Commerce & Industry Insurance
Company of Canada

2

**CERTIFICATE OF SERVICE**

      This is to certify that on this the 22nd day of January 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR TICONA POLYMERS, INC. |
|---|---|
| Lynn W. Jinks, III<br>Christy Crow<br>JINKS, DANIEL & CROW, LLC<br>Post Office Box 350<br>Union Springs, AL 36089<br>334-738-4225  Phone<br>334-738-4229  Fax | Walter B. Calton<br>Post Office Box 696<br>Eufaula, AL 36072-0696<br>334-687-2407  Phone<br>334-687-2466  Fax |
| Russell Jackson Drake<br>Nicola Thompson Drake<br>WHATLEY DRAKE & KALLAS, LLC<br>Post Office Box 10647<br>Birmingham, AL 35202-0647<br>205-328-9576  Phone<br>205-328-9669  Fax | Alan T. Rogers<br>BALCH & BINGHAM, LLP<br>Post Office Box 306<br>Birmingham, AL 35201-0306<br>205-251-8100  Phone<br>205-266-8798 Fax |
| Wesley L. Laird<br>LAIRD, BAKER & BLACKSTOCK<br>501 North Main Street<br>Opp, AL 36467<br>334-493-9716 Phone<br>334-493-9715 Fax | Paul A. Clark<br>BALCH & BINGHAM, LLP<br>Post Office Box 78<br>Montgomery, AL 36101<br>334-834-6500  Phone<br>334-269-3155  Fax |
| L. Cooper Rutland, Jr.<br>RUTLAND AND BRASWELL, LLC<br>208 North Prairie Street<br>Union Springs, AL 36089<br>334-738-4770 Phone<br>334-738-4774 Fax | Paul M. O'Conner, III<br>Seth A. Moskowitz<br>Jon Avins<br>KASOWITZ, BENSON, TORRES & FRIEDMAN<br>1633 Broadway<br>New York, NY 10019-6799<br>212-506-1917  Phone<br>212-506-1800  Fax |

| ATTORNEYS FOR CLEVELAND TUBING, INC. | ATTORNEYS FOR UNDERWRITERS LABORATORIES, INC. |
|---|---|
| James H. McLemore<br>CAPELL & HOWARD<br>Post Office Box 2069<br>Montgomery, AL 36102<br>334-241-8058  Phone<br>334-323-8888  Fax | Walter E. McGowen<br>GRAY, LANGFORD, SAPP,<br>MCGOWAN, GRAY & NATHANSON<br>Post Office Box 830239<br>Tuskegee, AL 36083-0239<br>334-727-4830  Phone<br>334-727-5877  Fax |
| T. Harold Pinkley<br>MILLER & MARTIN, LLP<br>1200 First Union Tower<br>150 Fourth Avenue North<br>Nashville, TN 37219<br>615-744-8548  Phone<br>615-744-8643  Fax<br><br>Lynda M. Hill<br>James T. Williams, IV<br>MILLER & MARTIN, PLLC<br>Volunter Bldg., Suite 1000<br>832 Georgia Avenue<br>Chattanooga, TN 37402-2289<br>423-785-6600  Phone<br>423-785-8480  Fax<br><br>**ATTORNEYS FOR TOTAL CONTAINMENT, INC.**<br>Elliott Britton  Monroe<br>Jennifer McCammon Bedsole<br>Rachel Ellen VanNortwick<br>LLOYD, GRAY & WHITEHEAD, P.C.<br>2501 Twentieth Place South<br>Suite 300<br>Birmingham, AL 35233<br>205-967-8822  Phone<br>205-967-2380  Fax<br><br>Lindsey M. Glah<br>William Pelosi<br>OBERMEYER REBMANN MAXWELL & HIPPEL LLP<br>One Penn Center, 19th Floor<br>1617 John F. Kennedy Blvd | Charles Donald Marshall, III<br>John Olinde<br>Brent Arnold Talbot<br>Robert S. Rooth<br>CHAFFE, McCALL, PHILLIPS, TOLER & SARPY<br>2300 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163<br>504-585-7226  Phone<br>504-544-6088  Fax<br><br>**ATTORNEYS FOR DAYCO PRODUCTS, INC. and MARK IV INDUSTRIES, LTD.**<br>Ann R. Koppel<br>Donna M. Borrello<br>James E. Blazek<br>Richard B. Eason, II<br>ADAMS and REESE LLP<br>4500 One Shell Square<br>New Orleans, LA 70139<br>504-581-3234  Phone<br>504-566-0210  Fax<br><br>John David Whetstone<br>ADAMS and REESE LLP<br>Post Office Box 1348<br>Mobile, AL 36633<br>251-433-3234  Phone<br>251-438-7733  Fax |

4

| | |
|---|---|
| Philadelphia, PA 19103-1895<br>215-665-3000  Phone<br>215-665-3165  Fax | |
| | Brian Taggart Mosholder<br>Joseph Terrace Carpenter<br>Nathan Craig Prater<br>CARPENTER PRATER INGRAM & MOSHOLDER LLP<br>4121 Carmichael Road<br>303 Sterling Centre<br>Montgomery, AL 36106<br>334-213-5600  Phone<br>334-213-5650  Fax<br><br>Kimberly Wallace Sayoc<br>LIPPES SILVERSTEIN MATHIAS WEXLER LLP<br>700 Guarantee Building<br>28 Church Street<br>Buffalo, NY 14202-3950<br>716-853-5100  Phone<br>716-853-5199  Fax |
| | Larry Shane Seaborn<br>Myron C. Penn<br>PENN & SEABORN LLC<br>Post Office Box 688<br>Clayton, AL 36016<br>334-775-9778 Phone<br>334-775-9779 Fax |
| | |

                                      /s/ S. Lisa Frost
                                      OF COUNSEL

142386