IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAY'S DISTRIBUTING COMPANY, INC., individually and as class representative of all those gasoline station owners similarly situated, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:06-cv-702-MEF ) |
| TOTAL CONTAINMENT, INC., *et al.*, | ) ) |
| Defendants. | ) |

# **O R D E R**

This cause is before the Court on the Motion for Leave to Intervene by Commerce & Industry Insurance Company of Canada (C&I) (Doc. # 60), filed on December 28, 2006. On January 4, 2007, this Court ordered that C&I submit by January 16, 2007 a brief in support of its motion to intervene citing specific facts and legal authority it believes justify intervention in this case based on the requirements for intervention in Rule 24 and binding case law. (Doc. # 67.) The Court allowed any party wishing to respond to the motion to do so no later than January 29, 2007, and allowed C&I to file a reply brief no later than February 5, 2007. C&I has not filed a brief in support of its motion, nor has any party filed a response. Accordingly, it is ORDERED as follows:

(1) C&I shall submit its brief in support to this Court as soon as practicable but in no event later than April 6, 2007. Failure to meet this deadline may subject C&I to sanctions.

(2) Any party that wishes to respond to the motion to intervene shall do so no later

than April 13, 2007.

(3) C&I may file a reply brief no later than April 20, 2007.

DONE this the 27th day of March, 2007.

                                                /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE