IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**MAY'S DISTRIBUTING COMPANY, INC.,**

    **Plaintiff,**                               No. 06-702 MEF

v.

**TOTAL CONTAINMENT, INC., et al.,**

    **Defendants.**

### NOTICE OF COMPLIANCE WITH COURT'S ORDER CONCERNING BRIEFING SCHEDULE

**COMES NOW** Commerce & Industry Insurance Company of Canada (C&I) and responds to the court's order of March 27, 2007 as follows:

1. The court states in its order (Doc. #72) that C&I has not filed a brief in support of its motion to intervene.

2. Further, the court states that it previously entered an order on January 4, 2007 (Doc. #67) requiring C&I to submit a brief in support of its motion to intervene by January16, 2007, and providing a further briefing schedule with respect to briefs in opposition and reply briefs.

3. However, C&I has already filed its brief in support of its motion to intervene, and did so contemporaneously with its motion to intervene on December 28, 2006. The brief is Document 61 on the court's docket for this case.

4. On January 8, 2007, counselor for C&I confirmed with the court that its brief supporting its motion to intervene was on file with the court such that C&I was in compliance with the court's order. *See* **Exhibit 1**.

**WHEREFORE,** C&I respectfully requests the court to withdraw its order of March 27, 2007 (Doc. #72) or find that C&I has complied.  Further, C&I respectfully requests the court to take C&I's Motion to Intervene and supporting brief under submission and grant the motion. No parties have opposed it.

                                  Respectfully submitted,

/s/   S. Lisa Frost
John W. Dodson, Esq.          DOD012
S. Lisa Frost, Esq.           MOR065
Ferguson, Frost & Dodson, LLP
Post Office Box 430189
Birmingham, Alabama  35243
Telephone: (205) 879-8722
Facsimile: (205) 879-8831
Counsel for Commerce & Industry
Insurance Company of Canada

Richard W. Bryan, Esq.
Paul D. Smolinsky, Esq.
Jackson & Campbell, P.C.
1120 Twentieth Street, N.W.
Suite 300
Washington, DC 20036
Additional Counsel for Commerce & Industry
Insurance Company of Canada

## CERTIFICATE OF SERVICE

    This is to certify that on this the 28th day of March 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**ATTORNEYS FOR PLAINTIFF**

Lynn W. Jinks, III
Christy Crow
JINKS, DANIEL & CROW, LLC
Post Office Box 350
Union Springs, AL 36089
334-738-4225  Phone
334-738-4229  Fax

Russell Jackson Drake
Nicola Thompson Drake
WHATLEY DRAKE & KALLAS, LLC
Post Office Box 10647
Birmingham, AL 35202-0647
205-328-9576  Phone
205-328-9669  Fax

Wesley L. Laird
LAIRD, BAKER & BLACKSTOCK
501 North Main Street
Opp, AL 36467
334-493-9716 Phone
334-493-9715 Fax

L. Cooper Rutland, Jr.
RUTLAND AND BRASWELL, LLC
208 North Prairie Street
Union Springs, AL 36089
334-738-4770 Phone
334-738-4774 Fax

**ATTORNEYS FOR TICONA POLYMERS, INC.**

Walter B. Calton
Post Office Box 696
Eufaula, AL 36072-0696
334-687-2407  Phone
334-687-2466  Fax

Alan T. Rogers
BALCH & BINGHAM, LLP
Post Office Box 306
Birmingham, AL 35201-0306
205-251-8100  Phone
205-266-8798 Fax

Paul A. Clark
BALCH & BINGHAM, LLP
Post Office Box 78
Montgomery, AL 36101
334-834-6500  Phone
334-269-3155  Fax

Paul M. O'Conner, III
Seth A. Moskowitz
Jon Avins
KASOWITZ, BENSON, TORRES
& FRIEDMAN
1633 Broadway
New York, NY 10019-6799
212-506-1917  Phone
212-506-1800  Fax

**ATTORNEYS FOR CLEVELAND TUBING, INC.**
James H. McLemore
CAPELL & HOWARD
Post Office Box 2069
Montgomery, AL 36102
334-241-8058  Phone
334-323-8888  Fax


T. Harold Pinkley
MILLER & MARTIN, LLP
1200 First Union Tower
150 Fourth Avenue North
Nashville, TN 37219
615-744-8548  Phone
615-744-8643  Fax

