IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MAY'S DISTRIBUTING COMPANY, INC., <u>et al.</u>,** ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | |
| **TOTAL CONTAINMENT, INC., <u>et al.</u>,** ) | 2:06cv702-MEF |
| ) | |
| Defendants. ) | |

_____

**TCI'S RESPONSE TO COMMERCE AND INDUSTRY INSURANCE COMPANY OF CANADA'S
MOTION FOR LEAVE TO INTERVENE**
_____

Total Containment, Inc. ("TCI") responds as follows to Commerce & Industry Insurance Company of Canada's ("C&I") Motion for Leave to Intervene:

TCI admits C&I issued four policies covering the period from June 30, 1999 to December 24, 2002 to TCI. TCI admits it is subject to the protection of the United States Bankruptcy Court. TCI admits the Bankruptcy Court has permitted Mays to prosecute its claims against TCI, but has limited its recovery to "insurance proceeds, if any exists."

Typically, TCI would object to a Motion for Intervention. However, as TCI is judgment proof, it takes no position as to whether this Court should allow C&I to intervene.

WHEREFORE, as TCI is subject to the protection of the United States Bankruptcy Court, it takes no position as to C&I's Motion to Intervene.

Respectfully submitted,

By: *E. Britton Monroe*
E. Britton Monroe (MON032)
Jenna M. Bedsole (MCC107)
Rachel E. VanNortwick (VAN040)
Attorneys for Defendant, Total Containment, Inc.

OF COUNSEL:

LLOYD, GRAY & WHITEHEAD, P.C.
2501 20th Place South, Suite 300
Birmingham, AL  35223
(205) 967-8822
(205) 967-2380 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 13th day of April 2007, served a copy of the foregoing via electronic mail upon the following:

Lynn Jinks
Christy Crow
JINKS, DANIEL & CROW, LLC
Post Office Box 350
Union Springs, AL  36089

Russell Jackson Drake
Nicola Thompson Drake
WHATLEY DRAKE & KALLAS, L.L.C.
2323 Second Avenue North
P.O. Box 1067
Birmingham, AL  35202-0647
(205) 328-9576
(205) 328-9669 Facsimile

Welsey L. Laird
LAIRD, BAKER & BLACKSTOCK, LLC
501 North Main Street
Opp, AL  36467

L. Cooper Rutland, Jr.
RUTLAND AND BRASWELL, LLC
208 North Prairie Street
Union Springs, AL  36089

Attorneys for Ticona Polymers, Inc.
Alan T. Rogers, Esq.
BALCH & BINGHAM, LLP
Post Office Box 306
Birmingham, AL  35201-0306
arogers@balch.com

Paul A. Clark, Esq.
BALCH & BINGHAM, LLP
Post Office Box 78
Montgomery, AL  36101
pclark@balch.com

Paul M. O'Connor III, Esq.
Seth A. Moskowitz, Esq.
Jon Avins, Esq.
KASOWITZ, BENSON, TORRES & FRIEDMAN
1633 Broadway
New York, NY  10019-6799
poconnor@kasowitz.com
smoskowitz@kasowitz.com

Walter B. Calton, Esq.
Post Office Box 696
Eufaula, AL  36072-09696
wcalton@bellsouth.net

Attorneys for Cleveland Tubing, Inc.
James H. McLemore, Esq.
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL  36102-2069

T. Harold Pinkley, Esq.
MILLER & MARTIN, LLP
1200 First Union Tower
150 Fourth Avenue North
Nashville, TN  37219

Lynda M. Hill, Esq.  
James Williams, Esq.  
MILLER & MARTIN, PLCC  
Suite 1000, Volunteer Bldg.  
832 Georgia Avenue  
Chattanooga, TN  37402  
jhill@millermartin.com  
jwilliams@millermartin.com  

Attorneys for Dayco Products, Inc. And Mark IV Industries, Ltd.  
Joseph T. Carpenter, Esq.  
Nathan C. Prater, Esq.  
Brian Mosholder, Esq.  
John Deshazo, Esq.  
CARPENTER, PRATER, INGRAM  
 & MOSHOLDER LLP  
303 Sterling Centre  
4121 Carmichael Road  
Montgomery, AL  36106  
jccarpenter@carpenterfirm.com  
nprater@carpenterfirm.com  
bmosholder@carpenterfirm.com  
jdeshazo@carpenterfirm.com  

Kimberly W. Sayoc, Esq.  
LIPPES SILVVERSTEIN MATHIAS & WEXLER  
700 Guaranty Building  
28 Church Street  
Buffalo, NY  14202-3950  
ksayoc@tippes.com  

Richard B. Eason, II  
Adams & Reese  
4500 One Shell Square  
New Orleans, LA  70139  

L. Shane Seaborn, Esq.  
Myron C. Penn, Esq.  
PENN & SEABORN, LLC  
Post Office Box 688  
Clayton, AL  36106  

Attorneys for Underwriters Laboratories, Inc.  
Walter E. McGowan, Esq.  
GRAY, LANGFORD, SAPP, MCGOWAN,  
 GRAY & NATHANSON  
P.O. Box 830239  
Tuskegee, AL  36083-0239  
wem@glamgn.com  

Charles Donald Marshall, III, Esq.  
John Olinde, Esq.  
Brent Arnold Talbot, Esq.  
Robert S. Booth, Esq.  
CHAFFE MCCALL, PHILLIPS,  
1100 Poydras Street  
New Orleans, LA  70163  
(504) 585-7000  
Talbot@chaffe.com  
olinde@chaffe.com  
marshall@chaffe.com  
rooth@chaffe.com  

John Dodson  
Lisa Frost  
Ferguson, Frost & Dodson, LLP  
P.O. Box 430189  
Birmingham, AL  35243-0189  

4

| | |
|---|---|
| Lindsey M. Glah<br>Obermeyer Rebmann Maxwell<br> & Hippel LLP<br>One Penn Center, 19th Floor<br>1617 John F. Kennedy Blvd<br>Philadelphia, PA  19103-1895 | Paul D. Smolinsky<br>Richard W. Bryan<br>Jackson & Campbell, P.C.<br>1120 20th Street, N.W.<br>Washington, DC  20036 |
| William K. Pelosi<br>Obermeyer Rebmann Maxwell<br>& Hippel LLP<br>One Penn Center, 19th Floor<br>1617 John F. Kennedy Blvd<br>Philadelphia, PA  19103-1895 | Ann Kopel<br>John D. Whetstone<br>Donna Borello<br>James Blazek<br>Adams & Reese<br>P.O. Box 1348<br>Mobile, AL  36633 |

Notice will be delivered by other means to the following:

Nicola Thompson Drake
Whatley Drake & Kallas, LLC
P.O. Box 10647
Birmingham, AL  35202-0647

　　　　　　　　　　　　　　　　　　　 *E. Britton Monroe*
　　　　　　　　　　　　　　　　　　　OF COUNSEL