UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| MAY'S DISTRIBUTING CO. INC. | CIVIL ACTION |
| Plaintiff, | 2:06-cv-702 |
| VERSUS | JUDGE FULLER |
| TOTAL CONTAINMENT, INC., ET AL | |
| Defendants | |

### UNDERWRITERS LABORATORIES INC.'S CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, Underwriters Laboratories Inc., a party to the above-captioned matter, does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] There are no entities to be reported

-or-

The following entities are hereby reported:

_____

_____

Respectfully submitted,

_____
JOHN F. OLINDE (#1515), T.A.
BRENT A. TALBOT (#19174)
ROBERT S. ROOTH (#11454)
CHARLES D. MARSHALL, III (#27564)

-of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000

And

WALTER E. McGOWAN
    Of counsel,
GRAY, LANGFORD, SAPP,
McGOWAN, GRAY & NATHANSON
Post Office Box 830239
Tuskegee, Alabama 36083-0239
334/727-4830
**Attorneys for Underwriters Laboratories Inc.**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 17 day of April, 2007, served a copy of the foregoing pleading on the plaintiff and on counsel for all parties to this proceeding, by electronic mail and/or mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____