IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAY'S DISTRIBUTING COMPANY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| TOTAL CONTAINMENT, INC. et al. | ) ) ) |
| Defendants. | ) |

CIVIL ACTION NO. 2:06-cv-702

## CORPORATE DISCLOSURE STATEMENT OF CLEVELAND TUBING, INC.

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Defendant Clevveland Tubing, Inc. submits the following statement. Cleveland Tubing, Inc. is a privately owned corporation. It is not a subsidiary of any parent corporation and there are no publicly held companies that own ten percent or more of its stock.

Submitted this _18_ day of April, 2007.

                                     Harold Pinkley, Esq.
                                     James T. Williams, Esq.
                                     Lynda M. Hill, Esq.
                                     *Attorneys for Defendant Cleveland Tubing, Inc.*

OF COUNSEL:
Miller & Martin, PLLC
150 Fourth Avenue North
Suite 1200
Nashville, TN 37219-2433
(615) 744-8548
(615) 744-8643 fax

                                     James H. McLemore, Esq. (MCL014)
                                     One of the Attorneys for Defendant
                                     *Cleveland Tubing, Inc.*

OF COUNSEL:
Capell & Howard, P.C.
P. O. Box 2069
Montgomery, AL 36102-2069
334-241-8058
334-323-8888 fax

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically served a copy of the foregoing document with the Clerk of the Court, U.S. District Court Middle District of Alabama, Northern Division, on this the 18th day of April, 2007, using the CM/ECF System which will send notification of such filing to the following counsel of record listed herein below, or by depositing a copy of same in the United States Mail, first-class prepaid and properly addressed to:

*Attorneys for Total Containment*
Lynn Jinks, Esq.
Christy Crow, Esq.
JINKS, DANIEL & CROW, LLC
Post Office Box 350
Union Springs, Alabama 36089

E. Britton Monroe, Esq.
Jenna M. Bedsole, Esq.
Rachel E. VanNortwick, Esq.
LLOYD, GRAY & WHITEHEAD, P.C.
2501 20th Place South, Suite 300
Birmingham, Alabama 35223

Russell Jackson Drake, Esq.
Nicola Thompson Drake, Esq.
WHATLEY DRAKE & KALLAS, LLC
2323 Second Avenue North
P.O. Box 1067
Birmingham, Alabama 35202-0647

Wesley L. Laird, Esq.
LAIRD, BAKER, & BLACKSTOCK, LLC
501 North Main Street
Opp, Alabama 36467

L. Cooper Rutland, Jr., Esq.
RUTLAND AND BRASWELL, LLC
208 North Prairie Street
Union Springs, Alabama 36089

*Attorneys for Ticona Polymers, Inc.*
Alan T. Rogers, Esq.
BALCH & BINGHAM, LLP
Post Office Box 306
Birmingham, Alabama 35201-0306

Paul A. Clark, Esq.
BALCH & BINGHAM, LLP
Post Office Box 78
Montgomery, Alabama 36101

Paul M. O'Connor, III, Esq.
Seth A. Moskowitz, Esq.
Jon Avins, Esq.
KASOWITZ, BENSON, TORRES & FIREDMAN
1633 Broadway
New York, NY 10019-6799

Walter B. Calton, Esq.
Post Office Box 696
Eufaula, Alabama 36072-0696

2

| *Attorneys for Dayco Products, Inc. and Mark IV Industries, Ltd.* | *Attorneys for Underwriters Laboratories, Inc.* |
|---|---|
| Joseph T. Carpenter, Esq. | Charles Donald Marshall, III, Esq. |
| Nathan C. Prater, Esq. | John Olinde, Esq. |
| Brian Mosholder, Esq. | Brent Arnold Talbot, Esq. |
| John Deshazo, Esq. | Robert S. Booth, Esq. |
| CARPENTER, PRATER, INGRAM & MOSHOLDER, LLP. | CHAFFE MCCALL, PHILLIPS |
| 303 Sterling Center | 1100 Poydras Street |
| 4121 Carmichael Road | New Orleans, Louisiana |
| Montgomery, Alabama 36106 | |
| | |
| Kimberly W. Sayoe, Esq. | John Dodson, Esq. |
| LIPPES, SILVERSTEIN MATHIAS & WEXLER | List Frost, Esq. |
| | FERGUSON, FROST & DODSON, LLP |
| 700 Guaranty Building | Post Office Box 430189 |
| 28 Church Street | Birmingham, Alabama 35243-0189 |
| Buffalo, New York 14202-3950 | |
| | |
| Richard B. Eason, II, Esq. | Walter E. McGowan, Esq. |
| ADAMS & REESE | GRAY, LANGFORD, SAPP, McGOWAN, GRAY & NATHANSON |
| 4500 One Shell Square | Post Office Box 830239 |
| New Orleans, Louisiana 70139 | Tuskegee, Alabama 36083-0239 |
| | |
| L. Shane Seaborn, Esq. | |
| Myron C. Penn, Esq. | |
| PENN & SEABORN, LLC | |
| Post Office Box 688 | |
| Clayton, Alabama 36106 | |

/s/ _____
OF COUNSEL