# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| MAY'S DISTRIBUTING COMPANY, INC., **et al.**, | ) ) ) | |
| Plaintiffs, | ) | |
| vs. | ) ) | CIVIL ACTION NO. |
| TOTAL CONTAINMENT, INC., **et al.**, | ) ) ) | 2:06cv702-MEF |
| Defendants. | ) | |

_____

## CORPORATE/CONFLICT DISCLOSURE STATEMENT
_____

In accordance with the order of this Court, the undersigned party to the above-captioned matter does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entitles are hereby reported:

United States Bankruptcy Trustee
P. George Miller
Obermayer, Rebbman, Maxwell & Hippell, LLP
1 Penn Center, 19th Floor
1617 John F. Kennedy Blvd.
Philadelphia, PA  19103-1895

TCI is currently the subject of a Chapter 11 liquidation pending in the United States Bankruptcy Court for the Eastern District of Pennsylvania, Case Number: 04-13114.

2

                    Respectfully submitted,

<u>April 18, 2007</u>          By:   <u>Jenna M. Bedsole</u>
Date                    E. Britton Monroe (MON032)
                        Jenna M. Bedsole (MCC107)
                        Rachel E. VanNortwick (VAN040)
                        LLOYD, GRAY & WHITEHEAD, P.C.
                        2501 20th Place South, Suite 300
                        Birmingham, AL  35223
                        (205) 967-8822
                        (205) 967-2380 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 18th day of April 2007, served a copy of the foregoing via electronic mail upon the following:

Lynn Jinks  
Christy Crow  
JINKS, DANIEL & CROW, LLC  
Post Office Box 350  
Union Springs, AL  36089  

Russell Jackson Drake  
Nicola Thompson Drake  
WHATLEY DRAKE & KALLAS, L.L.C.  
2323 Second Avenue North  
P.O. Box 1067  
Birmingham, AL  35202-0647  
(205) 328-9576  
(205) 328-9669 Facsimile  

Welsey L. Laird  
LAIRD, BAKER & BLACKSTOCK, LLC  
501 North Main Street  
Opp, AL  36467  

L. Cooper Rutland, Jr.  
RUTLAND AND BRASWELL, LLC  
208 North Prairie Street  
Union Springs, AL  36089  

Attorneys for Ticona Polymers, Inc.  
Alan T. Rogers, Esq.  
BALCH & BINGHAM, LLP  
Post Office Box 306  
Birmingham, AL  35201-0306  
arogers@balch.com  

Paul A. Clark, Esq.  
BALCH & BINGHAM, LLP  
Post Office Box 78  
Montgomery, AL  36101  
pclark@balch.com  

Paul M. O'Connor III, Esq.  
Seth A. Moskowitz, Esq.  
Jon Avins, Esq.  
KASOWITZ, BENSON, TORRES & FRIEDMAN  
1633 Broadway  
New York, NY  10019-6799  
poconnor@kasowitz.com  
smoskowitz@kasowitz.com  

Walter B. Calton, Esq.  
Post Office Box 696  
Eufaula, AL  36072-09696  
wcalton@bellsouth.net  

Attorneys for Cleveland Tubing, Inc.  
James H. McLemore, Esq.  
CAPELL & HOWARD, P.C.  
150 South Perry Street (36104)  
Post Office Box 2069  
Montgomery, AL  36102-2069  

T. Harold Pinkley, Esq.  
MILLER & MARTIN, LLP  
1200 First Union Tower  
150 Fourth Avenue North  
Nashville, TN  37219  

3

Lynda M. Hill, Esq.
James Williams, Esq.
MILLER & MARTIN, PLCC
Suite 1000, Volunteer Bldg.
832 Georgia Avenue
Chattanooga, TN  37402
jhill@millermartin.com
jwilliams@millermartin.com

Attorneys for Dayco Products, Inc.
And Mark IV Industries, Ltd.
Joseph T. Carpenter, Esq.
Nathan C. Prater, Esq.
Brian Mosholder, Esq.
John Deshazo, Esq.
CARPENTER, PRATER, INGRAM
 & MOSHOLDER LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, AL  36106
jccarpenter@carpenterfirm.com
nprater@carpenterfirm.com
bmosholder@carpenterfirm.com
jdeshazo@carpenterfirm.com

Kimberly W. Sayoc, Esq.
LIPPES SILVVERSTEIN
MATHIAS & WEXLER
700 Guaranty Building
28 Church Street
Buffalo, NY  14202-3950
ksayoc@tippes.com

Richard B. Eason, II
Adams & Reese
4500 One Shell Square
New Orleans, LA  70139

L. Shane Seaborn, Esq.
Myron C. Penn, Esq.
PENN & SEABORN, LLC
Post Office Box 688
Clayton, AL  36106

Attorneys for Underwriters Laboratories, Inc.
Walter E. McGowan, Esq.
GRAY, LANGFORD, SAPP, MCGOWAN,
 GRAY & NATHANSON
P.O. Box 830239
Tuskegee, AL  36083-0239
wem@glamgn.com

Charles Donald Marshall, III, Esq.
John Olinde, Esq.
Brent Arnold Talbot, Esq.
Robert S. Booth, Esq.
CHAFFE MCCALL, PHILLIPS,
1100 Poydras Street
New Orleans, LA  70163
(504) 585-7000
Talbot@chaffe.com
olinde@chaffe.com
marshall@chaffe.com
rooth@chaffe.com

John Dodson
Lisa Frost
Ferguson, Frost & Dodson, LLP
P.O. Box 430189
Birmingham, AL  35243-0189

5

| | |
|---|---|
| Lindsey M. Glah<br>Obermeyer Rebmann Maxwell<br> & Hippel LLP<br>One Penn Center, 19th Floor<br>1617 John F. Kennedy Blvd<br>Philadelphia, PA  19103-1895 | Paul D. Smolinsky<br>Richard W. Bryan<br>Jackson & Campbell, P.C.<br>1120 20th Street, N.W.<br>Washington, DC  20036 |
| William K. Pelosi<br>Obermeyer Rebmann Maxwell<br>& Hippel LLP<br>One Penn Center, 19th Floor<br>1617 John F. Kennedy Blvd<br>Philadelphia, PA  19103-1895 | Ann Kopel<br>John D. Whetstone<br>Donna Borello<br>James Blazek<br>Adams & Reese<br>P.O. Box 1348<br>Mobile, AL  36633 |

Notice will be delivered by other means to the following:

Nicola Thompson Drake
Whatley Drake & Kallas, LLC
P.O. Box 10647
Birmingham, AL  35202-0647

                                                  *Jenna M. Bedsole*
                                                  OF COUNSEL