UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

```
* * * * * * * * *
MAY'S DISTRIBUTING    *
     CO. INC.,        *     CIVIL ACTION
   PLAINTIFF,         *     NO. 2:06-CV-702
                      *
VS.                   *
                      *     JUDGE FULLER
TOTAL CONTAINMENT,    *
     INC., ET AL,     *
   DEFENDANTS         *     JURY TRIAL
                      *     REQUESTED
* * * * * * * * *
```

### CORPORATE DISCLOSURE STATEMENT OF DAYCO PRODUCTS, L.L.C., MARK IV INDUSTRIES, INC., MARK IV INDUSTRIES, LTD., AND MIV HOLDINGS., S.A.

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Defendants Dayco Products, L.L.C., Dayco Products, Inc., Mark IV Industries, Inc., Mark IV Industries Ltd. and MIV Holdings, S.A. (collectively "Dayco") submit the following statement. Dayco Products, L.L.C. is a Delaware limited liability company that is a wholly owned subsidiary of Mark IV Industries, Ltd. Mark IV Industries, Ltd. is a Delaware corporation that is a wholly owned subsidiary of MIV Holdings, S.A., a Luxemborg Company. Dayco, Mark IV Industries and MIV Holdings are not publicly held companies.

Respectfully submitted,

/s Ann Koppel
JAMES E. BLAZEK (LA 3154)
RICHARD B. EASON (LA 5248)
ANN R. KOPPEL (LA 27252)
Adams and Reese LLP
4500 One Shell Square
New Orleans, LA  70139
Telephone:  (504) 581-3234
Facsimile:  (504) 566-0210
jim.blazek@arlaw.com
ann.koppel@arlaw.com

*Attorneys for Defendants, Dayco Products, LLC, and Mark IV Industries, Ltd.*

OF COUNSEL:
BRIAN MOSHOLDER (MOS-018)
Carpenter, Ingram & Mosholder, LLPO
4121 Carmichael Road, Suite 303
Montgomery, AL  36106
Telephone:  (334) 213-5600
bmosholder@carpenterfirm.com

MYRON PENN
Penn & Seaborn, LLC
P. O. Box 688
Clayton, AL  36106
Telephone:  (3334) 738-4486
myronpenn28@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the parties and counsel who are filing users, and that service was accomplished on any counsel who is not a filing user by United States Mail on April 25, 2007.

/s Ann Koppel