## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| MAY'S DISTRIBUTING COMPANY, INC., <u>et al.</u>, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **CIVIL ACTION NO.** |
| TOTAL CONTAINMENT, INC., <u>et al.</u>, | ) ) ) | **2:06cv702-MEF** |
| Defendants. | ) ) | |

_____

## SUGGESTION OF BANKRUPTCY
_____

Total Containment, Inc. ("TCI") hereby shows unto the Court that it has filed a Chapter 11 Voluntary Bankruptcy Petition in the United States Bankruptcy Court for the Eastern District of Pennsylvania, Case No. 04-13144 (BIF). Attorneys for Debtor in the afore-described matter are Lawrence J. Tabas, William K. Pelosi, and Lindsey M. Glah, Obermayer Rebmann Maxwell & Hippel, LLP, One Penn Center, 19th Floor, 1617 John F. Kennedy Blvd., Philadelphia, Pennsylvania 19103 (215) 665-3153.

Respectfully submitted,

By:    *s/Jenna M. Bedsole*
       E. Britton Monroe (MON032)
       Jenna M. Bedsole (MCC107)
       Rachel E. VanNortwick (VAN040)
       LLOYD, GRAY & WHITEHEAD, P.C.
       2501 20th Place South, Suite 300
       Birmingham, AL  35223
       (205) 967-8822
       (205) 967-2380 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 25th day of April 2007, served a copy of the foregoing via electronic mail upon the following:

Lynn Jinks
Christy Crow
JINKS, DANIEL & CROW, LLC
Post Office Box 350
Union Springs, AL  36089

Russell Jackson Drake
Nicola Thompson Drake
WHATLEY DRAKE & KALLAS, L.L.C.
2323 Second Avenue North
P.O. Box 1067
Birmingham, AL  35202-0647
(205) 328-9576
(205) 328-9669 Facsimile

Welsey L. Laird
LAIRD, BAKER & BLACKSTOCK, LLC
501 North Main Street
Opp, AL  36467

L. Cooper Rutland, Jr.
RUTLAND AND BRASWELL, LLC
208 North Prairie Street
Union Springs, AL  36089


Attorneys for Ticona Polymers, Inc.
Alan T. Rogers, Esq.
BALCH & BINGHAM, LLP
Post Office Box 306
Birmingham, AL  35201-0306
arogers@balch.com
Paul A. Clark, Esq.
BALCH & BINGHAM, LLP
Post Office Box 78
Montgomery, AL  36101
pclark@balch.com

Paul M. O'Connor III, Esq.

2

Seth A. Moskowitz, Esq.
Jon Avins, Esq.
KASOWITZ, BENSON, TORRES
& FRIEDMAN
1633 Broadway
New York, NY 10019-6799
poconnor@kasowitz.com
smoskowitz@kasowitz.com

Walter B. Calton, Esq.
Post Office Box 696
Eufaula, AL 36072-09696
wcalton@bellsouth.net


Attorneys for Cleveland Tubing,
Inc.
James H. McLemore, Esq.
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL 36102-2069

T. Harold Pinkley, Esq.
MILLER & MARTIN, LLP
1200 First Union Tower
150 Fourth Avenue North
Nashville, TN 37219
Lynda M. Hill, Esq.
James Williams, Esq.
MILLER & MARTIN, PLCC
Suite 1000, Volunteer Bldg.
832 Georgia Avenue
Chattanooga, TN 37402
jhill@millermartin.com
jwilliams@millermartin.com


Attorneys for Dayco Products, Inc.
And Mark IV Industries, Ltd.
Joseph T. Carpenter, Esq.

Nathan C. Prater, Esq.
Brian Mosholder, Esq.
John Deshazo, Esq.
CARPENTER, PRATER,
INGRAM
& MOSHOLDER LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, AL 36106
jccarpenter@carpenterfirm.com
nprater@carpenterfirm.com
bmosholder@carpenterfirm.com
jdeshazo@carpenterfirm.com


Kimberly W. Sayoc, Esq.
LIPPES SILVVERSTEIN
MATHIAS & WEXLER
700 Guaranty Building
28 Church Street

L. Shane Seaborn, Esq.
Myron C. Penn, Esq.
PENN & SEABORN, LLC
Post Office Box 688
Clayton, AL 36106


Attorneys for Underwriters
Laboratories, Inc.
Walter E. McGowan, Esq.
GRAY, LANGFORD, SAPP,
MCGOWAN,
GRAY & NATHANSON
P.O. Box 830239
Tuskegee, AL 36083-0239
wem@glamgn.com


Charles Donald Marshall, III, Esq.
John Olinde, Esq.
Brent Arnold Talbot, Esq.
Robert S. Booth, Esq.

3

CHAFFE MCCALL, PHILLIPS,
1100 Poydras Street
New Orleans, LA  70163
(504) 585-7000
Talbot@chaffe.com
Buffalo, NY  14202-3950
ksayoc@tippes.com

Richard B. Eason, II
Adams & Reese
4500 One Shell Square
New Orleans, LA  70139

Lindsey M. Glah
Obermeyer Rebmann Maxwell
 & Hippel LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Blvd
Philadelphia, PA  19103-1895

William K. Pelosi
Obermeyer Rebmann Maxwell
& Hippel LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Blvd
Philadelphia, PA  19103-1895

olinde@chaffe.com
marshall@chaffe.com
rooth@chaffe.com

John Dodson
Lisa Frost
Ferguson, Frost & Dodson, LLP
P.O. Box 430189
Birmingham, AL  35243-0189

Paul D. Smolinsky
Richard W. Bryan
Jackson & Campbell, P.C.
1120 20th Street, N.W.
Washington, DC  20036

Ann Kopel
John D. Whetstone
Donna Borello
James Blazek
Adams & Reese
P.O. Box 1348
Mobile, AL  36633

Notice will be delivered by other means to the following:

Nicola Thompson Drake
Whatley Drake & Kallas, LLC
P.O. Box 10647
Birmingham, AL  35202-0647

                                        s/Jenna M. Bedsole
                                        OF COUNSEL

4