UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MAY'S DISTRIBUTING CO. INC., | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.** |
| v. | ) | |
| | ) | **2:06-cv-702-MEF** |
| TOTAL CONTAINMENT, INC., | ) | |
| ET AL. | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

PLAINTIFFS' RESPONSE TO THE SUGGESTION OF
BANKRUPTCY

Plaintiffs are perplexed at the filing of the Suggestion of Bankruptcy

(Doc. 81) by Total Containment Inc. The bankruptcy proceeding filed by

Total Containment Inc. (hereinafter referred to as "TCI") was filed three

years ago. All of the parties are aware that TCI is in a bankruptcy

proceeding in the Eastern District of Pennsylvania. Most of the papers filed

in this Court refer to that bankruptcy in one way or another.

The Suggestion of Bankruptcy in no way refers to an important fact,

that is that Plaintiffs were granted relief from the automatic stay against

litigation granted by the Bankruptcy Court for the Eastern District of

Pennsylvania. (See Order attached as Exhibit "1"). The relief from stay was

granted so that Plaintiff could pursue its claims against TCI, but limiting any

recovery to insurance proceeds.

                              Respectfully submitted,


                              /s/ Russell Jackson Drake
                              Attorney for Plaintiffs

**OF COUNSEL:**
Russell Jackson Drake, Esq.
WHATLEY, DRAKE & KALLAS, LLC
2001 Park Place North, Suite 1000
Post Office Box 10647
Birmingham, AL  36202-0647
jdrake@whatleydrake.com

L. Cooper Rutland, Jr., Esq.
RUTLAND & BRASWELL, LLC
208 North Prairie Street
Union Springs, AL  36089
randb@ustconline.net
randb3@ustconline.net

Wesley L. Laird, Esq.
LAIRD, BAKER & BLACKSTOCK,
LLC
501 North Main Street
Opp, AL 36467
wes@laird-baker-blackstock.com

Lynn W. Jinks, III, Esq.
Jinks, Daniel & Crow
P. O. Box 350
Union Springs, AL  36089
lwj@jinkslaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

<u>Attorneys for Ticona Polymers, Inc.</u>
Alan T. Rogers, Esq.
BALCH & BINGHAM, LLP
Post Office Box 306
Birmingham, AL 35201-0306
arogers@balch.com
rlaurie@balch.com

Paul A. Clark, Esq.
BALCH & BINGHAM, LLP
Post Office Box 78
Montgomery, AL 36101
pclark@balch.com

Paul M. O'Connor III, Esq.
Seth A. Moskowitz, Esq.
Jon Avins, Esq.
KASOWITZ, BENSON, TORRES &
FRIEDMAN
1633 Broadway
New York, NY 10019-6799
poconnor@kasowitz.com
smoskowitz@kasowitz.com

Walter B. Calton, Esq.
Post Office Box 696
Eufaula, AL 36072-0696
wcalton@bellsouth.net

<u>Attorneys for Cleveland Tubing, Inc.</u>
James H. McLemore, Esq.
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama 36102-2069
jhm@chlaw.com

T. Harold Pinkley, Esq.
MILLER & MARTIN, LLP
1200 First Union Tower
150 Fourth Avenue North
Nashville, TN 37219
hpinkley@millermartin.com

Lynda M. Hill, Esq.
James Williams, Esq.
MILLER & MARTIN, PLLC
Suite 1000, Volunteer Bldg.
832 Georgia Avenue
Chattanooga, TN 37402
lhill@millermartin.com
jwilliams@millermartin.com

Attorneys for Dayco Products, Inc.
and Mark IV Industries, Ltd.
Joseph T. Carpenter Esq.
Nathan C. Prater, Esq.
Brian Mosholder, Esq.
John DeShazo, Esq.
CARPENTER, PRATER,
INGRAM & MOSHOLDER LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, AL  36106
jccarpenter@carpenterfirm.com
nprater@carpenterfirm.com
bmosholder@carpeterfirm.com
jdeshazo@carpenterfirm.com

Kimberly W. Sayoc, Esq.
LIPPES SILVERSTEIN
MATHIAS & WEXLER
 700 Guaranty Building
28 Church Street
Buffalo, NY  14202-3950
ksayoc@lippes.com

L. Shane Seaborn, Esq.
Myron C. Penn, Esq.
PENN & SEABORN, LLC
Post Office Box 688
Clayton, AL  36106

Attorneys for Underwriters
Laboratories, Inc.
Walter E. McGowan, Esq.
GRAY, LANGFORD, SAPP,
MCGOWAN, GRAY &
NATHANSON
P.O. Box 830239
Tuskegee, AL  36083-0239
wem@glsmgn.com

Charles Donald, Marshall, III, Esq.
John Olinde, Esq.
Brent Arnold Talbot, Esq..
Robert S. Rooth, Esq.
CHAFFE McCALL, PHILLIPS,
TOLER & SARPY
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163
(504) 585-7000
talbot@chaffe.com
olinde@chaffe.com
marshall@chaffe.com
rooth@chaffe.com

James E. Blazek
Adams & Reese, LLP
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA  70139

/s/ Russell Jackson Drake
OF COUNSEL

# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| TOTAL CONTAINMENT, INC | : | CHAPTER 11 |
| | : | |
| DEBTOR | : | BANKR. NO. 04:13144(BIF) |
| | : | |
| | : | **Hearing Date: December 13, 2004** |
| | : | **Time: 9:30 a.m.** |
| | : | **Courtroom #2** |
| | : | **United States Courthouse** |
| | : | **900 Market St.** |
| | : | **Philadelphia, PA 19107** |

## O R D E R

AND NOW, this        day of            , 2004, upon consideration of the Motion of May's

Distributing Company, Inc. ("Mays") by and through its local counsel, DiDonato and

Winterhalter, P.C., it is hereby:

ORDERED, that the relief from the automatic stay sought in this Motion be granted with

respect to Mays right to proceed with the prosecution of its damage claims in the Alabama State

Court civil litigation limiting any recovery to insurance proceeds, if any exist.

*Order entered by default*

BY THE COURT:

_____
BRUCE I. FOX
U.S. BANKRUPTCY JUDGE

Interested Parties on the following page

Paul J. Winterhalter, Esquire
DiDonato & Winterhalter, P.C.
1818 Market Street, Suite 3520
Philadelphia, PA  19103

Kevin P. Callahan, Esquire
United States Trustee
The Curtis Center
601 Walnut Street
Suite 950-W
Philadelphia, PA 19106

George L. Miller, CPA
Miller Coffey Tate, LLP
8 Penn Center, Suite 950
1628 J.F.K. Boulevard
Philadelphia, PA 19103