UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAY'S DISTRIBUTING COMPANY, INC., individually and as class representative of all those gasoline station owners similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL CONTAINMENT, INC., et al.,<br><br>Defendants. | CASE NO. 06-CV-00702 (DRB) |

### DEFENDANT TICONA POLYMERS, INC.'S CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, Defendant Ticona Polymers, Inc. ("Ticona"), by and through its undersigned counsel, hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtors, creditors' committees, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047: Ticona's parent company is Celanese Corporation, a publicly traded company listed on the New York Stock Exchange. Ticona has joined with Mitsubishi Gas Chemical, Inc. to form the joint venture known as Korean Engineering Plastics Co. Ltd.; with Daicel Chemical Industries Ltd. to form the joint venture known as Polyplastics Co. Ltd.; and with Kureha Corporation to form the joint venture known as Fortron Industries LLC. None of these joint ventures is publicly traded.

Respectfully submitted this the 1st day of May, 2007.

/s/ Paul A. Clark
One of the Attorneys for Defendant
Ticona Polymers, Inc.

1

OF COUNSEL:

Alan T. Rogers (ROG008)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
(205) 251-8100
(205) 226-8798 fax

Paul A. Clark  (CLA076)
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, Alabama  36101-0078
(334) 834-6500
(334) 269-3115 fax

Paul M. O'Connor III  (pro hac vice)
Seth A. Moskowitz  (pro hac vice)
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, New York  10019
(212) 506-1700
(212) 506-1800 fax

Walter B. Calton, Esq.
Post Office Box 696
Eufaula, Alabama  36072
(334) 687-2407
(334) 687-2466 fax

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

L. Cooper Rutland, Jr.
RUTLAND & BRASWELL
P. O. Box 551
Union Springs, AL 36089-0551

Wesley L. Laird
LAIRD BAKER & BLACKSTOCK
501 North Main Street
Opp, AL 36467

Lynn W. Jinks, III
JINKS DANIEL & CROW
P. O. Box 350
Union Springs, AL 36089

Nicola Drake
WHATLEY DRAKE & KALLAS LLC
P. O. Box 10647
Birmingham, AL 35203-2605

Joseph T. Carpenter
Brian Mosholder
CARPENTER, PRATER, INGRAM
  & MOSHOLDER LLP
303 Sterling Centre, 4121 Carmichael Road
Montgomery, AL 36106

Kimberly W. Sayoc
LIPPES SILVERSTEIN MATHIAS
  & WEXLER
700 Guaranty Building, 28 Church Street
Buffalo, NY 14202-3950

L. Shane Seaborn
PENN & SEABORN, LLC
Post Office Box 688
Clayton, AL 36016

James H. McLemore
CAPELL & HOWARD, PC
P. O. Box 2069
Montgomery, AL 36102-2069

James Williams
MILLER & MARTIN LLP
832 Georgia Avenue, Suite 1000
Chattanooga, TN 37402

T. Harold Pinkley
MILLER & MARTIN LLP
1200 First Union Tower, 150 Fourth Ave., N.
Nashville, TN 37219

Walter F. McGowan
GRAY, LANDFORD, SAPP, McGOWN,
GRAY & NATHANSON
P.O. Box 830239
Tuskegee, AL 36083

John F. Olinde
CHAFFEE, McCALL, PHILLIPS,
TOLER & SARPY, L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163

E. Britton Monroe
Jenna M. Bedsole
Rachel E. VanNortwick
LLOYD, GRAY & WHITEHEAD, P.C.
2501 20th Place South, Suite 300
Birmingham, AL 35223

James E. Blazek
Richard B. Eason, II
ADAMS & REESE LLP
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139

3

and I hereby certify that I have mailed by United States Mail the document to the following non-CM/ECF participants:

Lindsey M. Glah
William K. Pelosi
OBERMEYER REBMANN MAXWELL
   & HIPPEL LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103-1895

Total Containment, Inc.
c/o George Miller, Trustee
MILLER, COFFEY & TATE, LLP
1628 John F. Kennedy Boulevard
Suite 950
Philadelphia, PA  19103

                                 /s/ Paul A. Clark
                                 Of Counsel