IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAY'S DISTRIBUTING COMPANY, INC., individually and as class representative of all those gasoline station owners similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | )  CASE NO. 2:06-cv-702-MEF |
| TOTAL CONTAINMENT, INC., *et al.*, | )<br>)<br>) |
| Defendants. | ) |

### **O R D E R**

Upon consideration of Plaintiff's Response to Defendant Total Containment's Suggestion of Bankruptcy (Doc. # 82), it is hereby

ORDERED that Total Containment shall respond to Plaintiff's Response on or before May 18, 2007.

DONE this the 8th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE