IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MAY'S DISTRIBUTING COMPANY, INC.,

    plaintiff,                                  No. 06-702 MEF

v.

TOTAL CONTAINMENT, INC., et al.,

    defendants.

COMMERCE & INDUSTRY INSURANCE
COMPANY OF CANADA,

    intervenor-plaintiff,

v.

MAY'S DISTRIBUTING COMPANY, INC.,

    cross-defendant.

## RESPONSE BY COMMERCE & INDUSTRY INSURANCE COMPANY OF CANADA TO THE SUGGESTION OF BANKRUPTCY

Commerce & Industry Insurance Company of Canada (C&I) filed a motion to intervene (Doc. #60) and a memorandum in support (Doc. #61) on December 28, 2006. In its motion, C&I states that Total Containment, Inc. (TCI), a defendant, filed for bankruptcy on March 4, 2004. It further noted that May's Distributing Co. Inc., the plaintiff, obtained a lift stay order from the bankruptcy court on December 14, 2004, that permits it to prosecute its case against TCI but execute a judgment only against TCI's insurers. These facts have recently been brought the Court's attention again by TCI's filing a Suggestion of Bankruptcy (Doc. #81) and Plaintiff's Response to the Suggestion of Bankruptcy (Doc. #82). C&I is seeking to intervene because

- 2 -

C&I, not TCI, may be liable for any judgment plaintiff obtains against TCI. Accordingly, C&I respectfully requests that the Court consider its motion to intervene, which no party has opposed, in the context of resolving the issue of the suggestion of bankruptcy.

                                       Respectfully submitted,

                                       /s/   S. Lisa Frost
                                       John W. Dodson, Esq.         DOD012
                                       S. Lisa Frost, Esq.              MOR065
                                       Ferguson, Frost & Dodson, LLP
                                       Post Office Box 430189
                                       Birmingham, Alabama  35243
                                       Telephone: (205) 879-8722
                                       Facsimile: (205) 879-8831
                                       Counsel for Commerce & Industry Insurance
                                       Company of Canada

Richard W. Bryan, Esq.
Paul D. Smolinsky, Esq.
Jackson & Campbell, P.C.
1120 Twentieth Street, N.W.
Suite 300
Washington, DC 20036
Additional Counsel for Commerce & Industry
Insurance Company of Canada

**CERTIFICATE OF SERVICE**

     This is to certify that on this the 10th day of Ma7  2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR TICONA POLYMERS, INC.** |
| --- | --- |
| Lynn W. Jinks, III<br>Christy Crow<br>JINKS, DANIEL & CROW, LLC<br>Post Office Box 350<br>Union Springs, AL 36089<br>334-738-4225  Phone | Walter B. Calton<br>Post Office Box 696<br>Eufaula, AL 36072-0696<br>334-687-2407  Phone<br>334-687-2466  Fax |

- 3 -

| | |
|---|---|
| 334-738-4229  Fax | |
| Russell Jackson Drake<br>Nicola Thompson Drake<br>WHATLEY DRAKE & KALLAS, LLC<br>Post Office Box 10647<br>Birmingham, AL 35202-0647<br>205-328-9576  Phone<br>205-328-9669  Fax | Alan T. Rogers<br>BALCH & BINGHAM, LLP<br>Post Office Box 306<br>Birmingham, AL 35201-0306<br>205-251-8100  Phone<br>205-266-8798  Fax |
| Wesley L. Laird<br>LAIRD, BAKER & BLACKSTOCK<br>501 North Main Street<br>Opp, AL 36467<br>334-493-9716 Phone<br>334-493-9715 Fax | Paul A. Clark<br>BALCH & BINGHAM, LLP<br>Post Office Box 78<br>Montgomery, AL 36101<br>334-834-6500  Phone<br>334-269-3155  Fax |
| L. Cooper Rutland, Jr.<br>RUTLAND AND BRASWELL, LLC<br>208 North Prairie Street<br>Union Springs, AL 36089<br>334-738-4770 Phone<br>334-738-4774 Fax | Paul M. O'Conner, III<br>Seth A. Moskowitz<br>Jon Avins<br>KASOWITZ, BENSON, TORRES<br>& FRIEDMAN<br>1633 Broadway<br>New York, NY 10019-6799<br>212-506-1917  Phone<br>212-506-1800  Fax |

