IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MAY'S DISTRIBUTING COMPANY, INC., <u>et al.</u>, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. |
| TOTAL CONTAINMENT, INC., <u>et al.</u>, | ) ) ) ) | 2:06cv702-MEF |
| Defendants. | ) | |

_____

**RESPONSE TO MAY 8, 2007 ORDER**
_____

Total Containment, Inc. ("TCI") responds as follows to the Court's Order dated May 8, 2007.

Total Containment filed the Suggestion of Bankruptcy to clarify the record that it is subject to the protection of the United States Bankruptcy Court. Previously, the Court's docket did not reflect Total Containment was in bankruptcy.

        Respectfully submitted,

    By: *s/Jenna M. Bedsole*
      E. Britton Monroe (MON032)
      Jenna M. Bedsole (MCC107)
      Rachel E. VanNortwick (VAN040)

OF COUNSEL:
LLOYD, GRAY & WHITEHEAD, P.C.
2501 20th Place South
Suite 300
Birmingham, AL  35203
(205) 967-8822
(205) 967-2380

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 14th day of May 2007, served a copy of the foregoing via electronic mail upon the following:

| | |
|---|---|
| Lynn Jinks<br>Christy Crow<br>JINKS, DANIEL & CROW, LLC<br>Post Office Box 350<br>Union Springs, AL  36089 | <u>Attorneys for Ticona Polymers, Inc.</u><br>Alan T. Rogers, Esq.<br>BALCH & BINGHAM, LLP<br>Post Office Box 306<br>Birmingham, AL  35201-0306 |
| Russell Jackson Drake<br>Nicola Thompson Drake<br>WHATLEY DRAKE & KALLAS, L.L.C.<br>2323 Second Avenue North<br>P.O. Box 1067<br>Birmingham, AL  35202-0647<br>(205) 328-9576<br>(205) 328-9669 Facsimile | arogers@balch.com<br>Paul A. Clark, Esq.<br>BALCH & BINGHAM, LLP<br>Post Office Box 78<br>Montgomery, AL  36101<br>pclark@balch.com |
| Welsey L. Laird<br>LAIRD, BAKER & BLACKSTOCK, LLC<br>501 North Main Street<br>Opp, AL  36467 | Paul M. O'Connor III, Esq.<br>Seth A. Moskowitz, Esq.<br>Jon Avins, Esq.<br>KASOWITZ, BENSON, TORRES & FRIEDMAN<br>1633 Broadway<br>New York, NY  10019-6799<br>poconnor@kasowitz.com<br>smoskowitz@kasowitz.com |
| L. Cooper Rutland, Jr.<br>RUTLAND AND BRASWELL, LLC<br>208 North Prairie Street<br>Union Springs, AL  36089 | Walter B. Calton, Esq.<br>Post Office Box 696<br>Eufaula, AL  36072-09696 |

wcalton@bellsouth.net

Attorneys for Cleveland Tubing, Inc.
James H. McLemore, Esq.
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL  36102-2069

T. Harold Pinkley, Esq.
MILLER & MARTIN, LLP
1200 First Union Tower
150 Fourth Avenue North
Nashville, TN  37219
Lynda M. Hill, Esq.
James Williams, Esq.
MILLER & MARTIN, PLCC
Suite 1000, Volunteer Bldg.
832 Georgia Avenue
Chattanooga, TN  37402
jhill@millermartin.com
jwilliams@millermartin.com

Attorneys for Dayco Products, Inc. And Mark IV Industries, Ltd.
Joseph T. Carpenter, Esq.
Nathan C. Prater, Esq.
Brian Mosholder, Esq.
John Deshazo, Esq.
CARPENTER, PRATER, INGRAM
 & MOSHOLDER LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, AL  36106
jccarpenter@carpenterfirm.com
nprater@carpenterfirm.com
Buffalo, NY  14202-3950

bmosholder@carpenterfirm.com
jdeshazo@carpenterfirm.com

Kimberly W. Sayoc, Esq.
LIPPES SILVVERSTEIN MATHIAS & WEXLER
700 Guaranty Building
28 Church Street

L. Shane Seaborn, Esq.
Myron C. Penn, Esq.
PENN & SEABORN, LLC
Post Office Box 688
Clayton, AL  36106

Attorneys for Underwriters Laboratories, Inc.
Walter E. McGowan, Esq.
GRAY, LANGFORD, SAPP, MCGOWAN,
 GRAY & NATHANSON
P.O. Box 830239
Tuskegee, AL  36083-0239
wem@glamgn.com

Charles Donald Marshall, III, Esq.
John Olinde, Esq.
Brent Arnold Talbot, Esq.
Robert S. Booth, Esq.
CHAFFE MCCALL, PHILLIPS,
1100 Poydras Street
New Orleans, LA  70163
(504) 585-7000
Talbot@chaffe.com
olinde@chaffe.com
marshall@chaffe.com
rooth@chaffe.com

John Dodson
Lisa Frost

ksayoc@tippes.com

Richard B. Eason, II
Adams & Reese
4500 One Shell Square
New Orleans, LA  70139

Lindsey M. Glah
Obermeyer Rebmann Maxwell
 & Hippel LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Blvd
Philadelphia, PA  19103-1895

William K. Pelosi
Obermeyer Rebmann Maxwell
& Hippel LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Blvd
Philadelphia, PA  19103-1895

Ferguson, Frost & Dodson, LLP
P.O. Box 430189
Birmingham, AL  35243-0189

Paul D. Smolinsky
Richard W. Bryan
Jackson & Campbell, P.C.
1120 20th Street, N.W.
Washington, DC  20036

Ann Kopel
John D. Whetstone
Donna Borello
James Blazek
Adams & Reese
P.O. Box 1348
Mobile, AL  36633

Notice will be delivered by other means to the following:

Nicola Thompson Drake
Whatley Drake & Kallas, LLC
P.O. Box 10647
Birmingham, AL  35202-0647

        *s/Jenna M. Bedsole*
        OF COUNSEL