IN THE U.S. DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAY'S DISTRIBUTING CO., INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| VS | ) CASE NO.:2:06 CV-702 ) ) |
| TOTAL CONTAINMENT, INC., et al., | ) ) |
| Defendants. | ) |

## CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party to the above-captioned matter does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:
There are no entities to be reported.

Respectfully submitted,

/s/ L. Cooper Rutland, Jr.
L. Cooper Rutland, Jr. (RUT010)
Attorney for Plaintiff

OF COUNSEL:
Rutland Law LLC
Post Office Box 551
Union Springs, Alabama 36089
334-738-4770
334-738-4774 (fax)
lcrj@ustconline.net

CERTIFICATE OF SERVICE

      I hereby certify that on the _____ day of _____ 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James E. Blazek
Adams and Reese LLP
4500 One Shell Square
New Orleans, LA 70139

Wesley L. Laird
Laird Baker & Blackstock LLC
501 North Main Street
Opp, AL 36467

Russell Jackson Drake
Whatley Drake LLC
Post Office Box 10647
Birmingham, AL 35202

Alan T. Rogers
Balch & Bingham
Post Office Box 306
Birmingham, AL 35201-0306

James H. McLemore
Capell & Howard
Post Office Box 2069
Montgomery, AL 36102-2069

Paul M. O'Connor, III
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

T. Harold Pinkley
Miller & Martin
1200 1 Nashville Place
150 4th Avenue North
Nashville, TN 37219-2433

Walter B. Calton
Post Office Box 696
Eufaula, AL 36073-0696

Lynn Jinks
Christy Crow
Jinks, Daniel & Crow PC
Post Office Box 350
Union Springs, AL 36089

Lynda M. Hill
James Williams
Miller & Martin PLLC
Suite 100 volunteer Building
Chattanooga, TN 37402

Walter E. McGowan
Gray, Langford, Sapp, McGowan, Gray & Nathanson
Post Office Box 830239
Tuskegee, AL 36083-0239

Charles Danald Marshall, III
John Olinde
Brent Arnold Talbot
Robert S. Rooth
Chaffe, McCall, Phillips, Toler & Sarpy
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

and that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

        NONE

                      /s/ L. Cooper Rutland, Jr.
                          Of Counsel