IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAYS DISTRIBUTION CO., INC. ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| v. ) | |
| ) | 2:06-CV-702-MEF-DRB |
| TOTAL CONTAINMENT, INC. et al. ) | |
| ) | |
|     Defendants ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the Order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint venture, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    __X__    There are no entities to be reported

    /s/ Brian Mosholder
    BRIAN MOSHOLDER
    Counsel for Mark IV Industries, Inc. &
    DAYCO Products, LLC

OF COUNSEL:
Carpenter, Ingram & Mosholder, LLP
3320 Skyway Drive
Suite #806
Opelika, Alabama 36801
Telephone: (334) 321-0880

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the above and foregoing was served upon the below listed counsel of record by placing a copy of same in the U.S. mail, postage prepaid and properly addressed this 3rd day of July, 2007.

**ATTORNEYS FOR PLAINTIFF:**

Lynn Jinks
Christy Crow
JINKS, DANIEL & CROW, LLC
P.O. Box 350
Union Springs, AL 36089

Russell Jackson Drake
Nicola Thompson Drake
WHATLEY DRAKE & KALLAS, LLC
P.O. Box 10647
Birmingham, AL 35202-0647

Wesley L. Laird
LAIRD, BAKER & BLACKSTOCK
501 North Main Street
Opp, AL 36467

L. Cooper Rutland, Jr.
RUTLAND AND BRASWELL, LLC
208 North Prairie Street
Union Springs, AL 36089

Walter B. Calton
P.O. Box 696
Eufaula, AL 36072-0696

**ATTORNEYS FOR TICONA POLYMERS, INC.**

Alan T. Rogers
Balch & Bingham, LLP
P.O. Box 306
Birmingham, AL 35201-0306

Paul A. Clark
Balch & Bingham, LLP
P.O. Box 78
Montgomery, AL 36101

Paul M. O'Conner, III
Seth A. Moskowitz
Jon Avins
KASOWITZ, BENSON, TORRES & FRIEDMAN
1633 Broadway
New York, NY 10019-6799

**ATTORNEYS FOR CLEVELAND TUBING, INC.**

James H. McLemore
Capell & Howard
P.O. Box 2069
Montgomery, AL 36102

T. Harold Pinkley
MILLER & MARTIN, LLP
1200 First Union Tower
150 Fourth Avenue North
Nashville, TN 37219

Lynda M. Hill
James Williams
MILLER & MARTIN, PLLC
Suite 1000, Volunteer Bldg.
832 Chattanooga, TN 37402

**ATTORNEYS FOR UNDERWRITERS LABORATORIES, INC.**

Walter E. McGowen
GRAY, LANGFORD, SAPP,
MCGOWAN, GRAY & NATHANSON
P.O. Box 830239
Tuskegee, AL 36083-0239

Charles Donald Marshall, III
John Olinde
Brent Arnold Talbot
Robert S. Rooth
CHAFFE, McCALL, PHILLIPS, TOLER & SARPY
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163


 /s/ Brian Mosholder