Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

January 23, 2008

**Appeal Number: 07-90034-G**
Case Style: Dayco Products, LLC  v. Mays Distributing Co. Inc.
District Court Number:  06-00702 CV-2

TO:   Debra P. Hackett

CC:   Richard B. Eason, II

CC:   Ann R. Koppel

CC:   Brian T. Mosholder

CC:   Joseph Terrace Carpenter

CC:   Kimberly Wallace Sayoc

CC:   L. Shane Seaborn

CC:   John C. DeShazo

CC:   Alan T. Rogers

CC:   James Hill McLemore

CC:   Paul A. Clark

CC:   Thomas Harold Pinkley

CC:   Paul M. O'Conner, III

CC:   Walter B. Calton

CC:   Lynda M. Hill, Esq.

CC:   Walter Edgar McGowan

CC: Christina D. Crow

CC: L. Cooper Rutland, Jr.

CC: Nicola Thompson Drake

CC: Wesley L. Laird

CC: Administrative File

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

January 23, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

**Appeal Number: 07-90034-G**
Case Style: Dayco Products, LLC  v. Mays Distributing Co. Inc.
District Court Number:  06-00702 CV-2

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court.  See 11th Cir. R. 41-4.  Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order.  No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Walter Pollard (404) 335-6186

Encl.

DIS-4  (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



---------------------------

No.07-90034 G

---------------------------

---------------------------

On Petition for Permission to Appeal from the United States
District Court for the Middle District of Alabama

---------------------------

BEFORE: DUBINA, BARKETT and HULL, Circuit Judges.

BY THE COURT:

The petition for permission to appeal pursuant to the Class Action Fairness Act of 2005 ("CAFA"), Pub.L. 109-2, 119 Stat. 4 (2005), is DENIED.