Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

February 05, 2008

**Appeal Number: 07-90034-G**
Case Style: Dayco Products, LLC  v. Mays Distributing Co. Inc.
District Court Number:  06-00702 CV-2

CC:   Debra P. Hackett

CC:   Richard B. Eason, II

CC:   Ann R. Koppel

CC:   Brian T. Mosholder

CC:   Joseph Terrace Carpenter

CC:   Kimberly Wallace Sayoc

CC:   L. Shane Seaborn

CC:   John C. DeShazo

CC:   Alan T. Rogers

CC:   James Hill McLemore

CC:   Paul A. Clark

CC:   Thomas Harold Pinkley

CC:   Paul M. O'Conner, III

CC:   Walter B. Calton

CC:   Lynda M. Hill, Esq.

CC:   Walter Edgar McGowan

CC:   Christina D. Crow

CC:   L. Cooper Rutland, Jr.

CC:   Nicola Thompson Drake

CC:   Wesley L. Laird

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

February 05, 2008

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 07-90034-G**
Case Style: Dayco Products, LLC  v. Mays Distributing Co. Inc.
District Court Number:  06-00702 CV-2

See enclosed copy of a CORRECT Copy of the Jan. 23, 2008 Order

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Walter Pollard (404) 335-6186

Encl.

MP-1 (12-2006)

CORRECTED ORDER

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 23 2008
THOMAS K. KAHN
CLERK

No. 07-90034-G

DAYCO PRODUCTS, LLC,
MARK IV INDUSTRIES, LTD.,

Petitioners,

versus

MAY'S DISTRIBUTING CO. INC.,

Respondent.

On Petition for Permission to Appeal from the United States
District Court for the Middle District of Alabama

Before: DUBINA, BARKETT and HULL, Circuit Judges.

BY THE COURT:

The petition for permission to appeal pursuant to the Class Action Fairness Act of 2005 ("CAFA"), Pub.L. 109-2, 119 Stat. 4 (2005), is DENIED.