Lynda M. Hill
James T. Williams, IV
MILLER & MARTIN, PLLC
Volunter Bldg., Suite 1000
832 Georgia Avenue
Chattanooga, TN 37402-2289
423-785-6600  Phone
423-785-8480  Fax

**ATTORNEYS FOR TOTAL CONTAINMENT, INC.**
Elliott Britton Monroe
Jennifer McCammon Bedsole
Rachel Ellen VanNortwick
LLOYD, GRAY & WHITEHEAD, P.C.
2501 Twentieth Place South
Suite 300
Birmingham, AL 35233
205-967-8822  Phone
205-967-2380  Fax

Lindsey M. Glah
William Pelosi
OBERMEYER REBMANN MAXWELL & HIPPEL LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Blvd

**ATTORNEYS FOR UNDERWRITERS LABORATORIES, INC.**
Walter E. McGowen
GRAY, LANGFORD, SAPP, MCGOWAN, GRAY & NATHANSON
Post Office Box 830239
Tuskegee, AL 36083-0239
334-727-4830  Phone
334-727-5877  Fax

Charles Donald Marshall, III
John Olinde
Brent Arnold Talbot
Robert S. Rooth
CHAFFE, McCALL, PHILLIPS, TOLER & SARPY
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
504-585-7226  Phone
504-544-6088  Fax


**ATTORNEYS FOR DAYCO PRODUCTS, INC. and MARK IV INDUSTRIES, LTD.**
Ann R. Koppel
Donna M. Borrello
James E. Blazek
Richard B. Eason, II
ADAMS and REESE LLP
4500 One Shell Square
New Orleans, LA 70139
504-581-3234  Phone
504-566-0210  Fax

John David Whetstone
ADAMS and REESE LLP
Post Office Box 1348
Mobile, AL 36633
251-433-3234  Phone
251-438-7733  Fax

Philadelphia, PA 19103-1895
215-665-3000  Phone
215-665-3165  Fax

Brian Taggart Mosholder
Joseph Terrace Carpenter
Nathan Craig Prater
CARPENTER PRATER INGRAM &
MOSHOLDER LLP
4121 Carmichael Road
303 Sterling Centre
Montgomery, AL 36106
334-213-5600  Phone
334-213-5650  Fax

Kimberly Wallace Sayoc
LIPPES SILVERSTEIN MATHIAS
WEXLER LLP
700 Guarantee Building
28 Church Street
Buffalo, NY 14202-3950
716-853-5100  Phone
716-853-5199  Fax

Larry Shane Seaborn
Myron C. Penn
PENN & SEABORN LLC
Post Office Box 688
Clayton, AL 36016
334-775-9778 Phone
334-775-9779 Fax


/s/   S. Lisa Frost
OF COUNSEL

145202

LAW OFFICES OF

# FERGUSON, FROST & DODSON, L.L.P.

S. LISA FROST
DIRECT DIAL: 205-271-6962
EMAIL: SLF@FFDLAW.COM

2500 ACTON ROAD
SUITE 200
BIRMINGHAM, AL 35243

MAILING ADDRESS:
P.O. Box 430189
BIRMINGHAM, AL 35243-0189

TELEPHONE: (205) 879-8722
FACSIMILE: (205) 879-8831

www.ffdlaw.com

January 8, 2007

Mark E. Fuller, Chief Judge
United States District Court
One Church Street
Montgomery, AL 36104

    RE:    May's Distributing Company, Inc., et al v. Total Containment, Inc., et al
            United States District Court Middle District of Alabama; CV06-702
            File No.:    121-2924

Dear Judge Fuller:

    This will confirm our telephone conversation of this date with your office regarding the Order entered by you on January 4, 2007 (Doc. 67) in the above-styled matter. The Order stated that Commerce & Industry Insurance Company of Canada (C & I) must file a brief supporting its motion to intervene on or before January 16, 2007. However, the supporting brief (Doc. 61) was filed contemporaneously with the motion to intervene (Doc. 60). Thus, C & I has complied with the court's Order.

    If we have misunderstood, please notify us immediately.

                                   Yours very truly,

                                   S. Lisa Frost

SLF/sm
cc:
John W. Dodson


EXHIBIT 1