337835v.1

- 4 -

| **ATTORNEYS FOR CLEVELAND TUBING, INC.** | **ATTORNEYS FOR UNDERWRITERS LABORATORIES, INC.** |
|---|---|
| James H. McLemore<br>CAPELL & HOWARD<br>Post Office Box 2069<br>Montgomery, AL 36102<br>334-241-8058  Phone<br>334-323-8888  Fax | Walter E. McGowen<br>GRAY, LANGFORD, SAPP,<br>MCGOWAN, GRAY & NATHANSON<br>Post Office Box 830239<br>Tuskegee, AL 36083-0239<br>334-727-4830  Phone<br>334-727-5877  Fax |
| T. Harold Pinkley<br>MILLER & MARTIN, LLP<br>1200 First Union Tower<br>150 Fourth Avenue North<br>Nashville, TN 37219<br>615-744-8548  Phone<br>615-744-8643  Fax<br><br>Lynda M. Hill<br>James T. Williams, IV<br>MILLER & MARTIN, PLLC<br>Volunter Bldg., Suite 1000<br>832 Georgia Avenue<br>Chattanooga, TN 37402-2289<br>423-785-6600  Phone<br>423-785-8480  Fax<br><br>**ATTORNEYS FOR TOTAL CONTAINMENT, INC.** | Charles Donald Marshall, III<br>John Olinde<br>Brent Arnold Talbot<br>Robert S. Rooth<br>CHAFFE, McCALL, PHILLIPS, TOLER & SARPY<br>2300 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163<br>504-585-7226  Phone<br>504-544-6088  Fax<br><br><br><br><br><br>**ATTORNEYS FOR DAYCO PRODUCTS, INC. and MARK IV INDUSTRIES, LTD.** |
| Elliott Britton  Monroe<br>Jennifer McCammon Bedsole<br>Rachel Ellen VanNortwick<br>LLOYD, GRAY & WHITEHEAD, P.C.<br>2501 Twentieth Place South<br>Suite 300<br>Birmingham, AL 35233<br>205-967-8822  Phone<br>205-967-2380  Fax<br><br>Lindsey M. Glah<br>William Pelosi<br>OBERMEYER REBMANN MAXWELL & HIPPEL LLP<br>One Penn Center, 19th Floor<br>1617 John F. Kennedy Blvd | Ann R. Koppel<br>Donna M. Borrello<br>James E. Blazek<br>Richard B. Eason, II<br>ADAMS and REESE LLP<br>4500 One Shell Square<br>New Orleans, LA 70139<br>504-581-3234  Phone<br>504-566-0210  Fax<br><br>John David Whetstone<br>ADAMS and REESE LLP<br>Post Office Box 1348<br>Mobile, AL 36633<br>251-433-3234  Phone<br>251-438-7733  Fax |

- 5 -

| | |
|---|---|
| Philadelphia, PA 19103-1895<br>215-665-3000  Phone<br>215-665-3165  Fax | Brian Taggart Mosholder<br>Joseph Terrace Carpenter<br>Nathan Craig Prater<br>CARPENTER PRATER INGRAM &<br>MOSHOLDER LLP<br>4121 Carmichael Road<br>303 Sterling Centre<br>Montgomery, AL 36106<br>334-213-5600  Phone<br>334-213-5650  Fax<br><br>Kimberly Wallace Sayoc<br>LIPPES SILVERSTEIN MATHIAS<br>WEXLER LLP<br>700 Guarantee Building<br>28 Church Street<br>Buffalo, NY 14202-3950<br>716-853-5100  Phone<br>716-853-5199  Fax |
| | Larry Shane Seaborn<br>Myron C. Penn<br>PENN & SEABORN LLC<br>Post Office Box 688<br>Clayton, AL 36016<br>334-775-9778 Phone<br>334-775-9779 Fax |

/s/   S. Lisa Frost
OF COUNSEL

147041